DEFENDANT:  Lawrence Martin Birk

YEAR OF BIRTH:   1953

ADDRESS:   Lake George, CO 80827

COMPLAINT FILED?  _____ YES  _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES   _X_  NO

OFFENSES:  26 U.S.C. 7201, Evasion of Payment of Individual Income Taxes

LOCATION OF OFFENSE
(County and State):  Park County, Colorado

PENALTY:     5 years in prison, $250,000 fine, 3 years supervised release

AGENT/DEPUTY:  IRS SA George Warnock

AUTHORIZED BY:  Trial Attorneys Lori A. Hendrickson and Christopher Magnani

ESTIMATED TIME OF TRIAL:

_X_  five days or less

_____  over five days

_____  other

THE GOVERNMENT

_____  Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

_X_  Will not seek detention.

The statutory presumption of detention [is / **is not**] applicable to this defendant.

OCDETF case:  _____ Yes   _X_  No