AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America v. | ) | |
| | ) | Case No.   18-cr-00359-REB |
| LAWERNCE MARTIN BIRK, | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   LAWRENCE MARTIN BIRK                                            ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ❏ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ☑ Order of the Court

This offense is briefly described as follows:

  Penalty for failure to appear in Violation of Title 18 U.S.C., Sections 3146

Date:     08/09/2018                                          s/ J. Garcia-Gonzalez
                                                      *Issuing officer's signature*

City and state:     Denver, CO                                JEFFREY P. COLWELL, Clerk
                                                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                          |
| *Arresting officer's signature* |
| *Printed name and title* |