IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   18-cr-00359-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE MARTIN BIRK,

    Defendant.

---

## MOTION TO EXCUSE APPEARANCE AT DISCOVERY CONFERENCE

---

    Mr. Lawrence Martin Birk, by and through counsel, Edward R. Harris, requests this Court issue an order excusing his appearance at the September 13, 2018, Discovery Conference.  Mr. Birk states as follows:

    1.    On September 10, 2018, Magistrate Judge Wang entered an Order setting a Discovery Conference on September 13, 2018, at 2:00 p.m.

    2.    This hearing will not have any bearing on the guilt or innocence of Mr. Birk.

    3.    Mr. Birk communicated to defense counsel that he would like to have his appearance waived for the hearing.

    4.    Mr. Birk is on bond.  He has been advised of his right to be present at the discovery conference.  He understands his right to attend and, being so advised, waives said right and does not wish to be present at the hearing.

5.    Fed.R.Crim.P. 43(b)(3), provides that a defendant need not be present when the proceeding involves only a conference or hearing on a question or law.

WHEREFORE, Mr. Birk prays for the relief requested and for such other and further relief as to the Court seems just and proper.

                                  Respectfully submitted,

                                  VIRGINIA L. GRADY
                                  Federal Public Defender

                                  s/ Edward R. Harris
                                  EDWARD R. HARRIS
                                  Assistant Federal Public Defender
                                  633 17th Street, Suite 1000
                                  Denver, CO  80202
                                  Telephone:  (303) 294-7002
                                  FAX:  (303) 294-1192
                                  Edward.Harris@fd.org
                                  Attorney for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on September 10, 2018, I filed the foregoing MOTION TO EXCUSE APPEARANCE AT DISCOVERY CONFERENCE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Christopher Michael Magnani, Assistant United States Attorney
    E-mail:  christopher.magnani@usdoj.gov

    Lori A. Hendrickson, Assistant United States Attorney
    Email:  Loria.A.Hendrickson@usdoj.gov

    I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Lawrence Martin Birk    (via U.S. mail)

    s/ Edward R. Harris
    EDWARD R. HARRIS
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Edward.Harris@fd.org
    Attorney for Defendant