**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 18-CR-359-REB

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**LAWRENCE MARTIN BIRK**,

    Defendant.

---

**GOVERNMENT'S MOTION TO EXCUSE APPEARANCE
AT SEPTEMBER 13, 2018 DISCOVERY CONFERENCE**

---

1. The United States of America, by Richard E. Zuckerman, Principal Deputy Assistant Attorney General, Department of Justice, Tax Division, and through Trial Attorneys Christopher Magnani and Lori Hendrickson, hereby requests permission to appear telephonically at the hearing on September 13, 2018.

2. Defense counsel does not oppose this motion.

3. Government counsel is based in Washington, DC and only learned of Defendant's arrest and this scheduled hearing on Monday. Accordingly, government counsel has not arranged plans to travel to Colorado.

4. A hurricane is expected to impact travel in the mid-Atlantic from Thursday through the weekend, making it likely that government counsel would be unable to promptly return to Washington, DC after the hearing.

5. Giving the nature of this hearing, government counsel believes that it can fully and properly represent the government's interests by telephone.

WHEREFORE, for the foregoing reasons, government requests the Court's permission to appear telephonically at the September 13, 2018 hearing.

**DATED** this 11th day of September, 2018.

    Respectfully submitted,

    RICHARD E. ZUCKERMAN
    Principal Deputy Assistant Attorney General
    U.S. Department of Justice, Tax Division

    By:  */s/ Christopher Magnani*
    CHRISTOPHER MAGNANI
    Trial Attorney, Tax Division
    United States Department of Justice
    601 D Street NW
    Washington, DC 20004
    Tel: (202) 307-6408
    Fax: (202) 514-9623
    Email: Christopher.Magnani@usdoj.gov

    LORI A. HENDRICKSON
    Trial Attorney, Tax Division
    United States Department of Justice
    601 D Street NW
    Washington, DC 20004
    Tel: (202) 514-2174
    Fax: (202) 514-9623
    Email: Lori.A.Hendrickson@usdoj.gov

    Attorneys for the United States

## CERTIFICATE OF SERVICE

      I hereby certify that on September 11, 2018 I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to the attorneys of record.  I also emailed a copy of this filing to Assistant Public Defender Edward Harris, counsel for the Defendant.

    */s/ Christopher Magnani*
Christopher Magnani
Trial Attorney, Tax Division
United States Department of Justice
601 D Street NW
Washington, DC 20004
Tel: (202) 307-6408
Fax: (202) 514-9623
Email: Christopher.Magnani@usdoj.gov