IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00359-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LAWRENCE MARTIN BIRK,

    Defendant.

___

**ORDER**
___

Magistrate Judge Nina Y. Wang

    This matter comes before the court on two motions: (1) the Motion to Excuse Appearance at Discovery Conference filed by Defendant Lawrence Martin Birk ("Defendant" or "Mr. Birk" [#11, filed September 10, 2018]; and (2) the Government's Motion to Excuse Appearance at September 13, 2018 Discovery Conference [#16, filed September 11, 2018]. These motions were referred to the undersigned Magistrate Judge pursuant to pursuant to D.C.COLO.LCrR 57.1 and the Memoranda dated September 11, 2018. [#12, #17].

    A grand jury of the District of Colorado has indicted Defendant with tax invasion in violation of 26 U.S.C. § 7201. Mr. Birk appeared before this court on September 10, 2018, during which he was advised of his rights and the charges against him; released on bond pending trial; and entered a plea of not guilty. Because the Government is represented by counsel from the Department of Justice in Washington, D.C., the court did not proceed with the discovery conference, but instead set it for September 13, 2018. [#8].

Defendant now waives his right to appear for the discovery conference pursuant to Fed. R. Crim. P. 43(b)(3).  [#11].  The Government has no opposition to such waiver.  In addition, Government's counsel seeks to appear by telephone.  Given the nature of the discovery conference and counsel's distance from the courthouse, this court finds that there is good cause to allow counsel to appear by telephone.

Therefore, IT IS ORDERED that:

(1) The Motion to Excuse Appearance at Discovery Conference [#11] is **GRANTED** and Defendant is excused from appearing at the forthcoming discovery conference; and

(2) The Government's Motion to Excuse Appearance at September 13, 2018 Discovery Conference [#16] is **GRANTED** and counsel is **DIRECTED TO CALL** the chambers of Magistrate Judge Nina Y. Wang at (303) 335-2600 at 2:00 p.m. on September 13, 2018 to appear via telephone at the discovery conference.

DATED:  September 11, 2018         BY THE COURT:

                                                              Nina Y. Wang
                                                              United States Magistrate Judge