AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
3:53 pm, Sep 12, 2018
**JEFFREY P. COLWELL, CLERK**

United States of America v.

LAWERNCE MARTIN BIRK,

Case No. 18-cr-00359-REB

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   LAWRENCE MARTIN BIRK,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

Penalty for failure to appear in Violation of Title 18 U.S.C., Sections 3146

Date:   08/09/2018

s/ J. Garcia-Gonzalez
*Issuing officer's signature*

City and state:   Denver, CO

JEFFREY P. COLWELL, Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 9/7/18, and the person was arrested on *(date)* 9/10/18
at *(city and state)* Denver, CO

Date: 9/10/18

Arresting officer's signature

SDUSM Jason Brackett
*Printed name and title*