## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior Judge Robert E. Blackburn

Date:                September 26, 2018

Deputy Clerk:        Leigh Roberson
Court Reporter:      Tracy Weir

| Criminal Action No. **18-cr-00359-REB** | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Christopher Magnani |
|  | Lori Hendrickson *(via telephone)* |
| Plaintiff, |  |
| v. |  |
| LAWRENCE MARTIN BIRK, | Edward Harris |
| Defendant. |  |

## COURTROOM MINUTES

**Motion Hearing**

**1:39 p.m.      Court in session.**

Appearances of counsel. Defendant is present on bond.

Court raises Defendant's Unopposed Motion to Exclude Time from the Speedy Trial Act, Vacate Current Trial and Motions Dates, and Set Trial for May 20, 2019 [ECF 23], filed September 17, 2018, for argument.

Argument.

Court's findings of fact, conclusions of law, and orders.

**IT IS ORDERED** as follows:

1. That [ECF 23] is granted insofar as consistent with the Court's findings, conclusions, and orders;

2. That the deadlines for filing pretrial motions and corresponding responses are vacated and continued pending further order;

3. That the time from September 17, 2018, through and including May 12, 2019, shall be excluded from the time for a speedy trial under the act;

4. That the Trial Preparation Conference now set for November 14, 2018, is vacated and continued by agreement to May 10, 2019, commencing at 1:00 p.m. at which the defendant shall appear for all purposes without further notice or order from the Court;

5. That the trial by jury now set to commence November 19, 2018, is vacated and continued as agreed to Monday, May 13, 2019, commencing at 8:30 a.m., with the Court reserving up to nine days, if necessary, for trial, including Monday, May 13 through Thursday May 16, 2019, and May 20 through 24, 2019, at which trial the defendant shall appear without further notice, order or subpoena;

6. That the Court shall conduct a status conference as agreed on February 28, 2019, commencing at 1:00 p.m. at which the defendant shall appear without further notice or order from the Court;

7. That the Trial Preparation Conference Order [ECF 22], entered September 14, 2018, is revised, amended, and supplemented accordingly; and

8. That, pending further status conference or other further proceedings, the bail and bond of the defendant is continued as is to February 28, 2019, at 1:00 p.m.

**2:07 p.m.     Court in recess.**

Total time in court: 00:28

Hearing concluded.