IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   18-cr-00359-REB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

LAWRENCE MARTIN BIRK,

   Defendant.
_____

**DEFENDANT'S MOTION FOR GRAND JURY TRANSCRIPTS**
_____

   Defendant Lawrence Martin Birk, by and through undersigned counsel, respectfully moves this Honorable Court to enter an Order requiring the government to disclose grand jury transcripts from this case, and in support of this motion, states as follows:

   1. Federal Rule of Criminal Procedure 6(e)(3)(E)(1) authorizes a court to disclose grand jury material "preliminarily to or in connection with a judicial proceeding." Fed. R. Crim. P. 6(e)(3)(E)(1).  When "called upon to determine whether the grand jury transcripts should be released [a court has] substantial discretion to order or to deny release."  *United States v. Evans & Assocs. Constr. Co.*, 839 F.2d 656, 658 (10th Cir. 1988).  "The party seeking disclosure must demonstrate that disclosure is sought preliminarily to or in connection with a 'judicial proceeding,' and that there is a particular, not a general, need for the material."  *Id.*  Moreover, "[t]he party seeking disclosure must demonstrate that the need for disclosure outweighs the need for secrecy."  *Id.*

2.      Disclosure in this case is sought in connection with a judicial proceeding, specifically, the criminal prosecution against Mr. Birk.  In the criminal context, "disclosure, rather than suppression, of relevant materials ordinarily promotes the proper administration of criminal justice."  *Dennis v. United States*, 384 U.S. 855, 870 (1966).

3.      The defense has a particular need for this material.  This is a tax evasion case.  Discovery is approximately 11,000 pages.  It largely consists of financial documents and tax transcripts.  What is not readily found in that discovery is a summary or narrative explaining the law and facts upon which this prosecution is based.  Counsel has found through experience with this type of case that access to grand jury transcripts is an excellent primer on the case, the review of which facilitates both defense preparation and plea discussion.  The Defense has access to witness statements through the discovery process; however, to properly prepare to defend this case, defense counsel needs to have access to all statements by grand jury witnesses so as to be fully prepared.  The best source is the testimony taken before the grand jury.  See *United States v. Evans & Assoc. Constr. Co., Inc.*, supra at 658.

4.      Advance disclosure of the grand jury transcripts will also avoid delays at trial, thereby advancing the goal of judicial efficiency.  If the government does not disclose the grand jury transcripts prior to trial, it will need to disclose these materials during trial (assuming the grand jury witnesses also testify at trial).  This procedure will result in numerous delays, as the defense must review the testimony and then pursue

2

any additional investigation that this testimony warrants.   By disclosing the grand jury transcripts in advance of trial, these delays will be avoided.

5.      This need for disclosure outweighs the need for secrecy in the proceedings.  Based on information and belief, the defense does not believe that any civilian witnesses testified before the grand jury.  Thus, the need for secrecy to avoid prospective witnesses' hesitancy in testifying before a grand jury is lessened.  *Cf. id.* (discussing the concern about witnesses being hesitant to testify before a grand jury). Moreover, counsel is not aware of any additional ongoing investigations that could be disrupted by the disclosure of the requested grand jury transcripts.  Finally, the defense would agree that the testimony be disclosed only to defense counsel, and that counsel not disclose these materials to anybody outside the Office of the Federal Public Defender.

WHEREFORE, Mr. Birk respectfully requests that this motion be granted.

Respectfully submitted,

VIRGINIA GRADY
Federal Public Defender

s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2018, I electronically filed the foregoing

**DEFENDANT'S MOTION FOR GRAND JURY TRANSCRIPTS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Christopher Michael Magnani, Assistant United States Attorney
E-mail:  christopher.magnani@usdoj.gov

Lori A. Hendrickson, Assistant United States Attorney
Email:  Loria.A.Hendrickson@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Lawrence Martin Birk        (via U.S. mail)

s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

4