IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   18-cr-00359-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LAWRENCE MARTIN BIRK,

       Defendant.
_____

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION
FOR GRAND JURY TRANSCRIPTS & PROPOSED ORDER**
_____

       The United States of America, by and through undersigned counsel, joins Defendant's request and asks this Court for an order allowing the government to disclose the grand jury transcript and exhibits to Defendant's attorneys, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i).

       On July 26, 2018, one summary witness testified before the grand jury, which later returned an indictment against Defendant.  No other witnesses testified before the grand jury in relation to this case.  On October 4, Defendant filed the instant motion requesting disclosure of the transcript.  The government does not oppose Defendant's motion, and agrees that disclosure should be limited to Defendant's lawyers.

       THEREFORE, the government requests that the Court enter an order pursuant to Rule 6(e)(3)(E)(i) permitting the government to disclose the grand jury transcript and

exhibits to Defendant's counsel.  Upon entry of this order, the government will disclose the grand jury transcript and associated exhibits to counsel for the Defendant.

Dated this 12th day of October, 2018.

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General
        U.S. Department of Justice, Tax Division

        By:  /s/ *Christopher Magnani*
        CHRISTOPHER MAGNANI
        Trial Attorney
        U.S. Department of Justice, Tax Division
        601 D Street NW
        Washington, DC 20004
        Tel: (202) 307-6408
        Fax: (202) 514-9623
        christopher.magnani@usdoj.gov

        LORI A. HENDRICKSON
        Trial Attorney
        U.S. Department of Justice, Tax Division
        Tel: (202) 514-2174
        Fax: (202) 514-9623
        Lori.A.Hendrickson@usdoj.gov

        Attorneys for the United States

## CERTIFICATE OF SERVICE

   I hereby certify that on October 12, 2018 I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to the attorneys of record.  I also emailed a copy of this filing to Assistant Public Defender Edward Harris, counsel for the Defendant.

              */s/ Christopher Magnani*
              Christopher Magnani
              Trial Attorney
              U.S. Department of Justice, Tax Division
              601 D Street NW
              Washington, DC 20004
              Tel: (202) 307-6408
              Fax: (202) 514-9623
              Email: christopher.magnani@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   18-cr-00359-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LAWRENCE MARTIN BIRK,

        Defendant.

---

### ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS
---

        Upon consideration of Defendant's Motion for Grand Jury Transcripts and the government's response, it is

        ORDERED that the United States may disclose the transcript of testimony given before the grand jury and other grand jury materials to the attorneys for the defendant.

        DATED this _____ day of October, 2018.

        BY THE COURT:

        _____
        HON. ROBERT E. BLACKBURN
        United States District Judge