**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 18-cr-00359-REB

UNITED STATES OF AMERICA,
    Plaintiff,

v.

1. LAWRENCE MARTIN BIRK,
    Defendant.

## ORDER

**Blackburn, J.**

    The matter is before the court on the **Defendant's Motion for Grand Jury Transcripts** [#28],[1] filed October 4, 2018.  In its response [#30], filed October 12, 2018, the government does not object.  Having reviewed the motion, the record, and the applicable law, the court finds that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Defendant's Motion for Grand Jury Transcripts** [#28], filed October 4, 2018 is granted; and

    2.  That as soon as practicable, the Government shall disclose a copy of the grand jury transcript in this matter to defense counsel who shall not disclose the transcript, in whole or in part, to any person outside the Office of the Federal Public Defender.

    Dated October 26, 2018, at Denver, Colorado.

                                **BY THE COURT:**

                                */s/ Robert E. Blackburn*
                                Robert E. Blackburn
                                United States District Judge

---

    [1]  "[#28]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.