IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   18-cr-00359-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LAWRENCE MARTIN BIRK,

      Defendant.
_____

**DEFENDANT'S UNOPPOSED SUPPLEMENTAL MOTION
FOR GRAND JURY MATERIALS**
_____

      Defendant Lawrence Martin Birk, by and through undersigned counsel, respectfully moves this Honorable Court to enter an Order requiring the government to disclose grand jury exhibits from this case, and in support of this motion, states as follows:

      1.    On October 26, 2018, This Court ordered disclosure to counsel of grand jury transcripts (ECF 31), pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(1).

      2.    The Order followed counsel's motion to disclose transcripts (ECF 28) which should also have included a request for all grand jury material, including exhibits. Regrettably, however, counsel failed to specify that he also sought exhibits as well as transcripts.

      3.    For its part, the government, in its Response (ECF 30) requested "an order pursuant to Rule 6(e)(3)(E)(i) permitting the government to disclose the grand jury transcript ***and exhibits*** to Defendant's counsel (ECF 30, emphasis added).

    4.    The need for and authority in support of this request is delineated in the original motion (ECF 28).

WHEREFORE, Mr. Birk respectfully requests that this motion be granted and that the Court enter an order disclosing the grand jury exhibits to Defendant's counsel.

    Respectfully submitted,

    VIRGINIA GRADY
    Federal Public Defender


    s/ Edward R. Harris
    Edward R. Harris
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Edward_Harris@fd.org
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

> Christopher Michael Magnani, Assistant United States Attorney
> E-mail:  christopher.magnani@usdoj.gov
>
> Lori A. Hendrickson, Assistant United States Attorney
> Email:  Loria.A.Hendrickson@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

> Lawrence Martin Birk         (via U.S. mail)

> s/ Edward R. Harris
> Edward R. Harris
> Assistant Federal Public Defender
> 633 17th Street, Suite 1000
> Denver, CO  80202
> Telephone:  (303) 294-7002
> FAX:  (303) 294-1192
> Edward_Harris@fd.org
> Attorney for Defendant