IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 18-cr-00359-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. LAWRENCE MARTIN BIRK,

     Defendant.

## ORDER

**Blackburn, J.**

The matter is before the court on the **Defendant's Unopposed Supplemental Motion for Grand Jury Materials** [#32],[1] filed November 19, 2018. In its response [#30], filed October 12, 2018, the government requested "an order pursuant to Rule 6(e)(3)(E)(i) permitting the government to disclose the grand jury transcript and exhibits to Defendant's counsel." *Response* [#30], pp. 1-2. Having reviewed the motion, the record, and the applicable law, the court finds that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Defendant's Unopposed Supplemental Motion for Grand Jury Materials** [#32], filed November 19, 2018, is granted;

2. That as soon as practicable, the Government shall disclose a copy of the grand jury transcript and associated exhibits in this matter to defense counsel who shall

---

[1] "[#32]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). The court uses this convention throughout this order.

not disclose the transcript and associated exhibits, in whole or in part, to any person outside the Office of the Federal Public Defender.

Dated November 20, 2018, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge