IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00359-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LAWRENCE MARTIN BIRK,

        Defendant.

---

## NOTICE OF DISPOSITION

---

      Defendant, Lawrence Martin Birk, by and through counsel, Edward R. Harris, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in this case with the government.  The parties are requesting that the status conference set for February 28, 2019, at 1:00 p.m. be converted to a change of plea hearing.

      Respectfully Submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      s/ Edward R. Harris
      Edward R. Harris
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Edward_Harris@fd.org
      Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2019, I electronically filed the foregoing

**NOTICE OF DISPOSITION**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Christopher Michael Magnani, Assistant United States Attorney
    E-mail:  christopher.magnani@usdoj.gov

    Lori A. Hendrickson, Assistant United States Attorney
    Email:  Loria.A.Hendrickson@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Lawrence Martin Birk        *via U.S. mail*


    s/ Edward R. Harris
    Edward R. Harris
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Edward_Harris@fd.org
    Attorney for Defendant