IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00359-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LAWRENCE MARTIN BIRK,

        Defendant.

## WITHDRAWAL OF NOTICE OF DISPOSITION

        Defendant, Lawrence Martin Birk, by and through counsel, Edward R. Harris, Assistant Federal Public Defender, hereby withdraws his Notice of Disposition and notifies this Honorable Court that he no longer wishes to plead guilty. The parties are requesting that the change of plea hearing set for March 26, 2019, at 9:00 a.m. be converted to a status conference.

        Respectfully Submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ Edward R. Harris
        Edward R. Harris
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Edward_Harris@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2019, I electronically filed the foregoing

## WITHDRAWAL OF NOTICE OF DISPOSITION

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Christopher Michael Magnani, Assistant United States Attorney
    E-mail:  christopher.magnani@usdoj.gov

    Lori A. Hendrickson, Assistant United States Attorney
    Email:  Loria.A.Hendrickson@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Lawrence Martin Birk        *via U.S. mail*


                        s/ Edward R. Harris
                        Edward R. Harris
                        Assistant Federal Public Defender
                        633 17th Street, Suite 1000
                        Denver, CO  80202
                        Telephone:  (303) 294-7002
                        FAX:  (303) 294-1192
                        Edward_Harris@fd.org
                        Attorney for Defendant