### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00359-REB

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

LAWRENCE MARTIN BIRK,

    Defendant.

---

### NOTICE OF APPEARANCE OF ASSISTANT CHIEF ELIZABETH C. HADDEN

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of a bar and I appear in this case as counsel for the United States of America.

**DATED** this 5th day of March, 2019.

    Respectfully submitted,

    RICHARD E. ZUCKERMAN
    Principal Deputy Assistant Attorney General
    U.S. Department of Justice, Tax Division

    By: s/*Elizabeth C. Hadden*
    ELIZABETH C. HADDEN
    Assistant Chief
    Western Criminal Enforcement Section
    Tax Division
    U.S. Dept. of Justice
    Tel: (202) 514-5189
    Fax: (202) 514-9623
    elizabeth.c.hadden@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

> By: s/*Elizabeth C. Hadden*
> ELIZABETH C. HADDEN
> Assistant Chief
> Western Criminal Enforcement Section
> Tax Division
> U.S. Dept. of Justice
> Tel: (202) 514-5189
> Fax: (202) 514-9623
> elizabeth.c.hadden@usdoj.gov