IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   18-cr-00359-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LAWRENCE MARTIN BIRK,

      Defendant.

_____

**NOTICE OF WITHDRAWAL OF TRIAL ATTORNEY LORI A. HENDRICKSON**
_____

The United States of America, by and through undersigned counsel, hereby files

this Notice of Withdrawal for Trial Attorney Lori A. Hendrickson.

Dated this 5th day of March, 2019.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

By: s/ *Lori A. Hendrickson*
LORI A. HENDRICKSON
Trial Attorney
U.S. Department of Justice, Tax Division
Tel: (202) 514-2174
Fax: (202) 514-9623
Lori.A.Hendrickson@usdoj.gov

Attorney for the United States

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 5, 2019, I electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to the attorneys of record.

s/ *Lori A. Hendrickson*
LORI A. HENDRICKSON
Trial Attorney
U.S. Department of Justice, Tax Division
Tel: (202) 514-2174
Fax: (202) 514-9623
Lori.A.Hendrickson@usdoj.gov