IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   18-cr-00359-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LAWRENCE MARTIN BIRK,

      Defendant.
_____

## NOTICE OF APPEARANCE
_____

      The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

      Respectfully submitted,

      VIRGINIA GRADY
      Federal Public Defender


      s/ Jennifer Beck
      Jennifer Beck
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Jennifer_Beck@fd.org
      Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2019, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Christopher Michael Magnani, Assistant United States Attorney
    E-mail:  christopher.magnani@usdoj.gov

    Lori Hendrickson, Assistant United States Attorney
    Email: lori.hendrickson@usdoj.gov

    Elizabeth Hadden, Assistant Chief, Western Criminal Enforcement Section
    Email:  elizabeth.c.hadden@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Lawrence Martin Birk     (via U.S. mail)

    s/ Jennifer Beck
    Jennifer Beck
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Jennifer_Beck@fd.org
    Attorney for Defendant