IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   18-cr-00359-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LAWRENCE MARTIN BIRK,

      Defendant.
_____

**MOTION TO WITHDRAW BY TRIAL ATTORNEY LORI A. HENDRICKSON**
_____

      The United States of America, by and through undersigned counsel, hereby moves this Court to grant this Motion to Withdraw by Trial Attorney Lori A. Hendrickson. Assistant Chief Elizabeth Hadden is replacing Ms. Hendrickson, and Ms. Hadden entered her Notice of Appearance on March 5, 2019.

      Dated this 11th day of March, 2019.

                              RICHARD E. ZUCKERMAN
                              Principal Deputy Assistant Attorney General
                              U.S. Department of Justice, Tax Division

                              By: s/ *Lori A. Hendrickson*
                              LORI A. HENDRICKSON
                              Trial Attorney
                              U.S. Department of Justice, Tax Division
                              Tel: (202) 514-2174
                              Fax: (202) 514-9623
                              Lori.A.Hendrickson@usdoj.gov

                              Attorney for the United States

## CERTIFICATE OF SERVICE

      I hereby certify that on March 11, 2019, I electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to the attorneys of record.

                                            s/ *Lori A. Hendrickson*
                                            LORI A. HENDRICKSON
                                            Trial Attorney
                                            U.S. Department of Justice, Tax Division
                                            Tel: (202) 514-2174
                                            Fax: (202) 514-9623
                                            Lori.A.Hendrickson@usdoj.gov