IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   18-cr-00359-REB

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

v.


LAWRENCE MARTIN BIRK,

　　　　　Defendant.

---

## MOTION TO EXCUSE APPEARANCE AT STATUS CONFERENCE

---

Mr. Lawrence Martin Birk, by and through counsel, Edward R. Harris, requests this Court issue an order excusing his appearance at the March 14, 2019, Status Conference.  Mr. Birk states as follows:

1.　　This case is set for a Status Conference on March 14, 2019 at 2:30 p.m.

2.　　This hearing will not have any bearing on the guilt or innocence of Mr. Birk.

3.　　The weather forecast for March 13-14 predicts a blizzard.  Significant snow is predicted for the greater Denver area with even more snow predicted south of Denver where Mr. Birk lives.  Travel for Mr. Birk would be difficult and hazardous.

4.　　Mr. Birk is on bond.  Counsel has advised him of his right to be present at the status conference.  He understands his right to attend and, being so advised, waives said right and does not wish to be present at the hearing.

5.      Fed.R.Crim.P. 43(b)(3), provides that a defendant need not be present when the proceeding involves only a conference or hearing on a question or law.

6.      Counsel has conferred with the government concerning this motion. Assistant United States Attorney Elizabeth Hadden does not oppose the motion.

WHEREFORE, Mr. Birk prays for the relief requested and for such other and further relief as to the Court seems just and proper.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Edward R. Harris
EDWARD R. HARRIS
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward.Harris@fd.org
Attorney for Defendant

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 12, 2019, I filed the foregoing MOTION TO EXCUSE APPEARANCE AT STATUS CONFERENCE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Christopher Michael Magnani, Assistant United States Attorney
E-mail:  christopher.magnani@usdoj.gov

Elizabeth Hadden, Assistant United States Attorney
E-mail: elizabeth.c.hadden@usdoj.gov


I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Lawrence Martin Birk        (via U.S. mail)


s/ Edward R. Harris
EDWARD R. HARRIS
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward.Harris@fd.org
Attorney for Defendant

3