IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   18-cr-00359-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LAWRENCE MARTIN BIRK,

       Defendant.

---

### DEFENDANT'S MOTION TO PERMIT DEFENSE COUNSEL TO APPEAR BY PHONE AT STATUS CONFERENCE

---

COMES NOW COUNSEL FOR DEFEDNANT, Mr. Lawrence Martin Birk, and requests this permit counsel to appear by telephone at the March 14, 2019 Status Conference.  Counsel states as follows:

1.    This case is set for a Status Conference on March 14, 2019 at 2:30 p.m.

2.    The weather forecast for March 13-14 predicts a blizzard for the Front Range.  *See* https://denver.cbslocal.com/2019/03/12/snowstorm-blizzard-colorado-denver-weather-rain-heavy-snow/ (Denver Weather: Historic Storm Brings Rain Tonight, Blizzard Tomorrow).

3.    Even if the Court is open for business on March 14th, counsel is unsure whether he can safely get to the scheduled hearing.  Although he lives in Denver, his experience with Denver's ability (willingness?) to plow the roads in significant snow event is that Denver fails miserably at that task.  This is especially true on side streets, which are often impassable for days after a major storm.

5. Counsel will do his best to appear in person if he needs to. However, he would rather not risk an accident traversing unplowed (or at best barely plowed) roads in the wake of a possibly historic storm.

6. The government does not oppose the motion.

WHEREFORE, counsel seeks leave of the Court to appear by phone if, in counsel's judgment, it would be unsafe to appear in person due to weather and road conditions.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Edward R. Harris
EDWARD R. HARRIS
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward.Harris@fd.org
Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 12, 2019, I filed the with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Christopher Michael Magnani, Assistant United States Attorney
E-mail:  christopher.magnani@usdoj.gov

Elizabeth Hadden, Assistant United States Attorney
E-mail: elizabeth.c.hadden@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Lawrence Martin Birk        (via U.S. mail)

s/ Edward R. Harris
EDWARD R. HARRIS
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward.Harris@fd.org
Attorney for Defendant

3