**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn**

Date:              March 14, 2019

Deputy Clerk:      Leigh Roberson
Court Reporter:    Tracy Weir

| Criminal Action No. 18-cr-359-REB | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Elizabeth Hadden |
| Plaintiff, | |
| v. | |
| LAWRENCE MARTIN BIRK, | Edward Harris |
| | Jennifer Beck |
| Defendant. | |

**COURTROOM MINUTES**

**Status Conference**

**2:35 p.m.      Court in session.**

Appearances of counsel. Defendant has waived his appearance. Also present at government counsel table is Special Agent George Warnock, IRS.

Discussion held regarding status of the case.

**IT IS ORDERED:**

1. That this case is continued for further status conference as agreed to Wednesday, April 24, 2019, at 11:00 a.m., at which time the defendant, unless sooner excused by order of the Court, shall appear without further notice or order;

2. That the Trial Preparation Conference now set for May 10, 2019, is vacated and continued, pending further order;

3. That the trial by jury now set to commence May 13, 2019, is vacated and continued, pending further order; and

4. That the bond of the defendant is continued to the date and time of the status conference.

**2:50 p.m.     Court in recess.**

Total time in court: 0:15

Hearing concluded.