IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   18-cr-00359-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LAWRENCE MARTIN BIRK,

        Defendant.

_____

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE
_____

Lawrence Martin Birk, by and through undersigned counsel, respectfully moves this Court for an Order continuing the status conference scheduled for April 24, 2019, approximately one week to the first week in May, 2019. This request is not opposed by Government counsel.

The trial preparation and trial dates were vacated by Order of this Court on March 14, 2019 and a status conference set for April 24, 2019. Doc. 50.[1] Undersigned counsel was, after this, unexpectedly called away from the office, and out of state, due to a death in his family.  This has necessitated the rescheduling of matters on his calendar, including court appearances. He does expect to return to the office in time to meet with Mr. Birk and to attend a status conference, if it could be rescheduled as requested.

---

[1] "Doc." means the clerk's docket.

Respectfully submitted,


VIRGINIA L. GRADY
Federal Public Defender


<u>s/ Edward R. Harris</u>
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2019, I electronically filed the foregoing

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Christopher Michael Magnani, Assistant United States Attorney
    E-mail:  christopher.magnani@usdoj.gov

    Elizabeth Caryl Hadden, Assistant United States Attorney
    Email:  elizabeth.c.hadden@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Lawrence Martin Birk      (via U.S. mail)

                              s/ Edward R. Harris
                              Edward R. Harris
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO  80202
                              Telephone:  (303) 294-7002
                              FAX:  (303) 294-1192
                              Edward_Harris@fd.org
                              Attorney for Defendant