IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   18-cr-00359-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LAWRENCE MARTIN BIRK,

       Defendant.

## UNOPPOSED MOTION TO EXCUSE APPEARANCE AT STATUS CONFERENCE

       Mr. Lawrence Martin Birk, by and through counsel, Edward R. Harris, requests this Court issue an order excusing his appearance at the May 1, 2019, Status Conference. Mr. Birk states as follows:

       1.    This case is set for a Status Conference on May 1, 2019 at 10:30 a.m.

       2.    This hearing will not have any bearing on the guilt or innocence of Mr. Birk.

       3.    Mr. Birk lives in Lake George, Colorado, which is an almost 3-hour drive from Denver. He is the primary caretaker for his wife who suffers dementia. Travel to Denver is difficult for him, although he will attend all Court appearances that the Court requires of him.

       4.    Mr. Birk communicated to defense counsel that he would like to have his appearance waived for the status conference.

5.      Mr. Birk is on bond.  He has been advised of his right to be present at the status conference.  He understands his right to attend and, being so advised, waives said right and does not wish to be present at the hearing.

6.      Fed.R.Crim.P. 43(b)(3), provides that a defendant need not be present when the proceeding involves only a conference or hearing on a question or law.

7.      Counsel has conferred with the government concerning this motion. Assistant United States Attorney Elizabeth Hadden does not oppose the motion.

WHEREFORE, Mr. Birk prays for the relief requested and for such other and further relief as to the Court seems just and proper.

>Respectfully submitted,
>
>VIRGINIA L. GRADY
>Federal Public Defender
>
>
>s/ Edward R. Harris
>EDWARD R. HARRIS
>Assistant Federal Public Defender
>633 17th Street, Suite 1000
>Denver, CO  80202
>Telephone:  (303) 294-7002
>FAX:  (303) 294-1192
>Edward.Harris@fd.org
>Attorney for Defendant

2

CERTIFICATE OF SERVICE

 I hereby certify that on April 17, 2019, I filed the foregoing **UNOPPOSED MOTION TO EXCUSE APPEARANCE AT STATUS CONFERENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

 Christopher Michael Magnani, Assistant United States Attorney
 E-mail:  christopher.magnani@usdoj.gov

 Elizabeth Hadden, Assistant United States Attorney
 E-mail: elizabeth.c.hadden@usdoj.gov

 I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

 Lawrence Martin Birk  (via U.S. mail)

         s/ Edward R. Harris
         EDWARD R. HARRIS
         Assistant Federal Public Defender
         633 17th Street, Suite 1000
         Denver, CO  80202
         Telephone:  (303) 294-7002
         FAX:  (303) 294-1192
         Edward.Harris@fd.org
         Attorney for Defendant