**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn**

| | |
|---|---|
| Date: | May 1, 2019 |
| Deputy Clerk: | Leigh Roberson |
| Court Reporter: | Tracy Weir |

| | |
|---|---|
| Criminal Action No. 18-cr-359-REB | Counsel: |
| UNITED STATES OF AMERICA, | Elizabeth Hadden |
| | Christopher Magnani |
| Plaintiff, | |
| v. | |
| LAWRENCE MARTIN BIRK, | Ed Harris |
| | Jennifer Beck |
| Defendant. | |

**COURTROOM MINUTES**

**Status Conference**

**10:36 a.m.    Court in session.**

Appearances of counsel. Defendant's appearance has been waived. Also present at government counsel table is Special Agent George Warnock, IRS.

Discussion held regarding the status of the case.

The parties move orally to exclude the time from May 12, 2019, through July 22, 2019, from the time required for a speedy trial under the Act.

**IT IS ORDERED:**

1. That the joint oral motion of the parties to exclude the time from May 12, 2019, through and including July 22, 2019, from the time for a speedy trial under the Act is granted;

2. That, accordingly, the time from May 12, 2019, through and including July 22, 2019, shall be excluded from the time for a speedy trial under the Act;

3. That a trial preparation conference is set for July 17, 2019, at 1:30 p.m., at which time the defendant shall appear before the Court without further notice, order, or subpoena;

4. That trial by jury is set to begin July 22, 2019, at 8:30 a.m., with the Court reserving eight days for trial, at which time the defendant shall appear before the Court without further notice, order, or subpoena;

5. That non-CJA pretrial motions shall be filed by May 24, 2019, with related responses filed by June 7, 2019;

6. That any pretrial motion that the Court determines should be set for hearing, either for the receipt of evidence and argument or argument only, shall be set during a telephonic, non-appearance motions setting conference on June 12, 2019, at 10:00 a.m.; and

7. That as soon as practicable the Court shall prepare its next Trial Preparation Conference Order, which shall supplant and supersede its extant Trial Preparation Conference Order [ECF 22].

**11:11 a.m.     Court in recess.**

Total time in court: 0:35

Hearing concluded.