**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

CASE NO.   18-cr-00359-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LAWRENCE MARTIN BIRK,

       Defendant.
_____

**UNITED STATES' NOTICE OF INTENT TO CALL SUMMARY EXPERT WITNESS**
_____

       The United States of America, by and through undersigned counsel, submits its notice of intent to call IRS Revenue Agent Mary Trabold as a summary-expert witness pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rules of Evidence 702 and 1006. The use of a summary-expert witness and summaries of voluminous evidence will assist the jury in understanding the evidence.

**Expert Witness Testimony Pursuant to Fed. R. Cr. Proc. 16(a)(1)(G)**

       The Federal Rules of Evidence authorize the use of an expert witness if it "will help the trier of fact to understand the evidence or to determine a fact in issue. . . ." Fed. R. Evid. 702. The use of an expert witness in criminal tax prosecutions has been approved consistently. *See United States v. Bedford*, 536 F.3d 1148, 1157-58 (10th Cir. 2008) ("a properly qualified IRS agent may analyze a transaction and give expert testimony about its tax consequences."); *United States v. Mann*, 884 F.2d 532, 538-39

(10th Cir. 1989) (approving the use of summaries with an expert tax witness); *United States v. Kapnison*, 743 F.2d 1450, 1457-58 (10th Cir. 1984) (same).

During its case-in-chief, the government will offer the testimony of IRS Revenue Agent Mary Trabold as a summary-expert witness trained in IRS practice and procedures, federal taxation of individuals and small businesses, and accounting. Revenue Agent Trabold will provide an analysis of documentary and testimonial evidence admitted at trial and will explain the resulting tax consequences. Specifically, she will summarize the evidence she used in calculating the Defendant's tax due and owing for 1998-2005. Revenue Agent Trabold will summarize many different types of evidence including, *inter alia*, Defendant's tax returns, bank records, and other financial statements, as well as other information that is reported to the IRS.

## Summaries of Voluminous Evidence Pursuant to F.R.E. 1006

Federal Rule of Evidence 1006 allows for the introduction of summary evidence to aid the jury in the examination of testimony or documents in evidence. *See United States v. Thompson*, 518 F.3d 832, 858-59 (10th Cir. 2008); *United States v. Schuler*, 458 F.3d 1148, 1154 (10th Cir. 2006). The proponents of a summary introduced pursuant to Rule 1006 must establish the admissibility of the underlying documents as a condition precedent to introduction of the summary. *United States v. Samaniego*, 187 F.3d 1222, 1223 (10th Cir. 1999). The underlying documents do not have to be admitted, but they must be established as admissible. *Id.* Summaries must fairly represent the underlying documents upon which they are based. *United States v. Conford*, 336 F.2d 285, 287-88 (10th Cir. 1964).

The Tenth Circuit has repeatedly approved the use of Rule 1006 summaries, particularly where, as here, the summaries will aid the jury in organizing the information contained in a large number of documents into understandable form. *Thompson*, 518 F.3d at 858-59 (approving the use of summaries in tax prosecutions with appropriate limiting instructions); *Mann*, 884 F.2d at 538-39 (same); *Kapnison*, 743 F.2d at 1457-58 (same). Rule 1006 treats properly admitted summaries as evidence in their own right rather than just presentations of other evidence in a more coherent form, as long as the underlying evidence is admissible. *Samaniego*, 187 F.3d at 1223-24.

The government anticipates that a portion of Revenue Agent Trabold's testimony will relate to the presentation of summary evidence. Copies of any summary exhibits will be provided to the Defendant before her testimony. The United States also intends to give Defendant draft summaries in advance of the trial preparation conference. The evidence that underlies these summaries has already been provided to the defense in discovery and, to the extent new underlying materials are used, they will be disclosed as soon as possible. *See United States v. Schuler*, 458 F.3d 1148, 1154 (10th Cir. 2006) (applying requirement that underlying evidence be made available to the Defendant before trial).

With respect to the government's summaries and reports, although preliminary summaries will be made available to the defense as they are prepared, the government will amend any summary or report based on the evidence that is admitted at trial and final copies of the summaries will be available only after the summarized evidence has been admitted at trial.

THEREFORE, pursuant to Rule 16(b)(1)(c) and the expert disclosure provided herein, the government requests the disclosure of the Defendant's experts, if any, including a written summary of expert testimony.

Dated this 20th day of June, 2019.

> RICHARD E. ZUCKERMAN
> Principal Deputy Assistant Attorney General
> U.S. Department of Justice, Tax Division
>
> By:  /s/ *Christopher Magnani*
>
> ELIZABETH C. HADDEN
> Assistant Chief
> U.S. Department of Justice, Tax Division
> Tel: (202) 514-5189
> Fax: (202) 514-9623
> elizabeth.c.hadden@usdoj.gov
>
> CHRISTOPHER MAGNANI
> Trial Attorney
> U.S. Department of Justice, Tax Division
> 601 D Street NW
> Washington, DC 20004
> Tel: (202) 307-6408
> Fax: (202) 514-9623
> christopher.magnani@usdoj.gov
>
> Attorneys for the United States

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 20, 2019 I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to the attorneys of record.  I also emailed a copy of this filing to Assistant Public Defender Edward Harris, counsel for the Defendant.

            */s/ Christopher Magnani*
            Christopher Magnani
            Trial Attorney
            U.S. Department of Justice, Tax Division
            601 D Street NW
            Washington, DC 20004
            Tel: (202) 307-6408
            Fax: (202) 514-9623
            Email: christopher.magnani@usdoj.gov