IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

CASE NO.   18-cr-00359-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LAWRENCE MARTIN BIRK,

      Defendant.
_____

**UNITED STATES' NOTICE OF INTENT TO INTRODUCE
BUSINESS RECORDS AND CERTIFICATIONS OF LACK OF RECORD**
_____

The United States of America, by and through undersigned counsel, submits its notice of intent to introduce self-authenticating business records and certifications of lack of record pursuant to Federal Rules of Evidence 803(6), 803(10), and 902(11).

The government will introduce bank records from Park State Bank and Trust ("PSBT"), which are records of a regularly conducted activity as defined by Rule 803(6), as self-authenticating business records pursuant to certifications provided by the bank that comport with the requirements of Rule 902(11). The records have been produced to Defendant and are identified below by their Bates ranges:

- Records from 2000-2003 for Defendant's personal account (PSBT 1721-1976) and business account (PSBT 0002-240) are self-authenticating business records pursuant to the certification at TRPSBT0004.

- Records from 2004-2019 for Defendant's personal account (TRPSBT 01792-2438) and business account (TRPSBT 00007-1791) are self-authenticating business records pursuant to the certifications at, respectively, TRPSBT 00005 and TRPSBT 00006.

The government does not intend to introduce all of the bank records, but all are admissible as self-authenticating business records. At trial, the government intends to offer only small portions of these bank records, in addition to summaries of these bank records, as mentioned in its notice at ECF 59.

The government will also introduce certified IRS Forms 3050, Certification of Lack of Record, attesting to the facts that the IRS has no record of Defendant filing tax returns for 2006 until present or making voluntary tax payments. The government will produce these certifications to the Defense as soon as the IRS creates them and sends them to the government. The information that these certifications will attest to, however, has already been disclosed to the defense via the IRS account transcripts.

Dated this 21st day of June, 2019.

        RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

By:  /s/ *Christopher Magnani*

ELIZABETH C. HADDEN
Assistant Chief
U.S. Department of Justice, Tax Division
Tel: (202) 514-5189
Fax: (202) 514-9623
elizabeth.c.hadden@usdoj.gov

CHRISTOPHER MAGNANI
Trial Attorney
U.S. Department of Justice, Tax Division
601 D Street NW
Washington, DC 20004
Tel: (202) 307-6408
Fax: (202) 514-9623
christopher.magnani@usdoj.gov

Attorneys for the United States

## CERTIFICATE OF SERVICE

   I hereby certify that on June 21, 2019 I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to the attorneys of record.  I also emailed a copy of this filing to Assistant Public Defender Edward Harris, counsel for the Defendant.

              */s/ Christopher Magnani*
              Christopher Magnani
              Trial Attorney
              U.S. Department of Justice, Tax Division
              601 D Street NW
              Washington, DC 20004
              Tel: (202) 307-6408
              Fax: (202) 514-9623
              Email: christopher.magnani@usdoj.gov