IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

CASE NO.   18-cr-00359-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE MARTIN BIRK,

    Defendant.

_____

**UNITED STATES' NOTICE OF INTENT TO INTRODUCE
BUSINESS RECORDS AND CERTIFICATIONS OF LACK OF RECORD**
_____

    The United States of America, by and through undersigned counsel, submits its notice of intent to introduce additional self-authenticating business records and pursuant to Federal Rules of Evidence 803(6) and 902(11).

    In addition to the records noticed in Doc 60. The government will introduce bank records from Vectra Bank Colorado N.A., which are records of a regularly conducted activity as defined by Rule 803(6), as self-authenticating business records pursuant to a certification provided by the bank that comport with the requirements of Rule 902(11). The records have been produced to Defendant and are for the years 2000-2001 for Defendant's account in the name of Terryall Asset Management Inc. bates range VECBAN 1-45.

    .

Dated this 26th day of June, 2019.

    RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

By: /s/ *Elizabeth C. Hadden*

ELIZABETH C. HADDEN
Assistant Chief
U.S. Department of Justice, Tax Division
Tel: (202) 514-5189
Fax: (202) 514-9623
elizabeth.c.hadden@usdoj.gov

CHRISTOPHER MAGNANI
Trial Attorney
U.S. Department of Justice, Tax Division
601 D Street NW
Washington, DC 20004
Tel: (202) 307-6408
Fax: (202) 514-9623
christopher.magnani@usdoj.gov

Attorneys for the United States

## CERTIFICATE OF SERVICE

       I hereby certify that on June 26, 2019 I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to the attorneys of record.

                                        */s/ Elizabeth C. Hadden*
                                        ELIZABETH C. HADDEN
                                        Assistant Chief
                                        U.S. Department of Justice, Tax Division
                                        601 D Street NW
                                        Washington, DC 20004
                                        Tel: (202) 307-6408
                                        Fax: (202) 514-5189
                                        Email: elizabeth.c.hadden@usdoj.gov