Case No.: 18-cr-00359-REB  Page Number 1
Case Caption: UNITED STATES OF AMERICA v. LAWRENCE MARTIN BIRK
Exihibit List of: Government

| Exhibit No. | Description | Stip | IN | OUT | Comments |
|---|---|---|---|---|---|
| 1 | Certified 1998 Tax Return, Rejected by IRS | No Objection | | | |
| 2 | Certified 1998 Tax Return | No Objection | | | |
| 3 | Certified 1998 Amended Tax Return | No Objection | | | |
| 4 | Certified 1999 Tax Return | No Objection | | | |
| 5 | Certified 2000 Tax Return | No Objection | | | |
| 6 | Certified 2001 Tax Return | No Objection | | | |
| 7 | Certified 2002 Tax Return | No Objection | | | |
| 8 | Certified 2003 Tax Return | No Objection | | | |
| 9 | Certified 2004 Tax Return | No Objection | | | |
| 10 | Certified 2005 Tax Return | No Objection | | | |
| 11 | Certified Transcripts of Account | No Objection | | | |
| 12 | Certified IMFOLR for 1988-97 | No Objection | | | |
| 13 | Form 3050 (Tax Returns 2006-2018), Certification of Lack of Record | No Objection | | | |
| 14 | Certified BMFOLE | No Objection | | | |

Case No.: 18-cr-00359-REB   Page Number 2
Case Caption: UNITED STATES OF AMERICA v. LAWRENCE MARTIN BIRK
Exihibit List of:  Government

| Exhibit No. | Description | Stip | IN | OUT | Comments |
|---|---|---|---|---|---|
| 16 | Summary of Account Transcripts | No Objection | | | |
| 17 | Summary of Payments | No Objection | | | |
| 18 | Summary of Notices Listed on Transcripts | No Objection | | | |
| 20 | December 12, 2001 - Ltr to Birk | No Objection | | | |
| 21 | March 18, 2003 - Ltr to Birk | No Objection | | | |
| 22 | August 8, 2003 - Ltr to Birk | No Objection | | | |
| 23 | April 12, 2004 - Ltr to Birk | No Objection | | | |
| 24 | August 2, 2004 - Ltr to Birk | No Objection | | | |
| 25 | January 27, 2005 - Ltr to Birk | No Objection | | | |
| 27 | June 16, 2005 - Ltr to Birk | No Objection | | | |
| 28 | July 7, 2005 - Ltr to IRS | No Objection | | | |
| 29 | July 7, 2005 - Ltr to Birk | No Objection | | | |
| 30 | July 28, 2005 - Fax to Birk | No Objection | | | |
| 31 | August 2, 2005 - Ltr to Birk | No Objection | | | |

Case No.: 18-cr-00359-REB  
Case Caption: UNITED STATES OF AMERICA v. LAWRENCE MARTIN BIRK  
Exihibit List of: Government

Page Number 3

| Exhibit No. | Description | Stip | IN | OUT | Comments |
|---|---|---|---|---|---|
| 32 | March 16, 2006 - Ltr to Birk | No Objection | | | |
| 33 | July 12, 2006 - Ltr to Birk | No Objection | | | |
| 34 | November 17, 2006 - Ltr to Birk | No Objection | | | |
| 35 | November 22, 2006 - Ltr to IRS | No Objection | | | |
| 36 | January 3, 2007 - Ltr to IRS | No Objection | | | |
| 37 | March 5, 2007 - Ltr to Birk | No Objection | | | |
| 38 | March 27, 2007 - Ltr to Birk | No Objection | | | |
| 39 | September 14, 2007 - Ltr to Birk | No Objection | | | |
| 40 | October 29, 2007 - Ltr to Birk re: 1998 and 1999 | No Objection | | | |
| 41 | October 29, 2007 - Ltr to Birk re: 1998-2005 | No Objection | | | |
| 42 | February 4, 2008 - Ltr to Birk | No Objection | | | |
| 43 | May 5, 2008 - Ltr to Birk | No Objection | | | |
| 44 | May 29, 2008 - Fax to Birk | No Objection | | | |
| 45 | September 11, 2008 - Ltr to Birk re: 1998 and 1999 | No Objection | | | |

Case No.: 18-cr-00359-REB                                                                                      Page Number 4
Case Caption: UNITED STATES OF AMERICA v. LAWRENCE MARTIN BIRK
Exihibit List of:  Government

| Exhibit No. | Description | Stip | IN | OUT | Comments |
|---|---|---|---|---|---|
| 46 | September 11, 2008 - Ltr to Birk re: 2004 and 2005 | No Objection | | | |
| 47 | September 11, 2008 - Ltr to Birk re: 1998 - 2005 | No Objection | | | |
| 48 | March 25, 2009 - Ltr to Birk | No Objection | | | |
| 49 | March 26, 2009 - Ltr to Birk | No Objection | | | |
| 51 | April 14, 2009 - Ltr to IRS | No Objection | | | |
| 53 | August 30, 2011 - Ltr to Birk | No Objection | | | |
| 54 | January 24, 2012 - Ltr to Birk | No Objection | | | |
| 55 | April 27, 2012 - Ltr to Birk | No Objection | | | |
| 70 | July 31, 2006 - Intake Sheet | No Objection | | | |
| 71 | August 3, 2006 - Intake Sheet | No Objection | | | |
| 72 | August 3, 2006 - Engagement Letter | No Objection | | | |
| 73 | August 7, 2006 - Power of Attorney | No Objection | | | |
| 74 | August 9, 2006 - Meeting Summary | No Objection | | | |
| 75 | Invoices | No Objection | | | |

Case No.: 18-cr-00359-REB  
Case Caption: UNITED STATES OF AMERICA v. LAWRENCE MARTIN BIRK  
Exihibit List of: Government

| Exhibit No. | Description | Stip | IN | OUT | Comments |
|---|---|---|---|---|---|
| 76 | August 3, 2006 - IRS Letter | No Objection | | | |
| 77 | August 9, 2006 - IRS Fax | No Objection | | | |
| 78 | October 2, 2006 - Relocation Request | No Objection | | | |
| 79 | November 10, 2006 - Letter to Birk | No Objection | | | |
| 81 | December 13, 2006 - Birk Email | No Objection | | | |
| 82 | Birk Answers | No Objection | | | |
| 83 | Dale Erikson Workpaper | No Objection | | | |
| 84 | Financial Records | No Objection | | | |
| 85 | Business Ledger | No Objection | | | |
| 86 | Profit and Loss Statement | No Objection | | | |
| 87 | December 20, 2006 - Closing Letter | No Objection | | | |
| 88 | December 20, 2006 - Revocation | No Objection | | | |
| 89 | December 20, 2006 - Fax | No Objection | | | |
| 91 | July 12, 2006 - Lien and Notice | No Objection | | | |

Case No.: 18-cr-00359-REB  
Case Caption: UNITED STATES OF AMERICA v. LAWRENCE MARTIN BIRK  
Exihibit List of: Government

Page Number 6

| Exhibit No. | Description | Stip | IN | OUT | Comments |
|---|---|---|---|---|---|
| 92 | Summary of Amount Owed | No Objection | | | |
| 93 | August 9, 2006 - Memo | No Objection | | | |
| 100 | Signature Cards for Personal and Business PSBT Accounts | No Objection | | | |
| 101 | Sample of PSBT Records: Official Check(s) Purchased August 8, 2006 | No Objection | | | |
| 102 | Sample of PSBT Records: Official Check(s) Purchased October 23, 2007 | No Objection | | | |
| 103 | Sample of PSBT Records: Official Check(s) Purchased June 23, 2008 | No Objection | | | |
| 104 | Sample of PSBT Records: Official Check(s) Purchased September 23, 2009 | No Objection | | | |
| 105 | Sample of PSBT Records: Official Check(s) Purchased December 10, 2010 | No Objection | | | |
| 106 | Sample of PSBT Records: Official Check(s) Purchased July 28, 2011 | No Objection | | | |
| 107 | Sample of PSBT Records: Official Check(s) Purchased September 20, 2012 | No Objection | | | |
| 108 | Sample of PSBT Records: Official Check(s) Purchased October 15, 2012 | No Objection | | | |
| 109 | Sample of PSBT Records: Official Check(s) Purchased March 25, 2013 | No Objection | | | |
| 110 | Sample of PSBT Records: Official Check(s) Purchased August 29, 2013 | No Objection | | | |
| 111 | Sample of PSBT Records: Official Check(s) Purchased March 5, 2014 | No Objection | | | |

Case No.: 18-cr-00359-REB    Page Number 7
Case Caption: UNITED STATES OF AMERICA v. LAWRENCE MARTIN BIRK
Exihibit List of: Government

| Exhibit No. | Description | Stip | IN | OUT | Comments |
|---|---|---|---|---|---|
| 112 | Sample of PSBT Records: Official Check(s) Purchased March 25, 2015 | No Objection | | | |
| 113 | Sample of PSBT Records: Official Check(s) Purchased November 28, 2016 | No Objection | | | |
| 114 | Sample of PSBT Records: Official Check(s) Purchased June 20, 2017 | No Objection | | | |
| 115 | Sample of PSBT Records: Official Check(s) Purchased June 25, 2018 | No Objection | | | |
| 116 | Summary of PSBT Records in Exhibits 101-115 | No Objection | | | |
| 117 | Summary of Official Checks Purchased from Tarryall PSBT Account | No Objection | | | |
| 118 | Summary of Monthly Average Balances in Personal and Tarryall PSBT Accounts | No Objection | | | |
| 120 | Vectre Bank Records | No Objection | | | |
| 121 | Colorado Secretary of State Records | No Objection | | | |
| 122 | Stipulation of Fact - We the People Foundation Inc. v. US | No Objection | | | |
| 130 | Mary Trabold Tax Analysis | No Objection | | | |
| 131 | TAMI Funds Analysis | No Objection | | | |
| 132 | Bank Summary and Spread (2013-2017) | No Objection | | | |

**Case No.:** 18-cr-00359-REB  Page Number 8
**Case Caption: UNITED STATES OF AMERICA v. LAWRENCE MARTIN BIRK**
**Exihibit List of:  Government**

| Exhibit No. | Description | Stip | IN | OUT | Comments |
|---|---|---|---|---|---|
| | | | | | |