**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 18-CR-00359-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LAWRENCE MARTIN BIRK,

        Defendant.

---

**VERDICT FORM**

---

We, the jury in this case, find the Defendant Lawrence Martin Birk:

    ☐ GUILTY

    ☐ NOT GUILTY

of the offense of Attempt to Evade or Defeat Tax, in violation of 26 U.S.C. § 7201 and as charged in Count One of the Indictment.


DATED this _____ day of _____, 2019



                                                                                      _____
                                                                                     FOREPERSON