**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 18-CR-00359-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LAWRENCE MARTIN BIRK,

        Defendant.

---

### GOVERNMENT'S PROPOSED VOIR DIRE

---

The United States of America, by and through undersigned counsel, submit the following proposed voir dire questions.

Respectfully submitted this 11th day of July, 2019.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

By: /s/ *Christopher Magnani*

ELIZABETH C. HADDEN
Assistant Chief
CHRISTOPHER MAGNANI
Trial Attorney
U.S. Department of Justice, Tax Division
150 M Street, NE
Washington, DC 20002
Tel: (202) 514-5189
Fax: (202) 514-9623
elizabeth.c.hadden@usdoj.gov
christopher.magnani@usdoj.gov

Attorneys for the United States

## **Background**

1.  Please state your:

    a.  County of residence

    b.  Current or most recent occupation

    c.  Previous occupation

    d.  Highest educational attainment

    e.  Military history (if applicable)

    f.  Spouse or partner's occupation (if applicable)

2.  Do any of you, your relatives or close friends, to the best of your knowledge, know the defendant, Lawrence Birk, who also goes by Marty, or anyone in his family?

3.  The defendant is represented by Edward Harris and Jennifer Beck.  Do you, your relatives or close friends, know Mr. Harris or Ms. Beck?

4.  The United States is represented by Elizabeth C. Hadden, Christopher Magnani, and Saundra Burgess. Do you, your relatives or close friends, know Ms. Hadden, Mr. Magnani, Ms. Burgess, or anyone associated with the Department of Justice or the United States Attorney's Office for the District of Colorado?

5.  George Warnock, Special Agent with the Criminal Investigation Division of the Internal Revenue Service, is also seated at the government's counsel table and will be assisting in the government's case. Do any of you, your relatives or close friends, know Agent Warnock or anyone associated with the IRS?

6.  The following people may be called as witnesses in this case. Please raise your hand if, upon hearing a witness's name, you believe that you, or your relatives or close friends, know any of the witnesses.  **[Read government's and defendant's witness lists.]**

7.  This case involves a business called Tarryall River Log Homes. Are any of you familiar with this business?

    a.  [If yes, then ask]

        i.   What have you heard and from what source?

        ii.  Have you or any of your relatives ever hired or worked with this business or with Mr. Birk?

        iii. If so, please describe.

8. To what extent, if any, have any of you read or heard any publicity or news relating to this case? Is there anything in particular that you have read or heard that has caused you to form an opinion as to the guilt or innocence of the defendant?

9. Other than what you have heard in the courtroom today, do you have any personal knowledge of the facts of this case, or have you heard or read anything about this case? If yes, is there anything which has caused you to form an opinion as to the guilt or innocence of the defendant, or that might influence your deliberations?

10. Do any of you have any problems with your hearing, sight, or other medical issues which might impair your ability to devote your full attention to this trial?

11. Have any of you ever served on a jury before? If so,

   a. Was it a civil or criminal case?

   b. Were you able to reach a verdict?

   c. Was there anything about your previous experience as a juror that would prevent you from listening to the evidence in this case fairly and impartially and rendering a verdict in this case based solely on the evidence?

### Knowledge of the Law, Finances, and Taxation

12. Have any of you had any training in accounting, bookkeeping, or the law?  If so, what kind of training?

13. How many of you are self-employed (either full time or part-time) or run your own business?  To those that answer affirmatively:

   a. Do you keep your own books and records, or do you hire an accountant?

   b. Do you have any employees?

   c. Has your business had any difficulties with the IRS?

14. Will those of you who prepare your own tax returns please raise your hands?

15. Will those of you who hire an accountant or other professional to prepare your tax returns please raise your hands?

16. Have any of you, your relatives, close friends, or business associates failed to file a federal income tax return when you, or your close relative, had enough income to require the filing of a tax return?

17. Have any of you, your relatives, close friends, or business associates ever been audited by the Internal Revenue Service?

18. Have any of you, your relatives, close friends, or business associates ever been assessed a penalty by the Internal Revenue Service?

19. Have any of you, your relatives, close friends, or business associates ever been the subject of a criminal tax or other federal investigation?

20. Have any of you, your relatives, close friends, or business associates ever had a bad experience with the IRS or with an IRS agent?

21. To jurors who responded affirmatively to questions 16, 17, 18, 19, and 20:

    a.   How long ago?

    b.   Was it criminal, civil, or collection activity?

    c.   Was the matter resolved to your/their satisfaction?

    d.   Were you/they treated fairly and courteously by government employees?

    e.   Do you/they hold any grudges against the government, or against government employees?

22. To jurors who had a negative experience:

    a.   Would your feelings prevent you from listening to the government's case fairly and impartially and rendering a verdict based solely on the evidence?

    b.   Could you give the government a fair trial in this case just as you would give the defendant a fair trial?

### Attitudes Toward the IRS and Tax Code

23. Do any of you feel that it is wrong for the government to impose income taxes?

24. Do any of you feel that violations of income tax laws should not be prosecuted as crimes by the United States?

25. Do any of you have any disagreement with the idea that everyone is obligated to obey the income tax laws, as well as all other laws of this country?

26. Do any of you believe that the income tax laws of the United States are unconstitutional?

27. Do any of you hold strong personal, legal, or philosophical feelings about the tax system of the United States?

    a.  If so, what are those feelings?

28. Are you familiar with the group "We The People" or the "Tax Honesty Movement"? If yes, how are you familiar?

29. Are you, your relatives, close friends, or business associates a member of or affiliated with any group or organization, whether formal or informal, which is engaged in advocating reform of the tax system of the United States?  If yes:

    a.  Which organization?

    b.  What are the organization's beliefs?

    c.  What do you think of the organization?

30. Have you, your relatives, close friends, or business associates, ever attended any lecture, seminar, or discussion organized or attended by people who advocate reform of the United States' tax system or who resist the United States' tax laws?

31. Would any of you be inclined to either believe or disbelieve the testimony of an employee of the Internal Revenue Service solely because that person is employed by the Internal Revenue Service?

32. Have you or your relatives, close friends, or business associates ever been a party to any legal action or proceeding involving the United States, its officers, agents, or employees?  If yes:

    a.  What type of proceeding?

    b.  Would this experience cause you to have any feelings or opinions against the government in this case?

33. Do you have any feelings or opinions about the United States government or law enforcement officials, in general, which would affect your judgment in this case?

34. This is a criminal case regarding a charge of tax evasion, specifically the evasion of payment of income tax. Do you hold any belief or feeling about these types of prosecutions such that you could not sit as a fair and impartial juror in this case?

35. In this case, the government must prove that the defendant *willfully* evaded payment of his individual income taxes. Since a defendant's intent is a state of mind, the government will be required to rely on circumstantial evidence.  The government cannot look into the mind of a defendant to see his intent. Therefore, the government will ask you to find the intent of the defendant from all of the

surrounding facts and circumstances presented at trial. Do you have any hesitancy in basing your verdict, whether "guilty" or "not guilty," upon circumstantial evidence?

36. Have you, your relatives, close friends, or business associates ever been charged with a criminal offense, other than a minor traffic violation? (If yes, the explanation may be in private at sidebar):

   a. If not you, what is the relationship of that person to you?

   b. How long ago?

   c. What was the nature of the offense?

   d. What happened after you/your relative was charged?

   e. Did you feel that you/your relative was treated fairly?

   f. Would this experience prevent you from rendering a verdict based solely on the evidence?

## Judgment, Ability, and Application of the Law

37. The presumption of innocence follows the defendant throughout the trial. The only way this presumption of innocence can be overcome is when you determine the evidence proves the defendant is guilty beyond a reasonable doubt. However, the law does not require the government to prove its case beyond all doubt because the human mind can always conceive of some doubt as to any proposition:

   a. Is there anybody who believes the defendant is guilty right now, even before hearing any of the evidence?

   b. Is there anyone here who would find the defendant "not guilty," regardless of what the evidence may show?

   c. Would any of you have any hesitancy in finding the defendant guilty of the offense charged in the indictment if the government proved the defendant guilty beyond a reasonable doubt?

   d. Would any of you require the government to prove its case beyond all doubt before you would vote for a verdict of guilty?

   e. Is there anyone who thinks the burden beyond a reasonable doubt is too heavy or that it is asking too much for the government to meet this burden?

37. This is a criminal trial. Your duty, as jurors, will be to determine the guilt or innocence of the defendant based on the evidence admitted at trial. It is the judge's duty, to determine what punishment may be imposed, if any, in the event of a guilty verdict. The law does not permit you to consider the issue of

punishment because there are factors, having nothing to do with this trial, which will determine leniency or harshness:

    a. Would the possibility of the defendant being sentenced to a period of imprisonment affect your ability to render a fair verdict?

    b. As a juror, your views about whether a particular law or rule of evidence is right or wrong cannot influence your deliberations and your review of the evidence. Would you be able to follow the Court's instructions about rules of law as well as all other instructions provided to you?

38. Your verdict must be based on the facts of this case as presented through evidence admitted at trial. It is the duty of the Court to instruct you on the law and to determine punishment if the defendant is found guilty. The law does not permit you to consider emotion, sympathy, prejudice, vengeance, fear, or hostility. The law does not permit you to consider the issue of punishment because that has nothing to do with this trial. Would you have any difficulty in putting these factors out of your mind when you deliberate on a verdict?

39. Is there any other reason we have not discussed which would prevent you from rendering a fair and impartial verdict based solely on the evidence presented in the courtroom?