## INSTRUCTION NO. NON-STIP D 01

## [THEORY OF DEFENSE INSTRUCTION]

Mr. Birk believed in good faith that he did not owe taxes and that he communicated that good faith belief in correspondence and in interviews with the IRS.

He reviewed the materials sent to him by the IRS, but he continued to believe that he did not owe taxes. At all times, Mr. Birk acted in good faith based on his understanding of the law.

In asserting he acted in good faith, the defendant does not take on a burden of proof. The defendant is under no burden to prove his good faith; rather, the government must prove bad faith beyond a reasonable doubt. Good faith is a complete defense to the charge in this case.

### Authority/Source

"A criminal defendant is entitled to an instruction on his theory of defense provided that theory is supported by some evidence and the law." *United States v. Alcorn*, 329 F.3d 759, 767 (10th Cir.2003) (quoting *United States v. Haney*, 318 F.3d 1161, 1163 (10th Cir.2003) (en banc)).