CASE NO.:   18-cr-00359-REB

CASE CAPTION:   US v. Birk

EXHIBIT LIST OF:   Lawrence Martin Birk                                PAGE NUMBER:   1

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP* | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| A | Letter from Mr. Birk to IRS dated February 2, 2004 / RAAPP00161 - RAAPP00163 | X | | | |
| B | Letter from Mr. Birk to IRS dated February 14, 2005 / RAAPP00268 - RAAPP00272 | X | | | |
| C | Request for a Collection Due Process Hearing received by the IRS on February 22, 2005 / RAAPP00265 - RAAPP00267 | X | | | |
| D | Letter from IRS to Mr. Birk dated June 16, 2005 / RAAPP00244 - RAAPP00245 | X | | | Gov Exhibit 27 |
| E | Letter from Mr. Birk to IRS dated May 29, 2008 / ROMORROMOR00733 - ROMORROMOR00736 | X | | | Gov Exhibit 51 |
| F | Letter from Mr. Birk to Congressman Doug Lamborn dated April 13, 2009 / ROMORROMOR00731 - ROMORROMOR00732 | X | | | Gov Exhibit 51 |
| G | Letter from Mr. Birk to IRS dated April 14, 2009 / ROMORROMOR00729 - ROMORROMOR00730 | X | | | Gov Exhibit 51 |
| H | Letter from Mr. Birk to IRS dated August 8, 2011 / ROMORROMOR00703 - ROMORROMOR00704 | X | | | |
| | | | | | |
| | | | | | |
| | * Note: Government does not object to exhibits subject to possible hearsay objection | | | | |