IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn

Date:              July 11, 2019
Deputy Clerk:      Leigh Roberson
Court Reporter:    Terri Lindblom

| Criminal Action No. 18-cr-359-REB | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Christopher Magnani |
|  | Elizabeth Hadden |
| Plaintiff, |  |
| v. |  |
| LAWRENCE MARTIN BIRK, | Edward Harris |
|  | Jennifer Beck |
| Defendant. |  |

## COURTROOM MINUTES

**Trial Preparation Conference**

**10:33 a.m.    Court in session.**

Appearances of counsel. Defendant is present on bond.

Opening remarks by the Court.

Discussion held regarding trial length, witnesses, exhibits, trial protocol, jury

instructions, proposed voir dire questions, and jury selection.

The government may have its paralegal and case agent seated at counsel table.
The defense may have its paralegal and technical assistant seated at counsel table.

Discussion held regarding courtroom etiquette and protocol.

Each side shall have 25 minutes for voir dire examination.

The Court will issue an order of sequestration under Rule 615 immediately prior to opening statements.

Each side shall have 30 minutes for opening statements.

The Court outlines its expectations for objections made in the presence of the jury.

The Court responds to counsel's questions regarding trial.

Defendant's bond continued.

**11:06 a.m.    Court in recess.**

Total time in court: 0:33

Hearing concluded.