IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   18-cr-00359-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LAWRENCE MARTIN BIRK,

       Defendant.
_____

**STIPULATED JURY INSTRUCTION**
_____

       Defendant, Lawrence Martin Birk, by and through undersigned counsel, hereby submits the following stipulated jury instruction.

       Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2019, I electronically filed the foregoing

**STIPULATED JURY INSTRUCTION**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Christopher Michael Magnani, Assistant United States Attorney
E-mail:  christopher.magnani@usdoj.gov

Elizabeth Caryl Hadden, Assistant United States Attorney
Email:  elizabeth.c.hadden@usdoj.gov

                                              s/ Edward R. Harris
                                              Edward R. Harris
                                              Assistant Federal Public Defender
                                              633 17th Street, Suite 1000
                                              Denver, CO  80202
                                              Telephone:  (303) 294-7002
                                              FAX:  (303) 294-1192
                                              Edward_Harris@fd.org
                                              Attorney for Defendant