# STIPULATED INSTRUCTION NO. 13

# [1.41 SUMMARIES AND CHARTS]

Certain charts and summaries have been shown to you to help explain the evidence in this case. Summaries or charts are not themselves evidence, but are summaries, the accuracy and reliability of which are to be determined by the testimony and exhibits admitted into evidence.

**Authority/Source**

10th Circuit Pattern Jury Instruction 1.41

Where the underlying evidence has been introduced along with the summaries or charts, the Tenth Circuit has suggested, in the context of tax prosecutions, that limiting instructions are proper. *See United States v. Mann*, 884 F.2d 532, 539 (10th Cir. 1989); *United States v. Kapnison*, 743 F.2d 1450, 1458 (10th Cir. 1984); *United States v. Harenberg*, 732 F.2d 1507, 1513–14 (10th Cir. 1984); *United States v. Kaatz*, 705 F.2d 1237, 1245 (10th Cir. 1983).