CASE NO.:  18-cr-00359-REB

CASE CAPTION:  US v. Birk

EXHIBIT LIST OF:  Lawrence Martin Birk

(Name and Party Designation)

PAGE NUMBER:  1

| EX. NO./LTR | DESCRIPTION | STIP* | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 1. | Letter from Mr. Birk to IRS dated February 2, 2004 / RAAPP00161 - RAAPP00163 | X | | | |
| 2. | Letter from Mr. Birk to IRS dated February 14, 2005 / RAAPP00268 - RAAPP00272 | X | | | |
| 3. | Request for a Collection Due Process Hearing received by the IRS on February 22, 2005 / RAAPP00265 - RAAPP00267 | X | | | |
| 4. | Letter from IRS to Mr. Birk dated June 16, 2005 / RAAPP00244 - RAAPP00245 | X | | | Gov Exhibit 27 |
| 5. | Letter from Mr. Birk to IRS dated May 29, 2008 / ROMORROMOR00733 - ROMORROMOR00736 | X | | | Gov Exhibit 51 |
| 6. | Letter from Mr. Birk to Congressman Doug Lamborn dated April 13, 2009 / ROMORROMOR00731 - ROMORROMOR00732 | X | | | Gov Exhibit 51 |
| 7. | Letter from Mr. Birk to IRS dated April 14, 2009 / ROMORROMOR00729 - ROMORROMOR00730 | X | | | Gov Exhibit 51 |
| 8. | Letter from Mr. Birk to IRS dated August 8, 2011 / ROMORROMOR00703 - ROMORROMOR00704 | X | | | |
| 9. | Requirement to File – Demonstrative | | | | |
| 10. | What is Taxable Domestic Income - Demonstrative | | | | |
| 11. | Where to look to find out if income is taxable? - Demonstrative | | | | |
| 12. | Understanding of Law Re: 5th Amendment - Demonstrative | | | | |
| 13. | Understanding of Law Re: 16th Amendment - Demonstrative | | | | |

CASE NO.:      18-cr-00359-REB
CASE CAPTION:  US v. Birk
EXHIBIT LIST OF:   Lawrence Martin Birk                                         PAGE NUMBER:   2
                (Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP* | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 14. | Understanding of Law Re: Unapportioned Direct Tax - Demonstrative | | | | |
| 15. | Understanding of Law Re: Due Process - Demonstrative | | | | |
| | * Note: Government does not object to exhibits subject to possible hearsay objection | | | | |
| 16. | SA Warnock's Applegate pretrial interview notes dated July 10, 2019 | | | | for impeachment only |
| 17. | SA Warnock's Stork pretrial interview notes dated July 9, 2019 | | | | for impeachment only |
| 18. | SA Warnock's Skaluba pretrial interview notes dated July 9, 2019 | | | | for impeachment only |
| 19. | Transcript of Erickson Testimony at April 17, 2019 Hearing | | | | for impeachment only |
| 20. | SA Warnock's Jeka pretrial interview notes dated July 9, 2019 | | | | for impeachment only |
| 21. | SA Warnock's Bentley pretrial interview notes dated July 12, 2019 | | | | for impeachment only |
| 22. | SA Warnock's Westfall pretrial interview notes dated June 26, 2019 | | | | for impeachment only |
| 23. | ICS History Transcript dated January 24, 2012 / ROMORROMOR00800 | | | | for impeachment only |
| 24. | Memorandum from Jennifer Green to TIGTA dated April 4, 2012 / ROMORROMOR01183-1184 | | | | for impeachment only |
| 25. | Jennifer Green's Timeline dated April 17, 2013 / ROMORROMOR00705-707 | | | | for impeachment only |
| 26. | SA Warnock's undated Green pretrial interview notes | | | | for impeachment only |

CASE NO.: 18-cr-00359-REB

CASE CAPTION: US v. Birk

EXHIBIT LIST OF: Lawrence Martin Birk         PAGE NUMBER: 3

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP* | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 27. | SA Hopping Memorandum of Interview with Birk dated June 16, 2014 / SAGOD00370-373 | | | | for impeachment only |