**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No.  18-cr-00359-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

LAWRENCE MARTIN BIRK,

     Defendant.

---

**ORDER APPROVING JUROR QUESTIONNAIRE**

---

Blackburn, J.

     The attached **Juror Questionnaire** is approved for use in the trial of this case.

     **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

     Dated July 16, 2019, at Denver, Colorado.

                                                   **BY THE COURT:**

                                                 */s/ Robert E. Blackburn*
                                                 Robert E. Blackburn
                                                 United States District Judge