### JUROR QUESTIONNAIRE

You will help save time selecting a jury when you complete this questionnaire completely and accurately.  Do not show or discuss this questionnaire to or with anyone.  The completed questionnaire is **not** a public document.  Please print your answers to all the questions, then print and sign your name below.  **Thank you**.

Case Name: United States of America vs.  Lawrence Martin Birk

1. What is your name? _____ Your gender?  M or F

2. In what city and county do you reside? _____

3. Age? _____ Marital Status? _____ Children?  (#, ages, & gender) _____

4. Where were you born and raised? _____ How long at current address? _____

5. Are you regularly employed, self employed or unemployed? _____

6. Occupation and employer?  (If retired, prior occupation and employer) _____

    Spouses occupation? _____ _____

7. Level of education/degrees? _____

8. Law enforcement experience and/or military service experience, if any?_____

9. Friends or relatives in law enforcement?  (Who and what agency?)_____

    _____

10. Have you ever been on a jury before? _____if yes, when? _____ Type of case? _____

11. Organizations or clubs to which you belong? _____

    _____

12. Hobbies and leisure activities: _____

13. Have you, a member of your family, or a close friend been convicted of a crime, other than a traffic offense, in the past ten years? _____ Who, what, when & where?_____

    _____

14. Have you ever been a witness or a party to any criminal proceeding? _____ When and what type of case?_____

15. Have you, a member of your family, or a close friend had a particularly good or bad experience with a police officer? _____ If yes, please briefly describe it: _____

    _____

16. How do you keep up with the news? _____

17. Have you heard, seen, or read anything about this case from any source? If so, please explain.  Be specific:

    _____

18. Do you believe there is any reason why you cannot be a fair and impartial juror in this criminal case? _____

    If yes, please give your reason(s): _____

19. Is there anything you have not stated that might affect your jury service that you would like to discuss with the Judge outside the presence of the other prospective jurors? _____

### THANK YOU FOR YOUR HELP

I declare that the above information is true to the best of my knowledge.  I know that if I have willfully misrepresented a material fact on this questionnaire, I may be guilty of and punished under federal law for perjury or making a false statement.

Dated: _____     Signed:_____

Print Name: _____