IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Action No. 18-cr-00359-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LAWRENCE MARTIN BIRK,

    Defendant.

## ORDER PRESCRIBING JURY SELECTION PROTOCOL

**Blackburn, J.**

    Attached is a **Jury Selection Protocol** approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that the attached **Jury Selection Protocol** shall be used by the court and the parties in the selection of the jury in the trial of this case.

    Dated July 16, 2019, at Denver, Colorado.

                            BY THE COURT:

                            */s/ Bob Blackburn*
                            Robert E. Blackburn
                            United States District Judge