**JURY SELECTION PROTOCOL**
**(18-cr-359)**
**Judge Robert E. Blackburn**

1. **Twelve regular jurors and two (2) alternate jurors**, i.e., a first and second alternate, who shall remain anonymous,[1] will be chosen for this trial.

2. **32** prospective jurors will be chosen at random by lot and seated in and in front of the jury box.

3. Voir dire will be conducted by the court and counsel and will be directed to those 32 prospective jurors seated in and in front of the jury box.

4. The court will voir dire first concerning hardship; any juror excused by the court for hardship will be replaced immediately by a prospective juror other than the initial 32.

5. After voir dire is completed the court will entertain challenges for cause.

6. The first and second alternate jurors shall be in the seats selected by the court during the Trial Preparation Conference.

7. Pursuant to **FED. R. CRIM. P. 24(b)(2)** and **(c)(2)** and **(c)(4)(A)**, the defendant is entitled to not more than **eleven (11)** peremptory challenges and the government is entitled to not more than **seven (7)** peremptory challenges.

8. When the court directs, the parties shall exercise their regular (non-alternate), juror peremptory challenges as to prospective jurors in seats 1 through 14[2] in the following order:

- the government may exercise its first peremptory challenge;
- the defendant may exercise his first peremptory challenge;
- the defendant may exercise his second peremptory challenge;
- the government may exercise its second peremptory challenge;

---

[1] Anonymous to all but the court and the parties until immediately prior to submission of the case to the jury.

[2] The parties must sedulously superintend the exercise of their peremptory challenges to eschew the premature excusal of a prospective first or second alternate juror whose position on the panel within the first 14 of 32 will be anonymous to all but the court and the parties. Only the final peremptory challenge, i.e., strike seven, of the government may be used vis-à-vis the prospective first and second alternate jurors, and only the final peremptory challenge, i.e., strike 11, of the defendant may be used. See **FED. R. CRIM. P. 24(c)(4)**.

- the defendant may exercise his third peremptory challenge;
- the defendant may exercise his fourth peremptory challenge;
- the government may exercise its third peremptory challenge;
- the defendant may exercise his fifth peremptory challenge;
- the defendant may exercise his sixth peremptory challenge;
- the government may exercise its fourth peremptory challenge;
- the defendant may exercise his seventh peremptory challenge;
- the defendant may exercise his eighth peremptory challenge;
- the government may exercise its fifth peremptory challenge;
- the defendant may exercise his ninth peremptory challenge;
- the government may exercise its sixth peremptory challenge;
- the defendant may exercise his tenth peremptory challenge;

9. When the court directs, the parties shall exercise their alternate juror peremptory challenges in the following order:

- the government may exercise its seventh (and final) peremptory challenge as to the first or second alternate jurors only, or the challenge is waived as to the first and second alternate jurors; and

- the defendant may exercise his eleventh (and final) peremptory challenge as to the first or second alternate jurors only, or the challenge is waived as to the first and second alternate jurors;

10. If either side accepts the jury before exercising all of its peremptory challenges, the other side may continue to exercise available peremptory challenges in response to which the side accepting the jury with peremptory challenges remaining may exercise remaining peremptory challenges, but only with respect to a prospective juror who was seated in the place of another prospective juror who was excused through the exercise of a peremptory challenge and then only immediately after the exercise of the challenge.

11. A peremptory challenge shall be made in open court by **audible** strike by the party exercising the challenge.

12. All but the final peremptory challenge for each side shall be directed at prospective jurors in seats 1 through 14 only, with the exception of the seats designated for the first and second alternate jurors. As required by **FED. R. CRIM. P. 24(c)(4)**, the last peremptory challenge for each side may be used to remove the first or second alternate jurors only.

13. Panelists in seats one through fourteen who are excused by peremptory challenge shall be replaced immediately by lot from remaining prospective jurors in seats 15 through 32.