CASE NO.:   18-cr-00359-REB

CASE CAPTION:   US v. Birk

EXHIBIT LIST OF:   Lawrence Martin Birk                                             PAGE NUMBER:   1

                    (Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | *STIP* | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 1. | Letter from Mr. Birk to IRS dated February 2, 2004 / RAAPP00161 - RAAPP00163 | X | | | |
| 2. | Letter from Mr. Birk to IRS dated February 14, 2005 / RAAPP00268 - RAAPP00272 | X | | | |
| 3. | Request for a Collection Due Process Hearing received by the IRS on February 22, 2005 / RAAPP00265 - RAAPP00267 | X | | | |
| 4. | Letter from IRS to Mr. Birk dated June 16, 2005 / RAAPP00244 - RAAPP00245 | X | | | Gov Exhibit 27 |
| 5. | Letter from Mr. Birk to IRS dated May 29, 2008 / ROMORROMOR00733 - ROMORROMOR00736 | X | | | Gov Exhibit 51 |
| 6. | Letter from Mr. Birk to Congressman Doug Lamborn dated April 13, 2009 / ROMORROMOR00731 - ROMORROMOR00732 | X | | | Gov Exhibit 51 |
| 7. | Letter from Mr. Birk to IRS dated April 14, 2009 / ROMORROMOR00729 - ROMORROMOR00730 | X | | | Gov Exhibit 51 |
| 8. | Letter from Mr. Birk to IRS dated August 8, 2011 / ROMORROMOR00703 - ROMORROMOR00704 | X | | | |
| 9. | Requirement to File – Demonstrative | | | | |
| 10. | What is Taxable Domestic Income - Demonstrative | | | | |
| 11. | Where to look to find out if income is taxable? - Demonstrative | | | | |
| 12. | Understanding of Law Re: 5th Amendment - Demonstrative | | | | |
| 13. | Understanding of Law Re: 16th Amendment - Demonstrative | | | | |

CASE NO.:   18-cr-00359-REB

CASE CAPTION:   US v. Birk

EXHIBIT LIST OF:   Lawrence Martin Birk                                                       PAGE NUMBER:   2

(Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | STIP* | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 14. | Understanding of Law Re:  Unapportioned Direct Tax - Demonstrative | | | | |
| 15. | Understanding of Law Re:  Due Process - Demonstrative | | | | |
| | * Note: Government does not object to exhibits subject to possible hearsay objection | | | | |
| 16. | SA Warnock's Applegate pretrial interview notes dated July 10, 2019 | | | | for impeachment only |
| 17. | SA Warnock's Stork pretrial interview notes dated July 9, 2019 | | | | for impeachment only |
| 18. | SA Warnock's Skaluba pretrial interview notes dated July 9, 2019 | | | | for impeachment only |
| 19. | Transcript of Erickson Testimony at April 17, 2019 Hearing | | | | for impeachment only |
| 20. | SA Warnock's Jeka pretrial interview notes dated July 9, 2019 | | | | for impeachment only |
| 21. | SA Warnock's Bentley pretrial interview notes dated July 12, 2019 | | | | for impeachment only |
| 22. | SA Warnock's Westfall pretrial interview notes dated June 26, 2019 | | | | for impeachment only |
| 23. | ICS History Transcript dated January 24, 2012 / ROMORROMOR00800 | | | | for impeachment only |
| 24. | Memorandum from Jennifer Green to TIGTA dated April 4, 2012 / ROMORROMOR01183-1184 | | | | for impeachment only |
| 25. | Jennifer Green's Timeline dated April 17, 2013 / ROMORROMOR00705-707 | | | | for impeachment only |
| 26. | SA Warnock's undated Green pretrial interview notes | | | | for impeachment only |

CASE NO.:   18-cr-00359-REB

CASE CAPTION:   US v. Birk

EXHIBIT LIST OF:   Lawrence Martin Birk                                                                 PAGE NUMBER:   3

          (Name and Party Designation)

| EX. NO./LTR | DESCRIPTION | *STIP** | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 27. | SA Hopping Memorandum of Interview with Birk dated June 16, 2014 / SAGOD00370-373 | | | | for impeachment only |
| 28. | IRM 5.20.10.1.1<br>https://www.irs.gov/irm/part5/irm_05-020-010 | | | | for impeachment only |
| 29. | IRM 25.25.10.2<br>https://www.irs.gov/irm/part25/irm_25-025-010r | | | | for impeachment only |
| 30. | IRS Publication 1 (Your rights as a tax payer) | | | | for impeachment only |
| 31. | IRM 21.3.3.3.4<br> https://www.irs.gov/irm/part21/irm_21-003-003 | | | | for impeachment only |
| 32. | IRM 1.2.1.13.3<br>Policy Statement 21-3 (Formerly P-6-12), Timeliness and Quality of Taxpayer Correspondence<br><br> https://www.irs.gov/irm/part1/irm_01-002-001#idm140564389114304 | | | | for impeachment only |