**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn**

| | |
|---|---|
| Date: | July 22, 2019 |
| Deputy Clerk: | Leigh Roberson |
| Court Reporter: | Terri Lindblom |

| | |
|---|---|
| Criminal Action No. 18-cr-359-REB | Counsel: |
| UNITED STATES OF AMERICA, | Christopher Magnani |
| | Elizabeth Hadden |
| Plaintiff, | |
| v. | |
| LAWRENCE MARTIN BIRK, | Edward Harris |
| | Jennifer Beck |
| Defendant. | |

## COURTROOM MINUTES

**Jury Trial – Day One**

**Jury Selection**

**9:17 a.m.**     **Court in session.**   Jury panel is present.

Appearances of counsel. Defendant is present on bond. Also present at government counsel table are the government's technical advisor and Special Agent George Warnock, IRS. Also seated at defense counsel table is the defense's technical advisor, Jonathan Cohen.

Court's opening remarks to prospective jurors.

Jury panel sworn.

Voir dire of prospective jurors by the Court.

**10:52 a.m.**     **Court in recess.**
**11:07 a.m.**     **Court in session.**   Jury panel present.

Continued voir dire by the Court.

Voir dire by the parties.

**12:03 p.m.   Court in recess.**
**1:15 p.m.    Court in session.**   Jury panel present.

Continued voir dire by the parties.

The parties exercise their peremptory challenges.

12 jurors and two alternates seated and sworn.

The Court's Juror Code of Conduct is distributed to all jurors and counsel.

The Court reviews the Juror Code of Conduct with the members of the jury.

**2:50 p.m.   Court in recess.**
**3:42 p.m.   Court in session.**   Jury present.

Court's preliminary instructions to the jury.

**ORDERED:**   Pursuant to Federal Rules of Evidence, Rule 615, with the exception of the defendant, any advisory witness, and any other witness granted extreme indifference from sequestration, all other witnesses who may testify during trial must are excluded from the courtroom and shall not discuss their testimony with anyone other than legal counsel. Each party shall advise all prospective witnesses endorsed by them of the Court's order of sequestration, which is now in full force and effect.

Opening statement for the government by Ms. Hadden.

Opening statement for the defendant by Mr. Harris.

All exhibits marked as stipulated are admitted.

**Government begins.**

4:24 p.m.    Government's witness Kristy Morgan called and sworn.

Direct examination of Ms. Morgan by Mr. Magnani.

**4:57 p.m.   Court in recess.** Jury in recess until July 23, 2019, at 8:30 a.m.

Trial continued. Defendant continued on bond.

Total time in court: 5:21