# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Senior Judge Robert E. Blackburn

Date:              July 23, 2019
Deputy Clerk:      Leigh Roberson
Court Reporter:    Terri Lindblom

| | |
|---|---|
| Criminal Action No. 18-cr-359-REB | Counsel: |
| UNITED STATES OF AMERICA, | Christopher Magnani |
| | Elizabeth Hadden |
| Plaintiff, | |
| v. | |
| LAWRENCE MARTIN BIRK, | Edward Harris |
| | Jennifer Beck |
| Defendant. | |

## COURTROOM MINUTES

**Jury Trial – Day Two**

**8:36 a.m.    Court in session.**   Jury present.

Continued direct examination of Ms. Morgan by Mr. Magnani.

Cross-examination of Ms. Morgan by Ms. Beck.

Redirect examination of Ms. Morgan by Mr. Magnani.

Government's witness Kristy Morgan excused and released from subpoena.

9:17 a.m.    Government's witness Paulette Applegate called and sworn.

Cross-examination of Ms. Applegate by Ms. Beck.

Government's witness Paulette Applegate excused and released from subpoena.

**9:56 a.m.    Court in recess.**
**10:21 a.m.   Court in session.**   Jury present.

10:23 a.m.   Government's witness Bruce Stork called and sworn.

Direct examination of Mr. Stork by Ms. Hadden.

Cross-examination of Mr. Stork by Ms. Beck.

Redirect examination of Mr. Stork by Ms. Hadden.

Government's witness Bruce Stork excused and released from subpoena.

10:53 a.m.     Government's witness Fred Skaluba called and sworn.

Direct examination of Mr. Skaluba by Ms. Hadden.

Cross-examination of Mr. Skaluba by Ms. Beck.

Government's witness Bruce Skaluba excused and released from subpoena.

11:12 a.m.     Government's witness Todd Whalen called and sworn.

Direct examination of Mr. Whalen by Mr. Magnani.

Cross-examination of Mr. Whalen by Ms. Beck.

**11:57 a.m.    Court in recess.**
**1:18 p.m.     Court in session.**   Jury present.

Continued cross-examination of Mr. Whalen by Ms. Beck

Redirect examination of Mr. Whalen by Mr. Magnani.

Government's witness Todd Whalen excused and released from subpoena.

1:23 p.m.      Government's witness Dale Erickson called and sworn.

Direct examination of Mr. Erickson by Mr. Magnani.

Cross-examination of Mr. Erickson by Ms. Beck.

Government's witness Dale Erickson excused and released from subpoena.

2:39 p.m.      Government's witness Michael Jeka called and sworn.

Direct examination of Mr. Jeka by Ms. Hadden.

**3:02 p.m.**     **Court in recess.**
**3:27 p.m.**     **Court in session.**   Jury present.

Cross-examination of Mr. Jeka by Ms. Beck.

Redirect examination of Mr. Jeka by Ms. Hadden.

Government's witness Michael Jeka excused and released from subpoena.

3:42 p.m.     Government's witness Roseanne Miller called and sworn.

Direct examination of Ms. Miller by Ms. Hadden.

Government's witness Roseanne Miller excused and released from subpoena.

4:03 p.m.     Government's witness Thomas Bentley called and sworn.

Direct examination of Mr. Bentley by Ms. Hadden.

Cross-examination of Mr. Bentley by Ms. Beck

Government's witness Thomas Bentley excused and released from subpoena.

4:25 p.m.     Government's witness Carrie Westfall called and sworn.

Direct examination of Ms. Westfall by Mr. Magnani.

Government's witness Carrie Westfall excused and released from subpoena.

4:31 p.m.     Government's witness Marcie Zurek called and sworn.

Direct examination of Ms. Zurek by Mr. Magnani.

Government's witness Marcie Zurek excused and released from subpoena.

**4:45 p.m.**     **Court in recess.** Jury in recess until July 24, 2019, at 8:30 a.m.

Trial continued. Defendant continued on bond.

Total time in court: 5:58