**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 18-CR-00359-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LAWRENCE MARTIN BIRK,

       Defendant.

---

## UNITED STATES' PROPOSED JURY INSTRUCTIONS

---

The United States of America, by and through undersigned counsel, proposes two additional jury instructions in light of Defendant's trial testimony. Defendant offered testimony about the constitutionality of the tax system and that, according to his purported interpretation of the law, most forms of income are not subject to tax. The following instructions are accurate statements of law and narrowly tailored to address Defendant's specific claims.

G-1 Duty to Pay Tax

Federal income taxes are levied upon income that comes from compensation for personal services of every kind and in whatever form paid, whether it's wages, commissions, or money earned for performing services. The tax is also levied on profits earned from any business, regardless of its nature, and from interest, dividends, rents, and the like. The income tax also applies to any gain from the sale of a capital asset.

In short, the term "gross income" means all income from whatever source, unless it is specifically excluded by law.

The law allows exemptions from income taxes for funds acquired from certain sources. The most common nontaxable sources are loans, gifts, inheritances, the proceeds of insurance policies, and funds received from selling an asset to the extent that the amount received is the same or less than the asset's cost.

Source: Eleventh Circuit Pattern Instruction for Tax Evasion (O107.01)

G-2 Good Faith

A belief that the tax laws are unconstitutional or otherwise invalid does not constitute a good faith misunderstanding of the requirements of the law.

Source: Modified Third Circuit Model Criminal Jury Instructions, No. 6.26.7201-4

The proposed modification fills in the gaps that are not in Stipulated Instruction No. 10. The entire Third Circuit instruction is produced below:

[However, mere disagreement with the law or belief that the tax laws are unconstitutional or otherwise invalid does not constitute a good faith misunderstanding of the requirements of the law; all persons have a duty to obey the law whether or not they agree with it.]

Respectfully submitted this 24th day of July, 2019.

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General
        U.S. Department of Justice, Tax Division

        By:  /s/ *Christopher Magnani*

        ELIZABETH C. HADDEN
        Assistant Chief
        CHRISTOPHER MAGNANI
        Trial Attorney
        U.S. Department of Justice, Tax Division
        150 M Street, NE
        Washington, DC 20002
        Tel: (202) 514-5189
        Fax: (202) 514-9623
        elizabeth.c.hadden@usdoj.gov
        christopher.magnani@usdoj.gov

        Attorneys for the United States

## CERTIFICATE OF SERVICE

       I hereby certify that, on July 24, 2019, I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to the attorneys of record.

       */s/ Christopher Magnani*
       Christopher Magnani
       Trial Attorney
       U.S. Department of Justice, Tax Division
       150 M Street, NE
       Washington, DC 20002
       Tel: (202) 307-6408
       Fax: (202) 514-9623
       Email: christopher.magnani@usdoj.gov