IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn

Date:              July 24, 2019
Deputy Clerk:      Leigh Roberson
Court Reporter:    Terri Lindblom

Criminal Action No. 18-cr-359-REB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

LAWRENCE MARTIN BIRK,

  Defendant.

Counsel:

Christopher Magnani
Elizabeth Hadden

Edward Harris
Jennifer Beck

## COURTROOM MINUTES

**Jury Trial – Day Three**

**8:36 a.m.**     **Court in session.**   Jury present.

8:38 a.m.     Government's witness Jennifer Morgan called and sworn.

Direct examination of Ms. Morgan by Ms. Hadden.

Government's witness Jennifer Morgan excused and released from subpoena.

9:01 a.m.     Government's witness Mary Trabold called and sworn.

Direct examination of Ms. Trabold by Mr. Magnani.

**10:06 a.m.**     **Court in recess.**
**10:27 a.m.**     **Court in session.**   Jury not present.

Discussion held regarding potential rebuttal witness.

10:32 a.m.     Jury present.

Continued direct examination of Ms. Trabold by Mr. Magnani.

Government's witness Mary Trabold excused from the witness stand, subject to recall if necessary.

11:04 a.m.    Government's witness Special Agent Benjamin Hopping, IRS, called and sworn.

Direct examination of Special Agent Hopping by Ms. Hadden.

Cross-examination of Special Agent Hopping by Ms. Beck.

Government's witness Special Agent Benjamin Hopping, IRS, excused and released from subpoena.

**Government rests.**

11:15 a.m.    Jury in recess.

Defendant moves orally for judgment of acquittal under Fed. R. Crim. P. 29(a).

Argument.

**ORDERED:**    Defendant's oral mid-trial motion for judgment of acquittal under Fed. R. Crim. P. 29(a) is denied.

Court's remarks to counsel regarding jury instructions.

**11:19 a.m.    Court in recess.**
**1:05 p.m.     Court in session.**    Jury present.

**Defendant begins.**

1:07 p.m.    Defendant Lawrence Martin Birk called and sworn.

Direct examination of Mr. Birk by Mr. Harris.

**3:03 p.m.    Court in recess.**
**3:27 p.m.    Court in session.**    Jury present.

Continued direct examination of Mr. Birk by Mr. Harris.

Cross-examination of Mr. Birk by Mr. Magnani.

Redirect examination of Mr. Birk by Mr. Harris.

**Defendant rests.**

**4:52 p.m.** **Court in recess.** Jury in recess until July 25, 2019, at 8:30 a.m.

Trial continued. Defendant continued on bond.

Total time in court: 5:45