IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn

Date:              July 25, 2019
Deputy Clerk:      Leigh Roberson
Court Reporter:    Terri Lindblom

| Criminal Action No. 18-cr-359-REB | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Christopher Magnani |
|  | Elizabeth Hadden |
| Plaintiff, |  |
| v. |  |
| LAWRENCE MARTIN BIRK, | Edward Harris |
|  | Jennifer Beck |
| Defendant. |  |

## COURTROOM MINUTES

**Jury Trial – Day Four**

**8:42 a.m.**     **Court in session.**   Jury not present.

Court's inquires whether government counsel intends to present rebuttal evidence.

8:45 a.m.     Jury present.

Court's remarks to jurors regarding trial schedule.

847 a.m.     Jury in recess until 9:30 a.m.

Defendant renews his oral motion for judgment of acquittal under Fed. R. Crim. P. 29(a).

**ORDERED:**  Defendant's renewed oral motion for judgment of acquittal under Fed. R. Crim. P. 29(a) is denied.

Court's remarks to counsel regarding charging conference.

**8:52 a.m.**     **Court in recess.**
**9:25 a.m.**     **Court in session.**   Jury not present.

**Charging Conference.**

**9:50 a.m.**     **Court in recess.**
**10:13 a.m.**    **Court in session.**   Jury present.

Jury instructions and verdict form distributed to the jury.

Jury charged.

Closing argument for the government by Mr. Magnani.

Closing argument for the defendant by Mr. Harris.

Rebuttal argument for the government by Ms. Hadden.

12:05 p.m.     Jury released into deliberations.

**ORDERED:**   Lunches shall be provided to the jury, including alternates, beginning today and for the duration of deliberations.

2 alternate jurors instructed and released.

**12:10 p.m.**    **Court in recess.**
**2:02 p.m.**     **Court in session.**   Jury not present.

Court informs counsel that the jury has tendered a note indicating a verdict has been reached.

2:05 p.m.     Jury present.

Court reads the verdict and polls the jury.

Court's final instructions and remarks to the jury.

2:11 p.m. Jury discharged with the thanks of the Court.

**ORDERED:**   The alternate jurors are formally discharged and released from further duty and service in the trial of this case. The courtroom deputy clerk is authorized and directed to communicate the discharge of the alternate jurors to them as soon as practicable.

**ORDERED:**   This matter is set for sentencing hearing on October 30, 2019, at 1:00 p.m., at which time the defendant shall again appear before the Court in this case without further notice or order from the Court.

**ORDERED:** Defendant shall be continued on bond, with the following added special condition: by close of business, the defendant shall inventory and identify, with specificity, make, model, caliber, or gauge of any firearm which he owns, and which is in his possession, and shall file this inventory list in this case. Within 24 hours, the defendant shall surrender those firearms to the United States Marshal for the District of Colorado or his designee, which, in turn, may be a federal or state law enforcement official, for safekeeping, providing the defendant with a receipt describing any firearm seized as a special condition of supervision.

Court's concluding remarks.

**2:23 p.m.     Court in recess.**

Trial concluded. Defendant continued on bond.

Total time in court: 2:53