# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00359-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

LAWRENCE MARTIN BIRK,

     Defendant.

---

## VERDICT FORM

---

     We, the jury, on our oaths, unanimously find defendant, Lawrence Martin Birk, on the crime of Attempt To Evade or Defeat Tax, in violation of 26 U.S.C. § 7201, as charged in Count One of the Indictment, the essential elements of which are set forth in Instruction No. 7:

     ✓ Guilty

     _____ Not Guilty

Dated this 25 day of July , 2019.

Juror Signatures Redacted