IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Case No. 18-cr-359-REB-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE MARTIN BIRK,

    Defendant.

## NOTE TO THE COURT

_____ We, the jury, have a question.

    X We, the jury, have a verdict.

Please write your question to the Court below:

_____

_____

_____

_____

_____

Answer by the Court:

_____

_____

Received by: [signature]    Date and time: 1:45 pm 7/25/19