**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 18-cr-00359-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE MARTIN BIRK,

    Defendant.

## ORDER TO SHOW CAUSE

**Blackburn, J.**

This matter is before the court *sua sponte*. This matter was tried to a jury from July 22-25, 2019. The jury found defendant, Lawrence Martin Birk, guilty of attempting to evade or defeat income tax, in violation of 26 U.S.C. § 7201. Sentencing has been scheduled for October 30, 2019. (*See* **Courtroom Minutes** at 2 [#89],[1] filed July 25, 2019.)

Mr. Birk was afforded court-appointed counsel in this matter through the office of Federal Public Defender for the District of Colorado. (*See* **Order Appointing Counsel** [#9], filed September 10, 2018; **Notice of Attorney Appearance** [#10], filed September 10, 2018.) Reviewing Mr. Birk's **Financial Affidavit** ([#13], filed under seal September 10, 2018), it is unclear why he was found to be eligible for appointed counsel. In any event, the evidence adduced at trial further strongly suggests that Mr. Birk has the

---

[1] "[#89]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

financial means such as to make him unqualified for further taxpayer-funded legal assistance.

"Leave to proceed without prepayment of fees and costs is a privilege, not a right.  Courts have the discretion to revoke that privilege when it no longer serves its goals."  *Treff v. Galetka*, 74 F.3d 191, 197 (10th Cir. 1996) (citation omitted).  Whatever the propriety of granting Mr. Birk court-appointed counsel initially, it appears to me that this point has been reached in this case.  Thus, I will require Mr. Birk to show cause why he should continue to be afforded free legal counsel when it appears he is not indigent and is capable of engaging his own attorney.

**THEREFORE, IT IS ORDERED** that on or before **August 29, 2019**, defendant, Lawrence Martin Birk, shall show cause in writing why he should be allowed to proceed in forma pauperis and to continue to be represented by the office of the Federal Public Defender for the District of Colorado.

Dated August 8, 2019, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge