IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   18-cr-00359-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE MARTIN BIRK,

    Defendant.

_____

**MOTION TO RESTRICT ACCESS**
_____

Mr. Lawrence Martin Birk, by and through counsel, respectfully requests that Doc. No. 97 [Brief in Support of Motion to Restrict Access] and Doc. No. 98 [Response to Order to Show Cause] be restricted at Level 3 pursuant to United States District Court – District of Colorado Local Rule of Criminal Procedure 47.1.

Undersigned counsel has attempted to confer with the government regarding its position on this Motion to Restrict Access.  Trial Attorney Christopher Magnani states that he cannot give a position on the Motion to Restrict Access without being able to read and evaluate the Brief in Support of Motion to Restrict Access.  However, the Local Rule regarding restriction is clear: "[u]nless otherwise ordered, a motion to restrict public access shall be open to public inspection" whereas "the motion shall be accompanied by a brief that is filed as a restricted document". D.C.COLO.LCrR 47.1(d).

WHEREFORE, Mr. Birk respectfuly requests that Doc. No. 97 [Brief in Support of Motion to Restrict Access] and Doc. No. 98 [Response to Order to Show Cause] be

restricted at Level 3 pursuant to United States District Court – District of Colorado Local Rule of Criminal Procedure 47.1.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        s/ Edward Harris
        EDWARD HARRIS
        JENNIFER BECK
        Assistant Federal Public Defenders
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        edward_harris@fd.org
        Attorneys for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 29, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

  Christopher Michael Magnani, Trial Attorney
  E-mail:  christopher.magnani@usdoj.gov

  Elizabeth Caryl Hadden, Trial Attorney
  Email:  elizabeth.c.hadden@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Lawrence Martin Birk  (via U.S. mail)

          s/ Edward Harris
          EDWARD HARRIS
          JENNIFER BECK
          Assistant Federal Public Defender
          633 17th Street, Suite 1000
          Denver, CO  80202
          Telephone:  (303) 294-7002
          FAX:  (303) 294-1192
          edward_harris@fd.org
          Attorneys for Defendant