**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 18-cr-00359-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

LAWRENCE MARTIN BIRK,

     Defendant.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

**Blackburn, J.**

This matter is before the court *sua sponte*. On August 8, 2019, I ordered defendant to show cause why he should continue to be eligible for court-appointed counsel. (*See* **Order To Show Cause** [#94],[1] filed August 8, 2019.) Defendant's response (*see* [#98],[2] filed under restriction August 29, 2019), thoroughly explains his position as to the issues of fact and law raised by and inherent to the order to show cause. Thus, the response discharges his obligations under that order.

**THEREFORE, IT IS ORDERED** that the **Order To Show Cause** [#94], filed August 8, 2019, is discharged.

Dated September 12, 2019, at Denver, Colorado.

                                    **BY THE COURT:**

                                    Robert E. Blackburn
                                    United States District Judge

---

[1] "[#94]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] Counsel for defendant is commended for a truly superb response.