August 10, 2019

The Hon. Robert E. Blackburn

    United States District Judge
    District of Colorado

    Re:  Lawrence Martin Birk

Dear Judge Blackburn:

First let me thank you in advance for reading this letter concerning the character of Lawrence Martin Birk.  I met Lawrence (AKA-Marty) 20 years ago in September when he and his wife, Jean, whom he always lovingly refers to as "his bride" and my family began to worship in the same log cabin church in the middle of the forest of Lake George, CO.

Only the top level of the church was done, so we had Sunday School classes in all 4 corners of the sanctuary and the foyer.  Our social activities such as potlucks, etc. had to take place a mile down the road at the community center.  It was obvious that we needed our lower level finished.  Although he was new to the church, Marty jumped right in.  Being a contractor, he assessed the situation and soon his crew was working; putting in two bathrooms, a kitchen with cabinets and appliances, a nursery, 3 Sunday School classrooms, and a large fellowship hall not to mention the heating and the plumbing.  There was tile and carpet to be laid, walls to be built and finished off and storage cabinets to be built as well.  By spring, we had a finished church.  His crew received their hourly wage for their fine work, but Marty didn't receive payment from the church to pass on to his workers.  This was one of many donations Marty made to our church.

It soon became a need to have a covered deck so Marty and his crew put up huge beams and a large wooden roof on the existing deck.  Our community is made of older people; it was/is a struggle to walk up steps, so Marty suggested a ramp on one side of the church for the handicapped and when needed, caskets carrying loved ones who had passed into the arms of God, and on the other side of the church, he extended the deck and put in two flights of stairs so the lower level could be reached without walking in the very verdant meadow on which the church was built.   Once again, Marty donated the man power and much of the supplies.

Then, the pastor wanted a larger, more private office.  Marty and his crew built a log cabin office separated from the church building, complete with stained glass windows of mountains and a dove etc.  The materials were donated by another elder, and the windows and the shingles were donated by Marty. It was Marty who volunteered to climb up to the peak of the office and place the weather vane requested by the pastor when the structure was finished.

The pastor's mother-in-law passed away and   a prayer chapel was built by Marty and his crew at the request of the pastor's wife in memory of her Mother.  To get from A to B,



there had to be sidewalks formed up from 1 x 4's and staked out, poured and smoothed out.  Yes, Marty was responsible for that as well; all without pay.

About that time, the church needed a new tin roof and the logs also needed to be stained and sealed.  Of course, Marty was responsible for making that happen as well.

He was asked to be an elder, and kept the financial books for the church for over 11 years.  If anything ever went wrong, the first words on everyone's tongue was "call Marty."  It didn't matter where he was; Hartsel, Guffey, Buena Vista, Jefferson, Cripple Creek, etc. building a home for somebody; he magically appeared before the day was out and the problem was solved whether it was plumbing, heating, or even protected swallows nesting in the rafters but… their droppings were falling on parishioners as they entered the church in the spring.  He fixed everything, big or small.  He was the back bone of our church.

He also was part of the choir and the prayz team playing his guitar, coming to rehearsal twice a week; on Wednesday evenings and Sunday morning before the regular services began.  His home is at least 30 minutes from the church and the weather was more times than not, very icy and snowy making many Wednesday night drives home slow and treacherous.   He still showed up because he said he would and he was dedicated.

 He taught the youth Sunday School for many years as well, 3 of whom were my children.   They were encouraged to keep God first in their heart and seek the truth about the Bible and apply it to their lives.

 If I had to choose someone in our church to take care of my two grandsons whom I love more than life, were something to happen to my husband and I and our daughter, it would be Marty.  I know they would be taught manners, respect, responsibility, a love for God, a love for country; all in a peaceful, happy, loving, caring manner.  He wouldn't ask "how am I supposed to do this financially?"  He would say, "Consider it done" and it would be.  He has opened his home to people (and even their dog)  who had a need upon numerous occasions; not for a day or two but for months at a time.  In my 38 years in the ministry, I have found most people are willing to help out until it becomes inconvenient – 2 or 3 days.

Sadly, our church went through a horrible split and most of the flock walked away.  As we sat in pain and grief, I told him I was sorry for he had invested so much of himself into the building and the church.  And he said, "It's a building.  What is important is the church (meaning the flock that made up our congregation.) We must take care of them." and he has because you see; Marty's mission in life is helping out his fellow Americans wherever they may be. He took seriously his responsibilities as an elder as God leads in Ezekiel 34: 1-16.

Marty's father is buried in Arlington National Cemetery.  He earned that privilege and the apple did not fall from the tree.  During a time when boys were running to Canada to avoid the draft, Marty ran to enlist; not once but twice; in the United States Army and the

United States Marine Corps Reserve.  From this we see that Marty loves America and was willing to die for Her.

Last of all, Marty's wife is suffering now from dementia.  This once amazing woman who worked in the White House finds herself dependent upon Marty for her every need.  This once fun lady who walked onto a roller coaster dating Marty and said "YES" to his proposal at the top of the highest slope of the ride, and walked off engaged to a man who would love, honor and care for her the rest of her life now looks to Marty to fulfill those parts of the wedding vows that many walk away from.  He does so with such grace.   She is always neatly and stylishly dressed and her clothes are not only clean but ironed, her hair is cut in a becoming way that is easy for her and him to style, her eyesight is failing and he guides her into the car, the buildings and at church he makes sure she is securely set down in the same familiar place with her pink water bottle,  and knows where he is during our time of praise.  He of course, is the main chief and bottle washer at home after a hard day of building.   This past spring, he realized how much Jean missed being able to go out with other ladies of the church, so he prepared a beautiful luncheon at his home for 17 ladies.  The food was what women like and the tables were set with candles, complete with a fire in the fire place and beautiful Christian music playing.  His wife was the center of attention for another brief moment in time, and we all smiled.

Marty is an amazing gentleman; never raising his voice at moments that would merit such. He gives grace over and over again in situations that others would have said, "It's over!"   He has been a living sacrifice to our church, our country and to his beautiful bride, finding comfort and strength in his Lord, close friends and his dog.

Life is strange; you live it day after day and then one day you wake up and realize how much a person has invested into your life and the lives of your family, and how much you really care, love and respect that person.  He is once again the backbone in our new church, the guy who welcomes everyone and does what he needs to lead people to worship; appearing at rehearsals for music or sharing from the pulpit about what God has placed in his heart and he is working on constructing a ramp for the disabled to be able to access our new building; always meeting a need with a smile and peaceful spirit.

 He is an arrow in the quiver of what is true and right for our community, our church, our country and those who are willing to take the time to find answers.

Thank you once again Your Honor,  for reading this letter about one of the most awesome people that God has allowed me and my family to have as a friend;  Lawrence Martin Birk.

Sincerely,

Deanna Daniel
Secretary/Worship Leader for Home Church of the Rockies
234 Fossil Creek Road
Florissant, CO  80816  719-748-6258