The Hon. Robert E. Blackburn

    United States District Judge

    District of Colorado

    Re:   Lawrence Martin Birk

    Dear Judge Blackburn

  My name is Donald Hindman and I have known Marty Birk for well over 10 years. Most of our relationship has been centered around the Church we attend in Lake George Colorado. Marty was serving as an Elder there when my wife and I first started attending, and it was obvious that he was instrumental in the Church's operation and spiritual well-being. I know that he was active in the construction of the Church's original structure, and later personally took the lead in the construction of 2 other smaller Church structures. While I was serving as a Deacon at the Church, Marty was always the "go-to" guy when I needed direction on what to do or how to get it done. My wife reminded me of several occasions when Many had showed up with ladders and tools to help the Church ladies decorate for Christmas or other special occasions. Marty, as an Elder, also served as Church treasurer for many years, always generous with his time and abilities.

   In the past several years Marty's wife Jean has severely deteriorated in her day-to-day normal living abilities. Marty has assumed nearly 100% of the care of her daily needs. He remains the same faithful Church servant he has always been and continues to be the positive spiritual leader that is a wonderful example to others, as we all have our own trials from time to time.

   I would describe Marty as an honest, caring, hardworking , spiritual man, and a friend. I wish I knew more men like him.

    Respectful,    Don and Bev Hindman

