The Hon. Robert E. Blackburn

United States District Judge
District of Colorado

Re:  Lawrence Martin Birk

Dear Judge Blackburn:

I have known Marty for over 15 years now,  initially through church. I've watched him through the years as I've seen the kind of loving and giving heart he has always had for those Christian Brothers and sisters in the church and even in the community.

As an Elder in our church, he always unselfishly, was the first to step up to the plate if there was a need by anyone and put things in motion to fulfill those needs.

Marty was always the man that the congregation went to because we all felt comfortable confiding in him our deepest concerns and we knew that he would take every situation and consider the solution based on what sound scripture would have us do.

When there was a building need in the church such as the need for a 30'covered wheel chair ramp on the left side of the church entrance, or the complicated deck stair system on the right side of the entrance so people could walk up from the lower level, or the front covered deck, Marty was so generous to offer materials and pay his crew to get that accomplished.

I remember when Beth McKinley wanted a prayer chapel built in memory of her Mom . Beth donated the cost for materials, but Marty donated his crews labor to get the project done for her.

Being an incredible Log home builder, I watched as there was a desire for the Pastor to have a private stand alone log office on the church property. Marty built the most beautiful log structure that any pastor would envy. Marty put his heart and soul into every detail for the Pastor, donated the windows and many of the other materials needed and donated his crews hours into it's construction.

Marty has always been  a Great, Loving and Caring man  in my eyes because of his dedication and sacrifice into everything he has done through the years for the church, for his brothers and sisters in Christ and to ultimately glorify God.

As the leader of praise and  prayer for the church, we have laughed with him, prayed with him, worship with him and cried with him as we have watched his sweet wife Jean go through her stages of Dementia. Marty is the sole caretaker for Jean and I've watched the incredible strength he has shown in dealing with her affliction alone. I pray that you will consider all of these things in your final determination.

Respectfully,

David Daniel

Florissant , Colorado

