The Hon. Robert E. Blackburn
United States District Judge
District of Colorado

Re:  Lawrence Martin Birk

Dear Judge Blackburn:

I had the pleasure of meeting Marty Birk back in 1986.  He at that time was a friend of my sister, Jean (Nowak) Birk, later becoming her husband.  They were married in December of 1992.  They have been happily married for over 26 years.  Marty has been nothing but a good provider, a very loving, supportive and trustworthy husband.  I have never seen my sister so happy as she is with Marty.

When Marty and Jean moved to Lake George, CO in 1999, they became involved with the church community and have been devoted Christians for years.  Marty has served as a Decan of the church and is very well respected and liked by the parishioners.

Through the years of knowing Marty, he has been honest, hard working and down to earth.  Marty has always been dependable and when he gives his word, he follows through.  Marty is a family man and has been a wonderful brother-in-law to me and to my husband, as well as a helpful and supportive son-in-law to my parents.  He has been there for my parents while my mom was sick with dementia and continues to maintain communication and visits with my dad.

In conclusion, Marty is an honorable, a very good and decent person who is a true citizen to the community.

Best regards,

*Carol N. Congdon*

Carol N. Congdon



DEFENDANT'S EXHIBIT E
US v. Birk
18-cr-00359-REB