The Hon. Robert E. Blackburn

United States District Judge
District of Colorado

Re:  Lawrence Martin Birk

Dear Judge Blackburn:

I am the youngest of the Birk children (56) born to Elmer and Margarita Birk. Marty is my older brother of 10 years. I have always looked up to him as a role model and owe much of my success in life as a businessman and more importantly as a husband and father to our lifelong close relationship. My brother has always had very strong convictions and beliefs but is a very private person. We have much in common and I am extremely thankful for that. With the onset of dementia and other issues with his wife Jean, I have literally come to tears watching him deal with the tragedy of his wife losing her mind and senses and the constant 24 hour support he provides her so that she can eat, go to the bathroom, get dressed and just make it through the day and the night. She is 100% reliant on him. He does it all with passion, tenderness and love that puts a smile on her (and his) face though they both are extremely frightened with what is happening to her. I doubt if I (or anyone) could match his devotion presented with similar circumstances.  My mother who will be 90 next February and is currently being treated for breast cancer is extremely distraught over Marty's current situation as we all are. Our bi-weekly multi hour drives to the University of Virginia Cancer center are dominated by discussions on the unknown future of her eldest son. This is a very sad time for all of us but for me, I am most upset for what will happen to Jean.

Whether helping people out at his church, his employees, assisting those in the family as needed, taking in my sisters' eldest son (when nobody else would do anything) who has had serious behavioral and drug addiction issues his entire life and providing a ray of hope for Christopher's sobriety, he has always been there to help.

I am proud of my brother for the person he is. What I have always seen in Marty is a selfless devoted man who cares more for those around him then himself. I have and will continue to always love him.


David Birk

David E Birk:A0109800000015CC6DAEBE000013E55
Digitally signed by David E Birk:A0109800000015CC6DAEBE000013E55
Date: 2019.09.05 01:40:02 -04'00'

Front Royal Virginia

████████████████████



DEFENDANT'S EXHIBIT
H
US v. Birk
18-cr-00359-REB