Kent Nowak
706 N. Persimmon View
Olathe, KS   66061
Cell: 913-488-6710

August 29, 2019

The Hon. Robert E. Blackburn

    United States District Judge
    District of Colorado

    Re:  Lawrence Martin Birk

Dear Judge Blackburn:

Lawrence Birk, Marty, as I have known him, is my brother in law. Jean, my younger sister, began dating him in 1986 and they were married in 1992 in Colorado. Shortly after they were married, they built a home near Lake George and moved from Colorado Springs; about an hour and 15 minutes from the rest of the family. We live in the Kansas City area and visit family in Colorado Springs twice a year. My dad, Tony, is celebrating his 95th birthday and my other sister Carol Congdon reside in the Springs. Due to the distances, we do not get the opportunity to see Marty and Jean very often.

However, Marty makes every effort when we visit Colorado Springs to join and / or host family gatherings. It is not easy driving to and from rural Colorado, especially at night. Marty has shown me that he is very family oriented and a committed husband. Over the years, he and my sister have exhibited a true love and respect along with a spiritual relationship. He truly loves his wife. My dad lives in a senior living community, and Marty and Jean come to visit him at least once a month if not more to spend quality time with him. He is selfless and thinks of others before considering his own needs. He is also a very active and influential member of a local church and contributes much of his free time to the functions of the church and its members.



DEFENDANT'S EXHIBIT
I
US v. Birk
18-cr-00359-REB

These observations of Marty over the years may seem trivial, but are very important and relevant to the family now. His wife, our sister Jean, has been diagnosed with dementia. Our mother passed in September 2014 of Alzheimer's and so did two of her sisters. The family has seen what this terrible disease does to an individual and the stress and angst to the persons who love them. Her physical and mental health is deteriorating rapidly. We celebrate the times we are able to spend with her because we know she will not be living a long life. Dad is anguishing over the fact that his daughter could die before him and that Marty will not be around to care for her.

The reassuring and comforting factor is Marty. Watching him take care of his wife is both heartening and calming to all of us. My sister is dependent on Marty. He never gets upset or angry; just deals with challenge. His patience is commendable and if he were not around to take care of Jean, the family would be devastated. We pray that the court will be lenient.

Marty Birk has made one mistake and I believe is repentant. It is my hope that this letter regarding Marty Birk will act as a positive and contributing factor when the court considers this matter.


Sincerely,

*Kent Nowak*

Kent Nowak