| | Bank Account Draws | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Business Exp | Cash | OC Fee | Personal | Unknown | Entertainment | Alcohol | Travel | Grand Total |
| 2013 | $156,062.50 | $9,600.00 | $22.50 | $48,379.28 | $1,412.18 | $855.68 | $1,786.36 | $1,560.73 | $219,679.23 |
| 2014 | $142,370.62 | $5,150.00 | $18.00 | $23,740.85 | $3,090.84 | $995.29 | $1,005.97 | $808.00 | $177,179.57 |
| 2015 | $94,489.30 | $20,470.00 | $22.50 | $18,646.58 | $3,910.76 | $1,384.99 | $1,471.14 | $900.56 | $141,295.83 |
| 2016 | $154,364.61 | $13,920.00 | $15.00 | $19,773.70 | $14,029.35 | $2,077.32 | $1,376.49 | $448.22 | $206,004.69 |
| 2017 | $204,740.73 | $32,553.00 | $50.00 | $21,218.75 | $8,213.92 | $2,650.57 | $1,982.29 | $1,485.22 | $272,894.48 |
| Total | $752,027.76 | $81,693.00 | $128.00 | $131,759.16 | $30,657.05 | $7,963.85 | $7,622.25 | $5,202.73 | $1,017,053.80 |

**Sentencing Exhibit 1 - Mary Trabold's Bank Account Analysis**