10/4/2018 9:01:37AM

# PARK COUNTY SHERIFF`S OFFICE

ORI #: [redacted]

*STATUS: ACTIVE - APPROVED*

*OWNER: CROCKETT L 9229*

## INCIDENT REPORT 2018000847

| *Report Type* | *Report Date/Time* | *Reporting Officer* | | |
|---|---|---|---|---|
| **INCIDENT REPORT** | **09/06/2018** | **CROCKETT L 9229** | | |
| *Incident Type* | *Incident Date/Time* | *Originator (if different)* | | |
| **VERBAL DOMESTIC** | **09/06/2018 19:40:00** | **CROCKETT L 9229** | | |
| *Occurred From Date/Time* | *Occurred To Date/Time* | *Arresting Officer* | | |
| | | **CROCKETT L 9229** | | |
| *Location* | *Address* | | *Beat* | *Location Grid: X Y* |
| | [redacted] **PL** **LAKE GEORGE, CO 80827** | | | |
| *Short Synopsis* | | | | |
| **VERBAL DV/WARRANT ARREST - BIRK** | | | | |

## *Crimes*

| *Type* | *Section* | *Description* | *Committed By* | *Counts* | *UCR* | *NCIC* |
|---|---|---|---|---|---|---|
| **F** | **16-19-103** | **FUGITIVE FROM JUSTICE** | **1.BIRK, LAWRENCE MARTIN** | **1** | **90Z** | **5005** |

## *Involved Party*

| *Party #* | *Party Type* | *Party Name* | | ☐ *Business* | | *DOB* | *Age* |
|---|---|---|---|---|---|---|---|
| **1** | **INVOLVED PARTY** | **BIRK, JEAN** | | | | [redacted] | [redacted] |
| *Gender* | *Race* | *Hair* | *Eyes* | *Height* | *Weight* | *DL #* | *State* |
| | | | | | | | |
| *Home Address* | | *City* | | *State* | *Zip* | *Phone* | |
| [redacted] | | [redacted] | | [redacted] | [redacted] | [redacted] | |
| [redacted] | | *City* | | *State* | *Zip* | *Bus.Phone* | |
| *VICTIM INFO* | | | | | | | |
| **[VICTIM TYPE] INDIVIDUAL** | | | | | | | |

| *Party #* | *Party Type* | *Party Name* | | ☐ *Business* | | *DOB* | *Age* |
|---|---|---|---|---|---|---|---|
| **2** | **REPORTING PARTY** | [redacted] **NORD** [redacted] | | | | [redacted] | [redacted] |
| *Gender* | *Race* | *Hair* | *Eyes* | *Height* | *Weight* | *DL #* | *State* |
| | | | | | | [redacted] | **CO** |
| *Home Address* | | *City* | | *State* | *Zip* | *Phone* | |
| [redacted] | | **ARVADA** | | **CO** | **80005** | [redacted] | |
| *Business Address* | | *City* | | *State* | *Zip* | *Bus.Phone* | |
| *VICTIM INFO* | | | | | | | |
| **[VICTIM TYPE] INDIVIDUAL** | | | | | | | |

| Party # | Party Type | Party Name | Business | DOB | Age |
|---|---|---|---|---|---|
| 3 | INVOLVED PARTY | [redacted] CINDY | ☐ | [redacted] | [redacted] |

| Gender | Race | Hair | Eyes | Height | Weight | DL # | State |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Home Address | City | State | Zip | Phone |
|---|---|---|---|---|
| [redacted] | ARVADA | CO | 80005 | [redacted] |

| Business Address | City | State | Zip | Bus.Phone |
|---|---|---|---|---|
| | | | | |

*VICTIM INFO*
**[VICTIM TYPE] INDIVIDUAL**

## *Arrestees - Suspects - Offenders*

| Person # | Person Type | Person Name | Date of Birth | Age |
|---|---|---|---|---|
| 1 | BOOKED | BIRK, LAWRENCE MARTIN | [redacted] | [redacted] |

| Sex | Race | Ethnicity | DL # | State |
|---|---|---|---|---|
| M | WHITE | NOT OF HISPANIC ORGIN | [redacted] | CO |

| Hair | Eyes | Height | Weight | SSN |
|---|---|---|---|---|
| BROWN | | | | [redacted] |

| Home Address | City | State | Zip | Home Phone |
|---|---|---|---|---|
| [redacted] | LAKE GEORGE | CO | 80827 | [redacted] |

| Employer Name | Occupation |
|---|---|
| TARRYALL RIVER ESTATES | CONSTRUCTION |

| Business Address | City | State | Zip | Phone |
|---|---|---|---|---|
| [redacted] | LAKE GEORGE | CO | 80827 | [redacted] |

*CRIME COMMITTED*
**[TYPE] F**
**[SECTION/SUBSECTION] 16-19-103**
**[DESCRIPTION] FUGITIVE FROM JUSTICE**
**[STATUTE CODE / ID] STATE**
**[COUNTS] 1**
**[ATTEMPTED/COMPLETED] COMPLETED**

*ARREST*
**[NAME] BIRK, LAWRENCE MARTIN**
**[BOOKING NUMBER] B0034894 [INMATE NUMBER] I0027172**
**[BOOKING STATUS] RELEASED**
**[ARREST DATE] 09/06/2018 [ARREST TYPE] WARRANT/TAKEN INTO CUSTODY**
**[PCN] 04792000004000**
**[WARRANT 1] 181308131804B INCOME TAX**

## *Modus Operandi*

*BIAS MOTIVATION*
**UNKNOWN**

*CIRCUMSTANCE*
**ARGUMENT**

*CRIME*
**RURAL**

*LEVEL OF FORCE*
**NO FORCE**

*POINT OF ENTRY*
**ALREADY PRESENT**

*PROPERTY ATTACKED*
**NONE**

*STRUCTURE*

| INHABITED |
|---|
| *WEAPONS*<br>NONE |
| *WHERE OCCURRED*<br>RESIDENCE/HOME |

## *Additional Case Data*

| *Case NO.*<br>2018000847 | *Title* | *Case Type* | *Court File Date* |
|---|---|---|---|
| *Case Group* | *OCA No.* | *Case Manager*<br>CROCKETT, LUCAS K 9229 | *Assign Date*<br>09/29/2018 07:46: |
| *Crime Report No.* | *Lead Procecutor* | | |
| *Copies Sent To* | *Case Status*<br>ACTIVE | *Clearance* | *Disposition* |
| *Reviewed By* | *Reviewd By Date* | | |
| *Consolidation File No.* | *Prosecutor* | *Further Action* | |

## *Narrative Data*

| *No.* | *Description* | *Author* |
|---|---|---|
| | 2018000847 N | CROCKETT, LUCAS K |
| | 2018000847 WAA | CROCKETT, LUCAS K |

# WARRANTLESS ARREST AFFIDAVIT

| **Birk, Lawrence Martin** | [redacted] | **Park County Sheriff** | **2018000847** |
|---|---|---|---|
| SUSPECT LAST, FIRST, MIDDLE | DATE OF BIRTH | AGENCY | CASE NUMBER |

| **12 Easterday Place, Lake George** | **Park County, Colorado** | **16:40** |
|---|---|---|
| LOCATION OF INCIDENT | COUNTY AND STATE | APPROX. TIME |

| **09/06/2018** | **18:10** | **L. Crockett** |
|---|---|---|
| DATE OF ARREST | TIME OF ARREST | ARRESTING OFFICER |

| **Fugitive From Justice** | **16-19-103** | |
|---|---|---|
| CHARGE 1 | STATUTE NUMBER | OFFENSE CLASSIFICATION |

AFFIDAVIT IN SUPPORT OF WARRANTLESS ARREST

I, **L. Crockett** , being duly sworn upon oath, states that there is probable cause for the warrantless arrest of the above suspect on charges mentioned above, and that the facts are true and correct to the best of my knowledge, information, and belief as follows:

(CHECK THE APPROPRIATE BLOCK)

[ ] Department of Motor Vehicle Notice of Revocation Form (DR 2576)

[X] See Narrative Below

Narrative:

On September 6, 2018 at approximately 16:10 hours, I was notified by Park County Communications of a possible domestic violence at 12 Easterday Place near the town of Lake George, County of Park, State of Colorado. I responded to the scene and met with the reporting party, **Nord** [redacted] and the female party that was involved, **Jean Birk**. Jean stated that she was arguing with her husband **Lawrence Birk**, but she did not recall specific events of the argument due to a medical condition. Sergeant J. Plutt and I met with Lawrence and spoke to him regarding the incident. Lawrence provided me with his driver's license and I had Park County Communications run him through CCIC/NCIC. Park County Communications advised me that Lawrence had a full extradition warrant out of Virginia issued by the U.S. Marshalls Service. The warrant lists the original charge as "Income Tax". The warrant was confirmed by the issuing agency, and Lawrence was taken into custody on the warrant. No crime was determined regarding the original call.

Subscribed and Sworn to me this 6th Day of September 2018

_______________________________
AFFIANT'S SIGNATURE

_______________________________ ______________
Notary Public Expiration Date

[ ] Reviewed and Probable Cause was NOT FOUND this ____ Day of ______________ 19____

[ ] Reviewed and Probable Cause was FOUND this _____ Day of ______________ 19 ____

Judge's Signature: ________________________________________

Place Notary Seal Here

**PARK COUNTY SHERIFF'S OFFICE**
CONTINUATION SHEET

| Initial Offense Classification | Subject | Case Report Number / Date of Report |
|---|---|---|
| | | 2018000847 |
| **Verbal Domestic** | **Birk, Marty/Jean** | **09/06/2018** |

**Suspect:**

- **Birk, Lawrence Martin (DOB [REDACTED])**
- **[REDACTED] Lake George, CO 80440**
- [REDACTED]

**Involved Party 1:**

- **Birk, Jean (DOB [REDACTED])**
- **[REDACTED] Lake George, CO 80440**
- [REDACTED]

**Involved Party 2:**

- **[REDACTED] Nord (DOB [REDACTED])**
- **[REDACTED] Arvada, CO 80005**
- [REDACTED]

**Involved Party 3:**

- **[REDACTED] Cindy (DOB [REDACTED])**
- **[REDACTED] Arvada, CO 80005**
- [REDACTED]

**Brief Summary:** Verbal domestic resulting in warrant arrest.

**Narrative:**

On September 6, 2018 at approximately 16:10 hours, I was notified by Park County Communications of a possible domestic violence at 12 Easterday Place near the town of Lake George, County of Park, State of Colorado. I responded to the scene with Sergeant J. Plutt and met with the reporting party, **Nord** [REDACTED] at gate to the neighborhood. Nord told me that **Lawrence Birk** had called him and told him that his wife, **Jean Birk,** had left their house and was walking down the road and that she was hysterical. Nord stated that he then left his residence and began driving towards the Birk residence to intercept Jean. Nord stated that he found Jean running down the road yelling "help me" and rambling. Nord brought Jean to his house and attempted to calm her down with his wife, Cindy. Nord also stated that Jean has Alzheimer's and it has been getting worse.

Sergeant Plutt and I went into Nord's house ([REDACTED]) and met with Jean and Cindy. Jean was visibly upset and did not know why Law Enforcement was contacting her. Sergeant Plutt asked Jean what had happened that night, and Jean stated that she was upset but she could not remember why. Jean was unable to answer further questions and asked Sergeant Plutt who she was multiple times. Jean had a bruise on the side of her head near her eye, and a small mark on the bridge of her nose.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| L. Crockett #9229 | | Page ____ of ____ |

Rev. 6/98
N

Form: PCSO-

**PARK COUNTY SHERIFF'S OFFICE**

CONTINUATION SHEET

| Initial Offense Classification | Subject | Case Report Number / Date of Report |
|---|---|---|
| **Verbal Domestic** | **Birk, Marty/Jean** | **2018000847** / **09/06/2018** |

Sergeant Plutt and I then drove to the Birk Residence located at [redacted] and found Lawrence Birk (AKA Marty) sitting on his porch. Marty stated that he and Jean had come home and sat down for wine, chips and salsa. Marty stated that Jean went outside after and then came back to the downstairs door, which was locked. Marty stated that Jean was pounding on the door and when he unlocked the door Jean "blew up" on him accusing him of locking her out of the house. Marty stated that he tried to explain that she did not go out through the basement door, and that it is always locked. Marty stated that she continued yelling at him, and left the property on foot. Marty stated that he got in the car and drove to Jean to try to take her home because he was worried that she would get lost. Marty stated that Jean was kicking and screaming when he was trying to get her in the car, and he attempted to restrain her. When asked about the mark on Jean's face, Marty stated that she possibly hit her head on the dog gate in the car, and pushed her glasses into the bridge of her nose. Jean's injury is consistent with force applied to her glasses, and she was not wearing them when we contacted her. Marty stated that when they arrived back at the house, Jean ran away again. At this point, Marty called Nord for assistance.

I had Park County Communications run Marty and Jean through NCIC/CCIC during this conversation. Park County Communications advised me that Marty had a full extradition warrant out of Virginia issued by the U.S. Marshalls Service. The warrant lists the original charge as "Income Tax". The warrant was confirmed by the issuing agency, and Marty was taken into custody on the warrant. No crime was determined regarding the original call.

**Crimes:**

| **Fugitive From Justice** | **16-19-103** |
|---|---|
| **I. CHARGE 1** | **STATUTE NUMBER** |

**Disposition:** Cleared by arrest.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| L. Crockett #9229 | | Page ____ of ____ |

Rev. 6/98 Form: PCSO-N

## OTHER IMAGES #2018000847

1. SUSPECT IMAGE: BIRK, LAWRENCE MARTIN <DOB> 1[redacted] <IMAGE DESCRIPTION> BIRK, LAWRENCE M

10/04/2018 09:01/24

9/18/2018 9:45:54AM

# PARK COUNTY SHERIFF`S OFFICE

ORI #: CO0470000

*STATUS: ACTIVE - APPROVED* *OWNER: PLUTT J 9110*

## SUPPLEMENTAL INCIDENT REPORT 2018000847.1

| | | | | |
|---|---|---|---|---|
| *Report Type*<br>**INCIDENT REPORT** | *Report Date/Time*<br>**09/07/2018** | *Reporting Officer*<br>**PLUTT J 9110** | | |
| *Incident Type*<br>**VERBAL DOMESTIC** | *Incident Date/Time*<br>**09/06/2018 19:40:00** | *Originator (if different)*<br>**PLUTT J 9110** | | |
| *Occurred From Date/Time* | *Occurred To Date/Time* | *Arresting Officer* | | |
| *Location* | *Address* | | *Beat* | *Location Grid: X Y* |
| *Short Synopsis*<br>**VERBAL DV** | | | | |

## *Crimes*

| *Type* | *Section* | *Description* | *Committed By* | *Counts* | *UCR* | *NCIC* |
|---|---|---|---|---|---|---|
| F | 18-20-103 | VIOLATIONS OF TAXATION PROVISION | 1.BIRK, LAWRENCE MARTIN | 1 | 90Z | 3999 |

## *Involved Party*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *Party #*<br>1 | *Party Type*<br>**INVOLVED PARTY** | *Party Name*<br>**BIRK, JEAN** | | ☐ *Business* | | *DOB*<br>[redacted] | *Age*<br>[redacted] |
| *Gender* | *Race* | *Hair* | *Eyes* | *Height* | *Weight* | *DL #* | *State* |
| *Home Address*<br>[redacted] | | *City*<br>**LAKE GEORGE** | | *State*<br>**CO** | *Zip*<br>**80440** | *Phone*<br>[redacted] | |
| *Business Address* | | *City* | | *State* | *Zip* | *Bus.Phone* | |
| *VICTIM INFO*<br>**[VICTIM TYPE] INDIVIDUAL** | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *Party #*<br>2 | *Party Type*<br>**REPORTING PARTY** | *Party Name*<br>[redacted] **NORD** | | ☐ *Business* | | *DOB*<br>[redacted] | *Age*<br>[redacted] |
| *Gender* | *Race* | *Hair* | *Eyes* | *Height* | *Weight* | *DL #* | *State* |
| *Home Address*<br>[redacted] | | *City*<br>**ARVADA** | | *State*<br>**CO** | *Zip*<br>**80005** | *Phone*<br>[redacted] | |
| *Business Address* | | *City* | | *State* | *Zip* | *Bus.Phone* | |
| *VICTIM INFO*<br>**[VICTIM TYPE] INDIVIDUAL** | | | | | | | |

| Party # | Party Type | Party Name | Business | DOB | Age |
|---|---|---|---|---|---|
| 3 | INVOLVED PARTY | [REDACTED] CINDY | ☐ | [REDACTED] | [REDACTED] |

| Gender | Race | Hair | Eyes | Height | Weight | DL # | State |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Home Address | City | State | Zip | Phone |
|---|---|---|---|---|
| [REDACTED] | ARVADA | CO | 80005 | [REDACTED] |

| Business Address | City | State | Zip | Bus.Phone |
|---|---|---|---|---|
| | | | | |

VICTIM INFO
[VICTIM TYPE] INDIVIDUAL

| Party # | Party Type | Party Name | Business | DOB | Age |
|---|---|---|---|---|---|
| 4 | INVOLVED PARTY | [REDACTED] DAVE | ☐ | [REDACTED] | [REDACTED] |

| Gender | Race | Hair | Eyes | Height | Weight | DL # | State |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Home Address | City | State | Zip | Phone |
|---|---|---|---|---|
| [REDACTED] LAKE GEORGE | FLORISSANT | CO | 80816 | ([REDACTED] |

| Business Address | City | State | Zip | Bus.Phone |
|---|---|---|---|---|
| | | | | |

VICTIM INFO
[VICTIM TYPE] INDIVIDUAL

| Party # | Party Type | Party Name | Business | DOB | Age |
|---|---|---|---|---|---|
| 5 | INVOLVED PARTY | [REDACTED] DIANA | ☐ | [REDACTED] | [REDACTED] |

| Gender | Race | Hair | Eyes | Height | Weight | DL # | State |
|---|---|---|---|---|---|---|---|
| | | | | | | [REDACTED] | CO |

| Home Address | City | State | Zip | Phone |
|---|---|---|---|---|
| [REDACTED] GEORGE | FLORISSANT | CO | 80816 | [REDACTED] |

| Business Address | City | State | Zip | Bus.Phone |
|---|---|---|---|---|
| | | | | |

VICTIM INFO
[VICTIM TYPE] INDIVIDUAL

## *Arrestees - Suspects - Offenders*

| Person # | Person Type | Person Name | Date of Birth | Age |
|---|---|---|---|---|
| 1 | BOOKED | BIRK, LAWRENCE MARTIN | [REDACTED] | [REDACTED] |

| Sex | Race | Ethnicity | DL # | State |
|---|---|---|---|---|
| M | WHITE | NOT OF HISPANIC ORGIN | [REDACTED] | CO |

| Hair | Eyes | Height | Weight | SSN |
|---|---|---|---|---|
| BROWN | | | | 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 |

| Home Address | City | State | Zip | Home Phone |
|---|---|---|---|---|
| [REDACTED] | LAKE GEORGE | CO | 80827 | [REDACTED] |

| Employer Name | Occupation |
|---|---|
| TARRYALL RIVER ESTATES | CONSTRUCTION |

| Business Address | City | State | Zip | Phone |
|---|---|---|---|---|
| [REDACTED] | LAKE GEORGE | CO | 80827 | [REDACTED] |

CRIME COMMITTED
[TYPE] F
[SECTION/SUBSECTION] 18-20-103
[DESCRIPTION] VIOLATIONS OF TAXATION PROVISION
[STATUTE CODE / ID] STATE F5
[COUNTS] 1
[ATTEMPTED/COMPLETED] COMPLETED
[CRIMINAL ACTIVITY] NOT APPLICABLE/UNKNOWN
ARREST

[NAME] BIRK, LAWRENCE MARTIN
[BOOKING NUMBER] B0034894 [INMATE NUMBER] I0027172
[BOOKING STATUS] RELEASED
[ARREST DATE] 09/06/2018 [ARREST TYPE] WARRANT/TAKEN INTO CUSTODY
[PCN] 04792000004000
[WARRANT 1] 181308131804B INCOME TAX

## *Modus Operandi*

| | |
|---|---|
| *BIAS MOTIVATION* | **NONE** |
| *CIRCUMSTANCE* | **UNKNOWN CIRCUMSTANCES** |
| *CIRCUMSTANCE ADDITIONAL* | **UNABLE TO DETERMINE/NOT ENOUGH INFORMATION** |
| *CRIME* | **RURAL** |
| *GANG* | **OTHER** |
| *LEVEL OF FORCE* | **NO FORCE** |
| *PROPERTY ATTACKED* | **NONE** |
| *WHERE OCCURRED* | **RESIDENCE/HOME** |

## *Additional Case Data*

| *Case NO.* | *Title* | *Case Type* | *Court File Date* |
|---|---|---|---|
| **2018000847.1** | | | |

| *Case Group* | *OCA No.* | *Case Manager* | *Assign Date* |
|---|---|---|---|
| | | **PLUTT, JENNIFER A 9110** | **09/07/2018 22:43:** |

| *Crime Report No.* | *Lead Procecutor* |
|---|---|
| | |

| *Copies Sent To* | *Case Status* | *Clearance* | *Disposition* |
|---|---|---|---|
| | **ACTIVE** | | |

| *Reviewed By* | *Reviewd By Date* |
|---|---|
| | |

| *Consolidation File No.* | *Prosecutor* | *Further Action* |
|---|---|---|
| | | |

## *Narrative Data*

| *No.* | *Description* | *Author* |
|---|---|---|
| | **2018000847N** | **PLUTT, JENNIFER A** |

**PARK COUNTY SHERIFF'S OFFICE**

CONTINUATION SHEET

| Initial Offense Classification | Subject | Case Report Number / Date of Report |
|---|---|---|
| | | Case Report Number **2018000847** |
| **Verbal Domestic** | **Jean and Marty Birk** | Date of Report **09-06-2018** |

On September 6th, 2018 at approximately 4:4PM, I was advised by Park County Communications of a possible domestic violence that occurred at 12 Easterday Place, outside the Town of Lake George, County of Park and State of Colorado. While responding to the call, Communications advised me that the female party was separated from the male party and at a neighbor's house ([redacted]). Deputy Crockett and I responded and arrived on scene. We met with:

**RP/ Nord [redacted] (DOB [redacted])**

Nord advised us of the following:

- He received a phone call from his neighbor A/ Marty Birk informing him that his wife IP/ Jean Birk (DOB [redacted]) was headed his way and that she was hysterical.
- He left he residence and started to drive toward Birk's residence.
- He saw Jean running down the road yelling "help me".
- Jean was rambling things like, "I never want to see him again", "He says I'm stupid".
- Jean was crying and just "kept ranting".
- He brought Jean inside where his wife Cindy was and they attempted to calm her down.
- He called Marty back stating that he was going to reach out to people in their church.
- He knows Jean has Alzheimer's and it has progressively gotten worse.

I walked into Nord's house and spoke with Jean. Jean appeared to be upset and was confused at why Law Enforcement was there. I had asked her what happened that night. She stated she got upset with Marty but couldn't remember anything else. During the time I was with her, she had asked me several times who I was. She did advise me that she had "memory" issues. I did see a small bruise on the side of her face. I asked Jean what happened and she stated, "I don't know". Any questions I asked Jean her response would be, "I don't remember".

Deputy Crockett and I left Nord's residence and then drove over to 12 Easterday Place. I observed Marty sitting on the front porch. I asked Marty what took place that night. He advised me of the following:

- They just arrived home and were sitting at the table having a glass of wine and eating chips and salsa.
- His wife Jean suffers from Alzheimer's disease and that her mother and two aunts died from the disease.
- He is Jean's caretaker as she can't be left alone due to her disease.
- Jean walked outside and was standing by a tree.
- It was starting to rain so he told her to come in.
- Jean yelled back at him and told him she will come inside when she was ready.
- Minutes later he heard Jean pounding on the downstairs down, which they keep locked.
- He went downstairs and opened the door for her.
- Jean "blew up" on him stating that he locked her out of her house.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| J. Plutt # 9110 | | Page ____ of ____ |

**PARK COUNTY SHERIFF'S OFFICE**

CONTINUATION SHEET

| Initial Offense Classification | Subject | Case Report Number 2018000847 |
|---|---|---|
| **Verbal Domestic** | **Jean and Marty Birk** | Date of Report **09-06-2018** |

- She kept yelling at him and then took off on foot.
- He got in his car and drove to Jean walking down Sleepy Joe Drive.
- He told Jean to get in the car and was worried she would get lost.
- He got her in the car and she started to kick at him and was yelling.
- Once they got back to their house, Jean ran off again down the street.
- He called Nord advising him that she was headed in his direction.
- He then waited for our arrival.

During this conversation, Deputy Crockett had Communications run Marty and Jean through CCIC/NCIC. Marty had a Warrant and was taken into custody after our investigation. I had Nord drive Jean back to her residence. Jean still seemed upset but confused. Nord stated that Jean told him that Marty hit her. I asked Jean multiple times what happened to the side of her face and she still could not remember what happened. She advised me that Marty would never hit her.

After Marty was taken into Custody, Jean was extremely confused. She was constantly asking, "Where's Marty, I need Marty." After my investigation, I did not find substantial evidence to charge Marty with domestic violence. Jean stayed with Nord and Cindy until members of their church came and pick up Jean. Dave and Diana [redacted] have known Jean and Marty and they are good friends with them. Diana was advising me that Jean has progressively gotten worse with her Alzheimer's and sometimes doesn't even remember who she is.

I spoke with Cindy and she advised me several weeks ago Marty and Jean came over to their house for dinner; Jean couldn't even remember how to use a spoon. I also have spoken to several other church members' in Lake George that have all said the same thing about Jean and her progressive Alzheimer's. Currently Jean is staying with Dave and Diana [redacted] Based on Jean's demeanor that night, I do believe that her Alzheimer's has to do with becoming angry at Marty.

A copy of this will be forwarded to DHS. Jean is unable to care for herself and is an at-risk adult.

END OF REPORT.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| J. Plutt # 9110 | | Page _____ of _____ |

## OTHER IMAGES #2018000847

1. SUSPECT IMAGE: BIRK, LAWRENCE MARTIN <DOB> [redacted] <IMAGE DESCRIPTION> BIRK, LAWRENCE M

09/18/2018 09:45:40



Park County Sheriff's Office Voluntary Statement Form

Case # 18-847

jplutt@parkco.us
Voice Mail (719) 836-4382

1180 Park County Road 16, PO Box 604
Fairplay, Colorado 80440
Dispatch – (719) 836-4121 x5

Received
Park County Sheriff's Office

I, NORD G. [REDACTED], make the following *voluntary* statement to **Sergeant J. Plutt #9110**
(*Print Your Name*)
Who has identified herself as a Deputy of Park County Sheriff's Office in Fairplay, Colorado.

**Address:** [REDACTED] **City:** ARVADA **State:** CO **Zip:** 80005
**Date of Birth:** [REDACTED] **Home Phone:** [REDACTED]
**Cell/Business Phone:** [REDACTED] **Email:** [REDACTED]

ON ~~JULY~~ SEPTEMBER 6TH AROUND 4:10 PM I RECEIVED A TELEPHONE CALL FROM MARTY BIRK INFORMING ME THAT HIS WIFE JEAN BIRK WAS HYSTERICAL AND WAS HEADING MY WAY. I LEFT THE HOUSE AND WENT OUTSIDE TO MEET HER. SHE WAS RUNNING DOWN THE ROAD IN MY DIRECTION YELLING "HELP ME" OVER & OVER AGAIN. WHEN WE MET UP SHE WAS RAMBLING THINGS LIKE "I NEVER WANT TO SEE HIM AGAIN". "HE SAYS I'M STUPID, I DON'T KNOW ANYTHING". "HE SAYS HE HAS TO DO EVERYTHING, THAT I NEVER DO ANYTHING ANYMORE". SHE WAS CRYING, AND JUST KEPT RANTING.

I TOOK HER INSIDE WHERE MY WIFE (CINDY) WAS AND WE TRIED TO GET HER TO CALM DOWN. AFTER 5 OR 10 MINUTES I CALLED MARTY BACK. I WANTED TO GET JEAN SOME HELP & TOLD MARTY THAT. HE AGREED TO REACH OUT TO SOME OF THE PEOPLE AT HIS CHURCH, WHICH HE DID. DURING THAT TIME IS WHEN I CALLED 911 AND ASKED FOR HELP. 30 OR 40 MINUTES LATER SERGEANT J. PLUTT & LUCUS ? ARRIVED AND TOOK OVER.

AFTER THEY LEFT SEVERAL MEMBERS FROM THE BIRK'S CHURCH ARRIVED AND TOOK JEAN HOME WITH THEM.

RECEIVED
SEP 17 2018
PARK COUNTY SHERIFF'S OFFICE

I have read the above and foregoing statement and know the contents thereof, which the same is true and I am signing it

**Signature:** [signature] [REDACTED] **Date:** 9/6/2018

# *Park County Sheriff's Office Voluntary Statement Form*

*Case #* 18-847

jplutt@parkco.us
Voice Mail (719) 836-4382
1180 Park County Road 16, PO Box 604
Fairplay, Colorado 80440
Dispatch – (719) 836-4121 x5

I, CINDY [redacted] make the following *voluntary* statement to Sergeant J. Plutt #9110
*(Print Your Name)*
Who has identified herself as a Deputy of Park County Sheriff's Office in Fairplay, Colorado.
**Address:** [redacted] **City:** ARVADA **State:** CO **Zip:** 80005
**Date of** [redacted] **Phone:** [redacted]
**Cell/Busi** [redacted] **Email** [redacted]

ON SEPT 6TH AROUND 4:10 PM I ANSWERED THE PHONE. MARTY BIRK ASKED TO SPEAK TO NORD SAYING HE NEEDED HIS HELP. NORD EXPLAINED TO ME THAT MARTY SAID JEAN WAS HYSTERICAL AND SHE WAS HEADING OUR WAY. NORD WENT OUT TO MEET HER, I WATCHED FROM INSIDE THE HOUSE SEEING HER RUNNING. WHEN SHE REACHED NORD SHE PUT HER ARMS AROUND HIM. NORD BROUGHT HER INSIDE. WE SAT HER DOWN TRYING TO CALM HER. SHE WAS CRYING SAYING "I NEVER WANT TO SEE HIM AGAIN", "I'VE NEVER BEEN TREATED THIS WAY" SHE REPEATED THINGS OVER AND OVER. NORD CALLED MARTY. THEN CALLED 911. SERGEANT PLUTT AND ANOTHER OFFICER ARIVED ABOUT 30 MIN. LATER AND TOOK OVER FROM THERE.

LATER A COUPLE FROM THEIR CHURCH ~~CA~~ PICKE JEAN UP FROM OUR HOME.

RECEIVED
SEP 17 2018
PARK COUNTY SHERIFF'S OFFICE

I have read the above and foregoing statement and know the contents thereof, which the same is true and I am signing it voluntarily of my own free will.

*Signature:* [redacted] *Date:* 9-16-2018