1. I am a Special Agent employed by IRS Criminal Investigation.  As part of my duties I was assigned the investigation of Lawrence Birk (BIRK).  As part of that investigation I read the Presentence Investigation Report provided by Probation.  After reading the report I made investigative contacts to gather further information for use at sentencing.  The following represents some of the information obtained.

### Elaine Birk Interview

2. I contacted Elaine Birk on October 15, 2019. Elaine is the ex-wife of BIRK and she stated that the two were divorced back in 1992 because of BIRK's infidelity. BIRK had an affair with a woman named Jean, whom BIRK would later marry. Jean and BIRK worked together in Virginia. In 1991, after the affair had been ongoing, BIRK moved with Elaine and their two children to Michigan. Then after a few months BIRK left Elaine and the two children, who were around eleven and seven years old, and moved to Colorado to be with Jean. Since that time BIRK has been a terrible father who doesn't keep in touch with his children except for maybe once a year.

### Jason Birk Interview

3. I contacted Jason Birk on October 15, 2019.  Jason is BIRK's son.  Jason stated that BIRK is a negligent father.  Jason recalls BIRK telling him about a situation that occurred a number of years ago involving a contact with an IRS employee. BIRK told Jason that the Sheriff had let an IRS employee onto his property and that BIRK had subsequently told the Sheriff that if he let someone up on his property again that he would probably shoot them.  Jason stated that BIRK was bragging about this story.

4. Jason also recalled a conversation from his teenage years that he had with BIRK.  Jason stated that he told BIRK that he knew "gay" people and BIRK responded that "gay" people should be rounded up and killed with a flame thrower.  This stuck in Jason's mind.

5. Jason stated that the reason Elaine and BIRK divorced was because BIRK cheated on Elaine for years.  Jason believes that the affair lasted for 4-5 years before the divorce was finalized. Jason recalls going to dinners with BIRK's "friend" from work, who was Jean, when he was around seven years old. His parents' divorce occurred when he was around eleven years old.

6. Jason stated that BIRK would try to talk about his tax beliefs to anyone that would listen to him. Most of the family now would just roll their eyes and change the subject. Jason stated that Birk is a selfish person and that the legal troubles he was having now in his opinion is Karma for being a bad person.

### David Birk Interview

7. I contacted David Birk on October 11, 2019 and October 17, 2019. David Birk is the brother of BIRK. David stated that BIRK is definitely not wealthy and David has loaned him money in the past so that BIRK could make his house payment. David stated that to his knowledge there is not any significant inheritance that BIRK will receive for his side of the family. David does not know if BIRK or Jean will receive any inheritance from Jean's side of the family.

### Richard Congdon

8. I contacted Richard Congdon on October 17, 2019. Congdon is the Brother-In-Law to Jean Birk. Congdon stated that he believes that there is going to be money inherited by Jean when her father passes away. Congdon stated that the executor of the will is Kent Nowak who is Jean's brother. Congdon believes that there may be some money from the inheritance that is going to be set aside for Jean's care and that Kent would know the details.

### Jean Birk's Health

9. Through numerous interviews of different people it is apparent that Jean's health is a serious issue. Although no one I contacted knew the exact diagnosis of Jean's condition it appears that she is suffering from some form of Alzheimer's or dementia. Jean's health appears to have declined over the previous two to three years and she now has problems with remembering things and requires constant supervision.

10. Nord Hjerleid, a friend and neighbor of BIRK, recounted times when Jean came to his house stating that she was locked out of her house. Nord would then take Jean back to her house and discover that Jean was not locked out but could not remember how to unlock the door with her key.

11. Elaine Birk stated that she last saw BIRK and Jean about six months ago and that Jean appeared to be suffering from the early onset of Alzheimer's.  Elaine is a nurse with 25 years' experience in the ICU and ER departments and has seen many case of Alzheimer's.  In Elaine's opinion, based on her experience, it will be difficult for one person to take care of Jean. Jean's care is most likely going to require a whole team of people.

12. Dave Williams, another friend and neighbor of BIRK, stated that Jean has serious health issues. Dave and his wife Diane watched Jean during the days BIRK was in custody, in addition to a period of weeks in late 2018 when BIRK was still working. Dave stated that they had to watch Jean all the time to make sure she was safe and that Jean would often sit for long periods of time and stare into space. Dave stated that Jean was very anxious about where BIRK was and if he

was coming back. Dave last saw Jean a few weeks ago at a large gathering and said that Jean did not recognize anyone even though they were all people that she had known for a long time.

## Care Options

13. I interviewed Kent Matthews from the Agency on Aging on October 16, 2019. Kent stated that there are three ways that people can pay or get funding for memory care living homes:
    - Private Pay – means that the individual receiving the care or their family or friends pay for the cost of the living center.
    - Long Term Care Insurance – If the individual has a long term care insurance policy those funds can be used to pay for the living center.
    - Long Term Care Medicare – If the individual meets certain criteria then Medicare can pay the cost of the living center.

14. To qualify for Medicare an application must be filled out in person at the El Paso County Health and Human Services Department, which services Colorado Springs. After the application is filled out the individual must meet the following income and functional requirements to be eligible for the Long Term Care Medicaid.

    Income Tests:
    - The individual who will be receiving the treatment must have monthly income below $2,213.00
    - The individual receiving the treatment must have assets in his/her name of less than 2,000.00
    - If the individual receiving treatment is married then the assets of the couple must be less than $126,400.00 not including the value of their primary residence and the value of one vehicle.

    Functional Tests: The individual receiving treatment must need assistance or help in two of the following six categories:
    - Bathing
    - Dressing
    - Toileting
    - Mobility – ability to move around freely
    - Transferring – ability to move from a bed to a chair etc…
    - Eating

15. The Agency for Aging's website is located at http://www.ppacg.org/aging/. It has many resources including a list of homes that accept Medicare.  Attached, is a listing of assisted living centers and nursing homes in the Colorado Springs area.

　　　I have read the foregoing statement consisting of 3 page(s), each of which I have signed.  I fully understand this statement and it is true, accurate and complete to the best of my knowledge and belief.

*George Warnock*　　　October 16, 2019
(Signature of affiant)