Monday, October 20, 2014, 12:06 pm

```
REQUESTOR: ████
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

Name: LAWRENCE M BIRK         TIN: ████

Finally, after I gave her my opinion of what I would do, I concurred that she should seek counsel from ████ and/or Area Counsel on what to do to execute this seizure since that decision is outside the parameters of the ETS position.

ACTION DATE: 04/03/2012   SYSTEM DATE: 04/03/2012   CONTACT: OTHER   CREATE ID: ████

GENERAL HISTORY

I spoke with ETS Norman ████ to discuss the options available for delivery of the notice of seizure paperwork to TP. TP lives in a gated community locked by a padlock and a key is required to enter or leave the premises. We also discussed actual delivery of the paperwork, proper signatures, etc if TP is available to serve. The main concern is entrance to the property. I can contact the HOA President, Dave ████ to secure consent or I can attempt delivery without consent and mail the paperwork certified if I am not able to enter. I am not sure if Dave ████ will provide consent after he hesitation to let me in a few months ago. He did unlock the gate for me and allow me to photo TP's property and then let me out, but he questioned what would happen to "him" if he refused to let me in. He had questions about his consequences of allowing me in or not allowing me in. I just told him things work smoother if everyone works together and there is cooperation. Otherwise, I could request a court order to enter with a Writ. He decided to let me in that time, but I am not positive he will do it again. The community is small and he knew who I was there in reference to without me mentioning TP's name. He told me "Marty's house is the one on the hill past the lake." If TP was or became aware I was inside the gate taking photos of the property, it could have an impact on whether or not Dave is willing to let me in again.

I also had a conference call with Advisor Carmen ████ and my AGM to discuss the same concerns. Carmen said he spoke with Counsel Bob ████ and was told personal delivery of the documents is required. I can tape an envelope to the front door of TP's residence if he is not home, but I must attempt personal delivery to his home. With that being said, we all agreed the best option in this case is for me to contact Dave ████ and request his consent and help to enter the gated community. If he is willing to do so, we all agreed I should request an armed escort by TIGTA. It is unclear how TP will respond to the seizure of his vacant land, therefore, an armed escort is in the best interest for the safety of everyone involved. TP has made his stance clear through multiple frivolous correspondence that he does not believe in the Tax Code. He has not cooperated up to this point throughout the history of the case.

I prepared a memo requesting an armed escort by TIGTA, and sent it via email to my AGM this afternoon. My AGM called and said she approved the request and will forward it to the appropriate person for approval by TIGTA.

I requested to deliver the paperwork on 4/26/12 to allow TIGTA some time to prepare if they agree to do the escort.

ACTION DATE: 04/05/2012   SYSTEM DATE: 04/05/2012   CONTACT: OTHER   CREATE ID: ████

GENERAL HISTORY

Monday, October 20, 2014, 12:06 pm

```
REQUESTOR:
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

Name: LAWRENCE M BIRK                                    TIN:

I issued a summons to Park State Bank to secure bank statements, checks written, deposits and loan applications/documents from 08/01/2011 through today. I need the most recent information to prepare the request for Nominee/Alter-Ego memo for levy of the business bank account.

I will f/u 5/3/12 to review the information and start the memo.

---

ACTION DATE: 04/10/2012   SYSTEM DATE: 04/12/2012   CONTACT: OTHER   CREATE ID:

GENERAL HISTORY

I recvd a call from Klayton ▮▮▮ of TIGTA, he wanted to discuss the escort memo I submitted for this case. We discussed the history of the case and the concerns I have with delivering the seizure notice to TP at his residence. I explained the details of the residence, gated (pad-locked) community, remote location, etc. We discussed the different scenarios involved and what Advisory and Counsel stated about the delivery methods. Klayton wanted to know if mailing the paperwork was an option and I told him Advisory spoke to Bob ▮▮▮ in Counsel and he advised hand delivering the notice or leaving it at the personal residence. Bob said once the notice has been hand delivered, I could also mail a copy certified, but he thinks the paperwork should be delivered in person first. Klayton's second concern was taking another RO as a witness. He wanted to know if TIGTA could serve as the witness to avoid putting another RO in a possible dangerous situation. I told him I would consult with Advisory to make sure TIGTA could sign the appropriate paperwork and Klayton said he would also check on his end. We discussed the strategy to get inside the locked gate and I advised Klayton I had previously entered the premises through consent of the HOA President, David ▮▮▮ I told him David was hesitant about allowing me in the last time and I was not positive he would do it again. We both agreed it would be best if TIGTA contacts David for consent this time. Klayton said they will go forward with approval of the escort and we can talk again once the issue of the witness has been verified on both ends. He wanted to know if 4/26/12 is still a good date to deliver the paperwork and I told him yes, if that date works for David Flynn.

I contacted Carmen ▮▮▮ in Advisory to discuss the witness issue. Carmen provided IRM 5.10.2.19 which states the following:

If the use of an assisting Service employee is not feasible, the territory manager can approve the use of a local, state, or federal law enforcement officer. The non-Service employee has no authority to assist in the seizure and is used as an observer only. The case history must be documented with the circumstances leading to the use of a non-Service witness. The revenue officer must record the name, title, badge number, and other identifying information of the law enforcement officer.

Carmen said since TIGTA is a federal law enforcement officer, they can be the witness after TM approval is secured. He said they can't assist in the seizure in any way, but can sign the 2433 as the witness. He also said since Diane (ATM) is in my office and is aware of the case and situation, she can put a history in ICS to approve to avoid writing and submitting a memo for TM approval.

I discussed the issue with Diane ▮▮▮ (ATM) and she called Sharon ▮▮▮ to make sure it would be sufficient to input a history to approve TIGTA as the witness. Sharon had some

Monday, October 20, 2014, 12:06 pm

```
REQUESTOR:
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

Name: LAWRENCE M BIRK                                          TIN:

questions on the history of the case so we discussed it in further detail. Sharon agreed it would be best to have TIGTA serve as the witness in the delivery of the seizure notice since the actual seizure has already be done and all I am doing is serving paperwork to complete the proper post seizure actions and notifications.

Sharon advised me to include this case on the SCR this month since TIGTA will be involved to escort the delivery of the notice. I will prepare an SCR memo and forward it to my AGM by this Friday.

---

ACTION DATE: 04/12/2012   SYSTEM DATE: 04/12/2012   CONTACT: OTHER   CREATE ID:

GENERAL HISTORY

(Sandoval, ATM)
Discussed case in detail with RO and with Technical Advisor to the AD, S.
In lieu of another RO serving as witness, and to avoid potential danger of another RO, I approve TITGA law enforcement officers serving as witnesses while RO serves the taxpayer the seizure notice. There is a possibility that the RO will not be able to gain access to the taxpayer's residence to serve the paperwork if the community gate is locked. Per IRM 5.10.3.5 (10), the RO may be able to mail the seizure documents if the taxpayer cannot be readily located.
Part 3 of Form 668-B must be:
_ Personally provided to the taxpayer,
_ Left at his or her residence or business, if he or she has such within the territory where the seizure was made, or
_ Mailed to the taxpayer's last known address within two business days of the seizure only if the taxpayer cannot be readily located, or has no dwelling or place of business within the territory where the seizure was conducted

---

ACTION DATE: 04/25/2012                                            CREATE ID:

Systemic History: TEMPLATES

TEMPLATE: FORM 911 - APPL. FOR TP ASSISTANCE

---

ACTION DATE: 04/23/2012   SYSTEM DATE: 04/26/2012   CONTACT: OTHER   CREATE ID:

GENERAL HISTORY

I spoke with TIGTA Agent, Klay regarding the delivery of the seizure notice. I was on leave, but had previously told Klay I would contact him to determine which day we would schedule to deliver the docs. Klay said he spoke with the HOA President, David ▓▓▓ and he is not able to open the gate for us on 4/26/12, Thursday. David advised Klay the gate would be open on Friday, 4/27/12 for maintenance work in the gated community. He also suggested contacting another member of the HOA board if that doesn't work. Klay wanted to know if I am willing to deliver the Seizure Notice on Friday since I do not normally work

```
                                        Monday, October 20, 2014,12:06 pm

              ┌─────────────────────────────────────────────┐
              │          REQUESTOR: ▇▇▇▇▇▇                  │
              │          ICS HISTORY TRANSCRIPT             │
              │          HISTORY INFORMATION                │
              └─────────────────────────────────────────────┘

    ┌──────────────────────────────────────────────────────────────────────┐
    │   Name: LAWRENCE M BIRK                          TIN: ▇▇▇▇▇▇▇▇       │
    └──────────────────────────────────────────────────────────────────────┘
```

on Friday due to my 4/10 schedule. I told him I would be willing to do it Friday since the gate will be open and we would need to depend on a 3rd party for assistance with the gate. I told Klay I would discuss changing my day off with my AGM to make sure everything is done appropriately on my end. Klay said he will speak with the other TIGTA Agents to see if we could possibly do the briefing on Wed at my office, he will get back with me on that. We also discussed possible scenarios of what could happen while delivering the paperwork. I advised Klay I will have the documents ready and in an envelope addressed to TP in case TP is not home or decides not to cooperate if present. Klay will be able to tape the envelope to the door in both situations.

F/u to possibly meet with TIGTA Agents on 4/25/12.

---

ACTION DATE: 04/24/2012    SYSTEM DATE: 04/26/2012    CONTACT: OTHER    CREATE ID: ▇▇▇▇

GENERAL HISTORY

I recvd a VM from TIGTA Agent Klayton. He said the other Agents would not be able to meet with me on Wed, so the plan is to meet at 8:30 am on Friday morning at the Teller County Sheriff's office in Divide. We will contact my AGM by phone to do a briefing prior to attempting service of the Notice of Seizure. I was able to get my day off changed in the system so everything is in place for Friday.

---

ACTION DATE: 04/26/2012    SYSTEM DATE: 04/26/2012    CONTACT: OTHER    CREATE ID: ▇▇▇▇

GENERAL HISTORY

I left a VM for Advisor, Carmen ▇▇▇▇ yesterday. I wanted to make sure it is correct to provide the Notice of Seizure to TP's spouse if TP is not present tomorrow. Carmen returned my call and left a message stating it is appropriate to leave the Notice with TPW since she is listed on the Seizure documents and these are joint assessments. He said to be sure and tape the Notice to the door and mail a certified copy to TP if contact is not made or TP refuses to speak with me.

---

ACTION DATE: 04/27/2012    SYSTEM DATE: 04/27/2012    CONTACT: FIELD    CREATE ID: ▇▇▇▇

TP/POA CONTACT

TP/POA CONTACT-
I met with TIGTA escort Agents at the Sheriff's office in Divide, CO. We discussed the possible scenarios that could happen upon delivery of the Seizure Notice to TP. TIGTA Agent Klaton ▇▇▇▇ signed the F2433 as the witnessing officer per IRM 5.10.2.19 requirements. There were 4 TIGTA Agents present. We drove to the property, waited for the HOA President, Dave ▇▇▇▇ to unlock the gate, then entered the premises. TIGTA spoke with TP to determine his willingness to cooperate before allowing me to step on his property. Once TIGTA was comfortable with me approaching, I handed TP Form 668-B part 3, F2433 part 1, 1660 with AGM's business card attached and Form 911. I advised TP the vacant land in Cripple Creek was seized by the IRS, I explained the 668-B briefly, explained the F2433, advised him he has 10 days to Appeal the Seizure and told him to contact my AGM Wanda ▇▇▇▇ if he decides to Appeal. TP said he will definitely do that. TP wanted to continue talking to me, but TIGTA escorted me back to the vehicle and we left. The other TIGTA Agents finished their conversation with TP and left the property. We were forced to wait

Monday, October 20, 2014, 12:06 pm

```
REQUESTOR: ███
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

```
Name: LAWRENCE M BIRK                              TIN: ███
```

several minutes for the HOA President to unlock the gate so we could leave the community.

I contacted Demetria ███ in the Advisory office, per Carmen ███'s instructions yesterday. Demetria provided the Seizure number; 12-06-01-033 and told me I have 5 business days to submit the appropriate paperwork to Carmen.

I will be in the office on Tuesday and will complete the paperwork at that time.

---

ACTION DATE: 04/30/2012                              CREATE ID: ███

Systemic History: NEW MODULE - ICS

INCOMING NF 00000007 - 162 SEIZURE PROCESSING 26976712
SEIZURE NUMBER: 12-06-01-033

---

ACTION DATE: 04/30/2012                              CREATE ID: ███

Systemic History: SEIZURE

SUB ASSET #001-001   ADDED BY EMPLOYEE ███

---

ACTION DATE: 04/30/2012                              CREATE ID: ███

Systemic History: SEIZURE

SUB ASSET #001-001   UPDATED BY EMPLOYEE ███

---

ACTION DATE: 04/30/2012                              CREATE ID: ███

Systemic History: SEIZURE

SEIZURE # 12-06-01-033-- ASSET NUM #001 - 001   ADDED BY EMPLOYEE ███

---

ACTION DATE: 04/30/2012                              CREATE ID: ███

Systemic History: SEIZURE

SUB ASSET #001-001   UPDATED BY EMPLOYEE ███

Monday, October 20, 2014, 12:06 pm

```
                    REQUESTOR: ███
                    ICS HISTORY TRANSCRIPT
                    HISTORY INFORMATION
```

| Name: LAWRENCE M BIRK | TIN: ███ |
|---|---|

ACTION DATE: 05/02/2012    SYSTEM DATE: 05/02/2012    CONTACT: OTHER    CREATE ID: ███

GENERAL HISTORY

I recvd a VM from Sheriff Wagner of Park County. I returned the call and spoke with the Sheriff who stated he met with Mr. Birk yesterday and wanted to discuss what happened on Friday. Sheriff Wagner said I understand you delivered some papers to Mr. Birk and you came pretty heavily armed over a letter Mr. Birk sent in 2009. I told him I could not discuss TP's account with him due to disclosure policy, but I could tell him that I am required to provide substantial information regarding my need for protection, in order to secure approval of an armed escort through TIGTA, which is what I did in this case. He said in the future he would appreciate it if the IRS would contact him directly and allow him to serve the papers. I told him I am required to serve the information and it was my understanding TIGTA Agent ███ did contact his office prior to delivering the paperwork to TP. He said his office did receive a call from Agent ███ but he spoke with his Sergeant and not him (Sheriff) and he has taken care of that issue internally in his office. I advised we (RO & TIGTA) followed the required IRS procedures with the delivery of the paperwork to TP. I also advised I would contact TIGTA Agent ███ to see if he would be willing to contact him to discuss the issue further, he said he would appreciate it and would like to speak with Agent ███.

I contacted TIGTA Agent Klaton ███ and discussed my phone conversation with Sheriff Wagner. Klaton said he contacted the Park County Sheriff's office twice before going to deliver the paperwork, which was done as a courtesy. I ask Klaton if he would be willing to contact Sheriff Wagner to discuss the issue and he said yes. I provided the Sheriff's phone number, 719-███.

ACTION DATE: 05/03/2012                                      CREATE ID: ███

Systemic History: TEMPLATES

TEMPLATE: FORM 13360 - SEIZURE AND SALE CHECKLIST

ACTION DATE: 05/03/2012    SYSTEM DATE: 05/03/2012    CONTACT: CORR.    CREATE ID: ███

REVIEWED

Revenue Officer Norman ███ Enforcement Technical Specialist (ETS)-███

I performed my monthly review of this case which entailed reading all ICS histories since the last monthly review so as to ascertain current case status. I then updated ETS Program Report as needed.

I then sent an email to Jennifer regarding the results of my review. A couple items mentioned in this email were:

1. She might want to change the address of the asset on the ICS Seizure application since