| Witness | Costs |
|---|---|
| Thomas Bentley | $1,453.01 |
| Dale Erickson | $40.00 |
| Michael Jeka | $1,751.55 |
| Frederick Skaluba | $2,505.70 |
| Bruce Stork | $1,549.55 |
| Carrie Westfall | $534.30 |
| Marcie Zurek | $891.61 |
| **Witness Subtotal** | **$8,725.72** |
| | |
| Transcript Order | $630.50 |
| | |
| **Grand Total** | **$9,356.22** |

Sentencing Exhibit 10 - Dept of Justice disbursements for non-government employee witnesses and transcript of Defendant's testimony