Exhibit 11 – October 22, 2019 Screen Grabs from Tarryall Page on Manta.com:
https://www.manta.com/c/mmj71cx/tarryall-river-log-homes-llc





