**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn**

Date:              October 30, 2019
Deputy Clerk:      Leigh Roberson
Court Reporter:    Julie Thomas
Probation Officer: Ryan Kinsella

| Criminal Action No. 18-cr-359-REB | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Jennifer Hadden |
|   | Christopher Magnani |
| Plaintiff, |   |
| v. |   |
| LAWRENCE MARTIN BIRK, | Edward Harris |
| Defendant. |   |

## SENTENCING MINUTES

**1:09 p.m.    Court in session.**

Appearances of counsel. Defendant is present on bond/in custody.

The parties have received and reviewed the presentence report(s) and all addenda.

Also pending before the Court relevant to sentencing are the following:

- United States' Sentencing Statement [ECF 95], filed August 23, 2019
- Defendant's Reply to United States' Sentencing Statement [ECF 99], filed August 29, 2019
- Defendant's Objections to Presentence Report Guideline Calculations [ECF 102], filed October 3, 2019
- Defendant's Sentencing Statement and Motion for Non-Guideline Sentence of Probation [ECF 103], file October 3, 2019
- United States' Sentencing Recommendation and Response to Defendant's Objections to the Presentence Report Guidelines Calculations and Motion for Non-Guideline Sentence [ECF 107], filed October 23, 2019

Statement by defense counsel.

Defendant sworn. Statement by the defendant.

Statement by government counsel.

Court's sentencing statement, findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**IT IS ORDERED** as follows:

1. That [ECF 103] is denied;

2. That judgment of conviction is entered on Count 1 of the Indictment;

3. That it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 60 months;

4. That upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years; provided, furthermore, that within 72 hours of his release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the United States Probation Department within the federal district in which he is released;

5. That while on supervised release, the defendant shall comply with the mandatory, standard, and special conditions of supervised release identified on pages R-2 and R-3 of the Revised Sentencing Recommendation [ECF 104-1];

6. That no fine is imposed;

7. That the defendant shall pay forthwith a special victim's fund assessment fee of $100;

8. That the defendant shall pay restitution for the benefit of the IRS in the amount of $1,858,826.26; that restitution is due and payable in care of the clerk of the court in full immediately, failing which in monthly installments of not less than 10 percent of the defendant's gross monthly income as determined periodically by the supervising probation officer; provided, furthermore, that interest on restitution is waived;

9. That the defendant shall pay forthwith costs of prosecution in the amount of $9,356.22;

10. That presentence confinement credit shall be determined by the Bureau of Prisons;

11. That this Court recommends that the Bureau of Prisons designate the defendant to an official detention facility within the state and District of Colorado; and

12. That the defendant shall voluntarily surrender and report to the institution designated eventually by the Bureau of Prisons within 15 days of the designation.

The defendant is formally advised of his right to appeal the sentence imposed by the Court.

**2:29 p.m.     Court in recess.**

Total time in court: 1:20

Hearing concluded.