IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00359-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LAWRENCE MARTIN BIRK,

        Defendant.

_____

DEFENDANT'S NOTICE OF APPEAL
_____

        Defendant, Lawrence Martin Birk, through appointed counsel, Edward R. Harris and the Office of the Federal Public Defender, files this notice of appeal to the Tenth Circuit Court of Appeals, and appeals the Judgment and Commitment Order that was entered on October 31, 2019.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        *s/Edward R. Harris*
        EDWARD R. HARRIS
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO 80202
        Telephone: (303) 294-7002
        FAX: (303) 294-1192
        Edward_Harris@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

       I hereby certify that on November 1, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Christopher Michael Magnani, Assistant United States Attorney
    E-mail:  christopher.magnani@usdoj.gov

    Elizabeth Hadden, Assistant United States Attorney
    E-mail: elizabeth.c.hadden@usdoj.gov

       I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Lawrence Martin Birk     (via U.S. mail)

                                         *s/ Edward R. Harris*
                                         Edward R. Harris
                                         Assistant Federal Public Defender
                                         633 17th Street, Suite 1000
                                         Denver, CO 80202
                                         Telephone: (303) 294-7002
                                         FAX: (303) 294-1192
                                         Edward_Harris@fd.org
                                         Attorney for Defendant