# AUTHORIZATION FOR PAYMENT OF TRANSCRIPT

1. Jurisdiction (Check One):

   ☐ MAGISTRATE   ☒ DISTRICT   ☐ APPEALS   ☐ OTHER: _____

2. Magistrate Docket #:

3. District Docketing #: 18-cr-00359-REB

4. Appeals Docket #: 19-1422

5. For (District/Circuit): Colorado

6. In The Case Of  US v. Birk

7. Person Represented: Lawrence Martin Birk

8. Location/Organization Code: COXDE

9. Proceedings In Which Transcripts Are To Be Used (Describe Briefly): Appeal

10. Proceedings To Be Transcribed (Description Of): Complete transcript of Trial Preparation Conference (Docket 80). Complete 4-Jury Trial transcript (Docket #'s 82, 84, 88 & 89, including opening statements, instruction conference, jury instructions, and closing arguments. Complete transcript of Sentencing held 10/30/2019 (Docket 108).

11. Special Needs (Check One If Applicable):

    ☒ Ordinary: $3.65/page (within 30 days)   ☐ 14-day: $4.25/page (within 14 days)   ☐ Expedite: $4.85/page (within 7 days)   ☐ 3-Day: $5.45/page (within 3 days)   ☐ Daily: $6.05/page (next day)   ☐ Hourly: $7.25/page (same day)

12. **I REQUIRE (CHECK ONE):**   ☐ **PAPER COPY**   ☒ **DIGITAL COPY**

13. _Grant f. with_    11/18/2019
    Grant R. Smith, AFPD          Date

    **REQUEST APPROVED:** _Kri WBerhard_   11/18/19

    14-DAY/EXPEDITE/DAILY/HOURLY APPROVED: _____

14. Court Reporter/Transcriber Status (check one)

    ☒ OFFICIAL   ☐ CONTRACT   ☐ TRANSCRIBER   ☐ OTHER: _____

15. Full Name Of Payee: Terri Lindblom

16. Remit To:  Terri Lindblom

17. Telephone Number: (303) 335-2105

| 18. Transcript | Include Page # | # of Pages | Rate/Page | Sub-Total | Ded. Amt. Apportioned | Total |
|---|---|---|---|---|---|---|
| A. Original |  |  | $ | $ | $ | $ |
| B. Copy |  |  | $ | $ | $ | $ |
| C. Expenses (itemize): |  |  |  |  |  | $ |
| 19. Total claimed |  |  |  |  |  | $ |

20. Certification of Attorney

_____        _____
Signature of Attorney                  Date