FILED
United States Court of Appeals
Tenth Circuit

**November 19, 2019**

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

LAWRENCE MARTIN BIRK,

   Defendant - Appellant.

No. 19-1422

---

## ORDER

---

Before **TYMKOVICH**, Chief Circuit Judge.

---

This matter is before the Court on Appellant's Motion to Continue Appointment. Upon consideration, the motion is granted. Pursuant to 18 U.S.C. §3006A, the Federal Public Defender for the Districts of Colorado and Wyoming is appointed as counsel of record to represent the appellant Lawrence Martin Birk. This appointment is effective *nunc pro tunc* to the date the notice of appeal was filed in this matter.

                     Entered for the Court

                     ELISABETH A. SHUMAKER, Clerk

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker　　　　　　　　　　　　　　　　　　　　　　　　　Chris Wolpert
Clerk of Court　　　　　　　November 19, 2019　　　　　　　　　　　Chief Deputy Clerk

Mr. Grant R Smith
Office of the Federal Public Defender
Districts of Colorado and Wyoming
633 17th Street, Suite 1000
Denver, CO 80202

**RE:**　　**19-1422, United States v. Birk**
　　　　　　Dist/Ag docket: 1:18-CR-00359-REB-1

Dear Counsel:

You have been appointed as counsel for appellant pursuant to the Criminal Justice Act, 18 U.S.C. 3006A. The order appointing you has been docketed in the above-referenced appeal. If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for certiorari. If the client requests, and you believe a petition to be legally sound, you must file one with the clerk of the Supreme Court of the United States. *See* Criminal Justice Act Plan, 10th Cir. R., Addendum I.

Please contact this office if you have questions.

　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　　Elisabeth A. Shumaker
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

cc:　　Katie Bagley
　　　　Elizabeth C. Hadden
　　　　Samuel Robert Lyons
　　　　Christopher Michael Magnani
　　　　Stanley J. Okula Jr.
　　　　Alexander Patrick Robbins

EAS/sds