# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 18-CR-00359-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LAWRENCE MARTIN BIRK,

        Defendant.

## GOVERNMENT'S MOTION FOR ARREST WARRANT AND REVOCATION OF DEFENDANT'S ORDER OF RELEASE PURSUANT TO 18 U.S.C. § 3146

        The United States of America, by the Principal Deputy Assistant Attorney General, U.S. Department of Justice, Tax Division, Richard E. Zuckerman, through Assistant Chief Elizabeth C. Hadden and Trial Attorney Christopher Magnani, hereby moves the Court, pursuant to 18 U.S.C. § 3148, to (1) issue a warrant for the defendant's arrest and (2) hold a hearing to determine whether the defendant's order of release should be revoked.

        1.  On July 25, 2019, a jury found the defendant Lawrence M. Birk guilty of one count of evasion.

        2.  On July 25, 2019, the Court ordered that defendant shall be continued on bond with added special conditions that the defendant inventory and identify with specificity the make, model, caliber, or gauge of any firearm which he owns and which is in his possession, and shall file this inventory list in this case.  Additionally, the court

ordered that the defendant shall within 24 hours surrender the firearms to the United States Marshall for the District of Colorado or his designee.  See Doc. No. 89.

3.  On October 30, 2019, defendant was committed to the custody of the Bureau of Prisons to be imprisoned for a term of 60 months.  The Court also ordered that the defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days of the designation. See Doc. No. 109.

4.  On November 8, 2019, defendant was notified by Ryan Kinsella, Sr. U.S. Probation officer, of the details of defendant's surrender by both telephone and by mail.  The order is attached as Exhibit 1.  The defendant did not answer the telephone call but Mr. Kinsella left a voicemail informing the defendant of the information on the surrender order.

5.  On November 21, 2019, defendant was to voluntarily surrender to SCP/FLF Florence.

6.  On November 21, 2019, Mary Wallen Herndon, U.S. Marshals Service, informed Mr. Kinsella that defendant had not yet been processed into SCP/FLF Florence.

7.  On November 22, 2019, Mr. Kinsella informed the government that defendant had not reported to SCP/FLF Florence.

8.  On November 22, 219, defendant's defense counsel were informed by the government that the defendant had not voluntarily reported.

9.  As of the writing of this motion, defendant has not reported to SCP/FLF Florence.

10. Pursuant to 18 U.S.C. § 3148 the government requests that the Court issue a

warrant for defendant's arrest and order a hearing to determine if the order of release should be revoked. Pursuant to 18 U.S.C. § 3148(a) person who has been released under 18 U.S.C. § 3142 of this title, and who has violated a condition of his release, is subject to a revocation of release, an order of detention, and a prosecution for contempt of court. Additionally, 18 U.S.C. § 3148 states that if the Court finds clear and convincing evidence that the person has violated any other condition of release the Court may revoke defendant's release.

11. Wherefore, pursuant to 18 U.S.C. § 3148(b), the government respectfully requests that a warrant be issued for the arrest of the defendant for violation of the conditions of his release and a hearing be ordered to determine if the defendant's release should be revoked.

Respectfully submitted this 22nd day of November, 2019.

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General
        U.S. Department of Justice, Tax Division

By:  /s/ *Elizabeth C. Hadden*

ELIZABETH C. HADDEN
Assistant Chief
CHRISTOPHER MAGNANI
Trial Attorney
U.S. Department of Justice, Tax Division
150 M Street, NE
Washington, DC 20002
Tel: (202) 514-5189
Fax: (202) 514-9623
elizabeth.c.hadden@usdoj.gov
christopher.magnani@usdoj.gov

Attorneys for the United States