AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| United States of America<br>v. | ) |
| | ) Case No.   1:18-cr-359-REB |
| | ) |
| | ) |
| Lawrence Martin Birk | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Lawrence Martin Birk                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment        ❑ Superseding Indictment        ❑ Information        ❑ Superseding Information        ❑ Complaint

❑ Probation Violation Petition        ❑ Supervised Release Violation Petition        ❑ Violation Notice        ☑ Order of the Court

This offense is briefly described as follows:

failure to self-report

Date:      11/22/2019                                               s/L. Roberson, Deputy Clerk
                                                                 *Issuing officer's signature*

City and state:     Denver, Colorado                             for Jeffrey P. Colwell, Clerk of Court
                                                                 *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                 _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____