**AMENDED TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE**

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal**

Short Title:            United States v. Birk                        District: District of Colorado
District Court Number:   1:18-cr-00359-REB            Circuit Court Number: 19-1422
Name of Attorney:  Grant Russell Smith, Assistant Federal Public Defender
          Name of Law Firm:  Office of the Federal Public Defender
          Address of Firm:     633 Seventeenth Street, Suite 1000,  Denver, CO   80202
          Telephone of Firm: 303-294-7002                Attorneys for:  Lawrence Martin Birk
Name of Court Reporter:   Terri Lindblom  and Julie H. Thomas        Telephone of Reporter: (303) 335-2105    335-2111

**PART II - COMPLETE SECTION A OR SECTION B**
SECTION A -  **I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
           [] A transcript is not necessary for this appeal, or
           [] The necessary transcript is already on file in District Court
           [] The necessary transcript was ordered previously in appeal number _____

SECTION B -  **I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**
(Specify the date and proceeding in the space below)

Voir dire:      Yes                              Opening Statements:  Yes
Trial proceedings: Complete 4-day Jury Trial Transcripts (Docket #'s 82, 84, 88 and 89)
Closing Arguments:    Yes                     Jury Instructions:    Yes
Other Proceedings:     Yes                    Post-Trial Hearings: _____
Other Proceedings: **Complete transcript of Trial Preparation Conference (Docket 80). Complete Jury Trial transcripts should also include opening statements, instruction conference, jury instructions, and closing arguments by Court Reporter Terri Lindblom.  Complete transcript of Sentencing held 10/30/2019 (Docket 108) by Court Reporter Julie H. Thomas.**

(Attach additional pages if necessary)

[] **Appellant will pay the cost of the transcript.**
**My signature on this form is my agreement to pay for the transcript ordered on this form.**

[X] **This case is proceeding under the Criminal Justice Act.**

**NOTE:**  Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript.  An order of the district court allowing payment for the transcript at government expense must be obtained.  *See* 28 U.S.C. §753(f).

CERTIFICATE OF COMPLIANCE

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.**  I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se:   /s/ Grant Russell Smith                       Date:  November 25, 2019

**PART III -  TO BE COMPLETED BY THE COURT REPORTER**

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____

I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____ Date:_____