# AMENDED AUTHORIZATION FOR PAYMENT OF TRANSCRIPT

1. Jurisdiction (Check One): ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS  ☐ OTHER: _____
2. Magistrate Docket #:
3. District Docketing #: 18-cr-00359-REB
4. Appeals Docket #: 19-1422
5. For (District/Circuit): Colorado
6. In The Case Of  US v. Birk
7. Person Represented: Lawrence Martin Birk
8. Location/Organization Code: COXDE
9. Proceedings In Which Transcripts Are To Be Used (Describe Briefly): Appeal
10. Proceedings To Be Transcribed (Description Of): Complete transcript of Trial Preparation Conference (Docket 80). Complete 4-Jury Trial transcript (Docket #'s 82, 84, 88 & 89, including opening statements, instruction conference, jury instructions, and closing arguments. Complete transcript of Sentencing held 10/30/2019 (Docket 108).
11. Special Needs (Check One If Applicable):
    - ☒ Ordinary: $3.65/page (within 30 days)
    - ☐ 14-day: $4.25/page (within 14 days)
    - ☐ Expedite: $4.85/page (within 7 days)
    - ☐ 3-Day: $5.45/page (within 3 days)
    - ☐ Daily: $6.05/page (next day)
    - ☐ Hourly: $7.25/page (same day)
12. I REQUIRE (CHECK ONE):  ☐ PAPER COPY  ☒ DIGITAL COPY
13. _____ Grant R. Smith, AFPD    Date: 11/25/2019

REQUEST APPROVED: Kim W Berhard    11/25/19

14-DAY/EXPEDITE/DAILY/HOURLY APPROVED: _____

14. Court Reporter/Transcriber Status (check one)
    ☒ OFFICIAL  ☐ CONTRACT  ☐ TRANSCRIBER  ☐ OTHER: _____
15. Full Name Of Payee: Terri Lindblom and Julie H. Thomas
16. Remit To: Terri Lindblom and Julie H. Thomas
17. Telephone Number: (303) 335-2105 and 335-2111

| 18. Transcript | Include Page # | # of Pages | Rate/Page | Sub-Total | Ded. Amt. Apportioned | Total |
|---|---|---|---|---|---|---|
| A. Original |  |  | $ | $ | $ | $ |
| B. Copy |  |  | $ | $ | $ | $ |
| C. Expenses (itemize): |  |  |  |  |  | $ |
|  |  |  |  |  | 19. Total claimed | $ |

20. Certification of Attorney

Signature of Attorney _____    Date _____