### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-CR-00359-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE MARTIN BIRK,

    Defendant.

_____

### ENTRY OF APPEARANCE
_____

To: The Clerk of Court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:  __The United States of America__

    DATED at Denver, Colorado this 18th day of December, 2019.

    JASON R. DUNN
    United States Attorney

    s/Tonya Andrews
    ***Tonya Andrews***
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO 80202
    Telephone: 303-454-0210
    E-mail:  Tonya.Andrews@usdoj.gov
    Counsel for United States

CERTIFICATE OF MAILING

       I hereby certify that on December 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following email addresses:

    Tonya.Andrews@usdoj.gov

                                            s/Patricia McGee-Wake
                                          Office of the U.S. Attorney