IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-CR-00359-REB

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LAWRENCE MARTIN BIRK,

    Defendant.

## MOTION FOR FORFEITURE OF BOND

    The United States of America, by Jason R. Dunn, United States Attorney, and through his Assistant United States Attorney, Tonya Andrews, hereby respectfully moves this court, pursuant to Fed. R. Crim. Pro. 46, to forfeit the bond in this action. As grounds therefor, the undersigned states as follows:

    1.   On July 26, 2018, the defendant was indicted in this matter by the federal grand jury sitting in Denver, Colorado.

    2.   The defendant executed an appearance bond on September 10, 2018, a copy of which is attached as Exhibit A.

    3.   The conditions of the defendant's bond was that he was to appear for court proceedings; if convicted, to surrender to serve a sentence that the court may impose; or to comply with all conditions set forth in the Order Setting Conditions of Release. (Exhibit A)

4. On October 31, 2019, the defendant was sentenced to a term of imprisonment of 60 months and three years of supervised release along with a $100.00 special assessment and restitution in the amount of $1,858,826.26.

5. The defendant was ordered to self-surrender to the FCI Florence Satellite Prison Camp, on November 21, 2019.

6. He failed to report.

7. Based on the defendant's failure to report to prison, a warrant for his arrest was issued by this Court on November 22, 2019.

8. Fed. R. Crim. Pro. 46(e)(1) provides that "If there is a breach of condition of a bond, the district court shall declare a forfeiture of the bail".

WHEREFORE, the undersigned respectfully requests this Court forfeit the $5,000.00 bond in this matter.

Dated this 18th day of December, 2019.

Respectfully submitted,

JASON R. DUNN
United States Attorney

s/ Tonya Andrews
TONYA ANDREWS
Assistant U.S. Attorney
1801 California Street, # 1600
Denver, CO 80202
Counsel for United States of America