# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00359-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE MARTIN BIRK,

    Defendant.

## ORDER OF FORFEITURE OF BOND

The Court having reviewed the Government's Motion for Forfeiture of Bond of defendant Lawrence M. Birk, does hereby forfeit the release bond of the defendant Lawrence M. Birk to the government of the United States.

IT IS SO ORDERED.

                                          BY THE COURT:

                                          _____

                                          JUDGE ROBERT E. BLACKBURN
                                          United States District Judge