IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn

Criminal Case No. 18-cr-00359-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LAWRENCE MARTIN BIRK,

        Defendant.

## ORDER OF FORFEITURE OF BOND

**Blackburn, J.**

The matter is before me on the government's **Motion for Forfeiture of Bond** [#125], filed December 18, 2019. Having considered carefully the motion, the record and the apposite law, including Fed. R. Crim. P. 46, I conclude that the motion should be granted.

**IT IS ORDERED** as follows:

1. That the **Motion for Forfeiture of Bond** [#125], filed December 18, 2019, is granted; and

2. That the bond of the defendant, Lawrence Martin Birk, in the amount of $5,000 is forfeited to the United States.

Dated December 18, 2019, at Denver, Colorado.

                                                  **BY THE COURT:**

                                                  *Bob Blackburn*
                                                  Robert E. Blackburn
                                                  United States District Judge