IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-CR-00359-REB

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LAWRENCE MARTIN BIRK,

    Defendant.

---

MOTION FOR JUDGMENT ON FORFEITURE OF BOND

---

    Plaintiff United States of America respectfully moves for entry of judgment against Defendant, based on this Court's order dated December 18, 2019 forfeiting his appearance bond to the United States [#126]. As reasons therefore, the United States advises as follows:

    1. On September 10, 2018, Defendant executed an appearance bond on in favor of the United States in the amount of $5,000. The bond agreement has been filed at [#14]. Pursuant to the terms of the appearance bond, Defendant agreed to pay the United States $5,000 if he failed to appear before this Court in accordance with any and all orders and directions to appear.

    2. On October 31, 2019, the defendant was sentenced to a term of imprisonment of 60 months and three years of supervised release along with a $100.00 special assessment and restitution in the amount of $1,858,826.26.

3. The defendant was ordered to self-surrender to the FCI Florence Satellite Prison Camp, on November 21, 2019 and he failed to report.

4. Accordingly, on December 18, 2019, the United States moved for forfeiture of the bond pursuant to Fed. R. Crim. Pro. 46(e)(3).   [#125]

5. On December 18, 2019, the Court granted the United States' motion and ordered forfeiture of the Defendant's bond to the United States in the amount of $5,000. [#126]

6. Accordingly, the United States now moves, pursuant to Fed. R. Crim. Pro. 46(e)(3), for entry of judgment against the Defendant in the amount of $5,000 (five thousand dollars), plus interest as provided by law.

Dated this 7th day of January, 2020.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

    s/ Tonya Andrews
    TONYA ANDREWS
    Assistant U.S. Attorney
    1801 California Street, # 1600
    Denver, CO 80202
    Counsel for United States of America