**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 18-cr-00359-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE MARTIN BIRK,

    Defendant.

JUDGMENT ON FORFEITURE OF APPEARANCE BOND

On motion of the United States and good cause appearing, the Court finds and orders as follows:

1. On September 10, 2018, Defendant executed an appearance bond in favor of the United States in the amount of $5,000. The bond agreement has been filed in the Court's docket record for this case [#14]. Pursuant to the terms of the appearance bond, Defendant agreed to pay the United States $5,000 if he failed to appear before this Court in accordance with any and all orders and directions to appear.

2. On November 21, 2019, Defendant failed to self-surrender in accordance with the Court's order. Accordingly, on December 18, 2019, the United States moved for forfeiture of the bond [#125] pursuant to Fed. R. Crim. Pro. 46(f)(1).

3. On December 18, 2019, the Court granted the United States' motion and ordered forfeiture of Defendant's bond to the United States in the amount of $5,000.

[#126]

**WHEREFORE, IT IS HEREBY ORDERED** that judgment shall enter in favor of Plaintiff United States of America and against Defendant herein in the sum of $5,000.00, together with at the current legal rate of _____ percent per annum, which rate was in effect on the date of entry of judgment herein, to be compounded annually until the judgment is paid in full, pursuant to the provisions of 28 U.S.C. Section 1961(b), as amended.

DONE AT DENVER, COLORADO, this ___ day of _____, 20__.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE