IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Criminal Case No. 18-cr-00359-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  LAWRENCE MARTIN BIRK,

        Defendant.

# ORDER

**Blackburn, J.**

The matter is before me on the government's **Motion for Judgment on Forfeiture of Bond** [#132],[1] filed January 7, 2020. Having reviewed the motion, the record, and the apposite law, I find and conclude as follows.

On September 10, 2018, defendant executed an appearance bond in favor of the United States in the amount of $5,000. The bond agreement has been filed in the court's docket record for this case [#14]. Pursuant to the terms of the appearance bond, defendant agreed to pay the United States $5,000 if he failed to appear before this court in accordance with any and all orders and directions to appear.

On November 21, 2019, defendant failed to self-surrender in accordance with the court's order. Accordingly, on December 18, 2019, the United States moved for forfeiture of the bond [#125] pursuant to Fed. R. Crim. P. 46(f)(1).

---

[1] "[#132]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

On December 18, 2019, the court granted the United States' motion and ordered forfeiture of defendant's bond to the United States in the amount of $5,000.  [#126]

**IT IS ORDERED** as follows:

1.  That government's **Motion for Judgment on Forfeiture of Bond** [#132], filed January 7, 2020, is granted; and

2.  That judgment shall enter in favor of Plaintiff United States of America and against Defendant herein in the sum of $5,000.00, together with at the current legal rate of 1.57 percent per annum, which rate was in effect on the date of entry of judgment herein, to be compounded annually until the judgment is paid in full, pursuant to the provisions of 28 U.S.C. Section 1961(b), as amended.

Dated January 7, 2020, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

2