IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-cr-359-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE MARTIN BIRK,

    Defendant.

## DEFAULT JUDGMENT

    Pursuant to the Order [ECF 133] entered by United States District Judge Robert E. Blackburn on January 7, 2020, it is

    ORDERED that default judgment is entered in favor of Plaintiff United States of America and against Defendant Lawrence Martin Birk in the amount of $5,000.00. It is

    FURTHER ORDERED that post-judgment interest shall accrue at the rate of 1.57 percent per annum from the date of entry of judgment, to be compounded annually until the judgment is paid in full, pursuant to the provisions of 28 U.S.C. 1961(b), as amended.

    DATED January 7, 2020, at Denver, Colorado.

                              FOR THE COURT:

                              Jeffrey P. Colwell, Clerk

                              By:    s/L.Roberson
                                      L. Roberson, Deputy Clerk