# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | January 09, 2020 | Jane K. Castro<br>Chief Deputy Clerk |

Ms. Katie Bagley
Mr. Samuel Robert Lyons
U.S. Department of Justice
Tax Enforcement Division
Ben Franklin Station
P.O. Box 972
Washington, DC 20044

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Ms. Elizabeth C. Hadden
Mr. Christopher Michael Magnani
Mr. Alexander Patrick Robbins
U.S. Department of Justice
Tax Division
601 D Street NW, Room 7101A
Washington, DC 20004

Mr. Stanley J. Okula Jr.
U.S. Department of Justice
601 D Street, NW, Room 7102
Washington, DC 20004

Mr. Grant R Smith
Office of the Federal Public Defender
Districts of Colorado and Wyoming
633 17th Street, Suite 1000
Denver, CO 80202

**RE:**     **19-1422, United States v. Birk**
Dist/Ag docket: 1:18-CR-00359-REB-1

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

CMW/na