**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
OFFICE OF THE CLERK
111 NORTH ADAMS STREET, SUITE 322
TALLAHASSEE, FLORIDA 32301-7730

OFFICIAL BUSINESS



United States District Court
Office of the Clerk
901 19th Street
Denver, CO 80294

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 07 2020

JEFFREY P. COLWELL
CLERK