AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 FEB 24 PM 2:59

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:18-cr-359-REB |
| Lawrence Martin Birk | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Lawrence Martin Birk,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

failure to self-report

Date:   11/22/2019

s/L. Roberson, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

for Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/24/2020, and the person was arrested on *(date)* 2/24/2020 at *(city and state)* Denver, CO. |
| Date: 2/24/2020 |
| B. Jones |
| *Arresting officer's signature* |
| *Printed name and title* |