**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 18-cr-00359-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE MARTIN BIRK,

    Defendant.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

**Blackburn, J.**

This matter is before the court *sua sponte.*

Following his conviction on one count of attempt to evade or defeat tax in violation of 26 U.S.C. § 7201, defendant Lawrence Martin Birk was authorized and ordered to self-surrender to begin serving his 60-month term of imprisonment. (*See* **Judgment** [#110],[1] filed October 31, 2019; **Order To Surrender in Lieu of Transportation by the United States Marshal** [#115], filed November 8, 2019.)  Mr. Birk did not present himself to FCI Florence at the time and day ordered for his surrender, however, and I authorized the issuance of an arrest warrant ([#121], filed November 22, 2019).  Following his subsequent arrest and initial appearance ([#140], filed February 24, 2020), I issued an order directing Mr. Birk to show cause why he should not be held in contempt of court for failure to comply with the duly issued orders

---

[1] "[#110]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

of this court.  (**Order To Show Cause** [#145], filed March 12, 2020.)  **See** 18 U.S.C. § 401(3).

A show cause hearing was scheduled for March 19, 2020.  However, after the President of the United States declared a National Emergency in response to the COVID-19 pandemic on March 13, 2020, court operations were halted for three weeks, necessitating a continuance of the hearing.  (**See Minute Order** [#146], filed March 13, 2020.)  After a number of failed attempts to convene a video status conference, the court ultimately set a hearing regarding further proceedings in this matter on October 8, 2020 ([#152], filed September 9, 2020).

That date coincided with Mr. Birk's sentencing in a related criminal case charging him with failure to appear.  (**See United States v. Birk**, Criminal Case No. 20-cr-00055-REB.)  Mr. Birk pled guilty in that case and was sentenced to 24 months imprisonment on Count One of the Indictment and 54 months on Count One of the Information, to be served consecutively to each other and to the 60-month sentence imposed in this case.  (**See Judgment** [#48], filed October 13, 2020, in Criminal Case No. 20-cr-00055.)

I find these lengthy and well-deserved punishments legally sufficient to vindicate the dignity and authority of the court, obviating the need to pursue contempt proceedings.  Thus, I consider the show cause order discharged.

**THEREFORE, IT IS ORDERED** that **Order To Show Cause** [#145], filed March 12, 2020, is discharged, and the concomitant contempt proceedings are abated.

Dated October 16, 2020, at Denver, Colorado

**BY THE COURT:**

Robert E. Blackburn
United States District Judge